AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**FILED**
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION NOV 19 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

Count One: 15 USC. §1 - Bid Rigging (Count 1)
Count Two: 18 U.S.C. §1341 - Mail Fraud (Counts 2 through 9)
18 U.S.C. § 981(a)(1)(C); 28 U.S.C. § 2461(c) - Forfeiture

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:     See attachment

**DEFENDANT - U.S**

▶ ALVIN FLORIDA, JR.

DISTRICT COURT NUMBER

**CR  14  582**   *PJH*

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY   ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
}

Name and Office of Person
Furnishing Information on this form   E. Kate Patchen, Dept. of Justice

☐ U.S. Attorney   ☒ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)

### DEFENDANT

**IS NOT IN CUSTODY**
  Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior
     summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction
}   ☐ Federal   ☐ State

6) ☐ Awaiting trial on other charges
     If answer to (6) is "Yes", show name of institution

Has detainer   ☐ Yes   If "Yes"
been filed?    ☐ No    } give date filed

**DATE OF ARREST**   Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY**   ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☒ SUMMONS   ☐ NO PROCESS*   ☐ WARRANT     Bail Amount: _____

If Summons, complete following:
☒ Arraignment   ☒ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

4148 Creekpoint Court, Danville, California

Date/Time: 12/8/2014; 9:30 a.m.   Before Judge: Kandis A. Westmore

Comments:

FILED

NOV 1 9 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PENALTY SHEET

Individual:     **Alvin Florida, Jr.**

15 U.S.C. § 1 – Bid Rigging (Count One)
<u>Maximum Penalties:</u>
1.     A term of imprisonment of 10 years
2.     A fine of $1 million, or two times the gross gain or loss, whichever is greater
3.     A period of supervised release of not more than 3 years
4.     $100 special assessment per count ($100)
5.     Restitution

CR 14 582 PJH

18 U.S.C. § 1341 – Mail Fraud (Counts Two through Nine)
<u>Maximum Penalties:</u>
1.     A term of imprisonment of 20 years
2.     A fine of $1 million
3.     A period of supervised release of not more than 5 years
4.     $100 special assessment per count ($800)
5.     Restitution

18 U.S.C. § 981(a)(1)(C); 28 U.S.C. § 2461(c) – Forfeiture (Counts Two through Nine)
          Any property constituting, or derived from, proceeds obtained directly or
          indirectly from the scheme and artifice to defraud alleged in said Counts

AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☐ SUPERSEDING

─── **OFFENSE CHARGED** ───

Count One: 15 U.S.C. §1 - Bid Rigging (Count 1)
Count Two: 18 U.S.C. § 1341 - Mail Fraud (Counts 4, 7, 8 & 9)
18 U.S.C. § 981(a)(1)(C); 28 U.S.C. § 2461(c) - Forfeiture

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:
See attachment

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**FILED**

NOV 1 9 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**PJH**

─── **DEFENDANT - U.S** ───

▶ ROBERT ALHASHASH RASHEED

DISTRICT COURT NUMBER

**CR 14 582**

─── **PROCEEDING** ───

Name of Complainant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE    } SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant    } MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under    }

Name and Office of Person
Furnishing Information on this form   E. Kate Patchen, Dept. of Justice

☐ U.S. Attorney   ☒ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned) _____

─── **DEFENDANT** ───

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction   } ☐ Federal   ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
_____

Has detainer been filed?   ☐ Yes   ☐ No    } If "Yes" give date filed _____

DATE OF ARREST ▶    Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶    Month/Day/Year _____

☐ This report amends AO 257 previously submitted

─── **ADDITIONAL INFORMATION OR COMMENTS** ───

PROCESS:
☒ SUMMONS   ☐ NO PROCESS*   ☐ WARRANT

If Summons, complete following:
☒ Arraignment   ☒ Initial Appearance

Defendant Address:
3320 Blackhawk Meadow Drive, Blackhawk, California

Bail Amount: _____

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: 12/8/2014; 9:30 a.m.   Before Judge: Kandis A. Westmore

Comments:

PENALTY SHEET

**FILED**

NOV 1 9 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Individual:     **Robert Alhashash Rasheed**

*PJH*

15 U.S.C. § 1 – Bid Rigging (Count One)
Maximum Penalties:
1.      A term of imprisonment of 10 years
2.      A fine of $1 million, or two times the gross gain or loss, whichever is greater
3.      A period of supervised release of not more than 3 years
4.      $100 special assessment per count ($100)
5.      Restitution

**CR 14  582**

18 U.S.C. § 1341 – Mail Fraud (Counts Four, Seven, Eight and Nine)
Maximum Penalties:
1.      A term of imprisonment of 20 years
2.      A fine of $1 million
3.      A period of supervised release of not more than 5 years
4.      $100 special assessment per count ($400)
5.      Restitution

18 U.S.C. § 981(a)(1)(C); 28 U.S.C. § 2461(c) – Forfeiture (Counts Two through Nine)
        Any property constituting, or derived from, proceeds obtained directly or
        indirectly from the scheme and artifice to defraud alleged in said Counts

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
    ☐ SUPERSEDING

─── OFFENSE CHARGED ───

Count One: 15 USC. §1 - Bid Rigging (Count 1)     ☐ Petty
Count Two: 18 U.S.C. §1341 - Mail Fraud (Counts 4, 5, 7 & 9)
18 U.S.C. § 981(a)(1)(C); 28 U.S.C. § 2461(c) - Forfeiture     ☐ Minor
                                                  ☐ Misde-
                                                    meanor
PENALTY:                                          ☒ Felony
        See attachment

─── Name of District Court, and/or Judge/Magistrate Location ───

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

─── DEFENDANT - U.S ───

▶ JOHN LEE BERRY, III a/k/a "JB"          **PJH**

DISTRICT COURT NUMBER

**CR   14   582**

─── PROCEEDING ───

Name of Complainant Agency, or Person (& Title, if any)

        Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court,
  give name of court

☐ this person/proceeding is transferred from another district
  per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of
  charges previously dismissed
  which were dismissed on motion
  of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW
DOCKET NO.

☐ this prosecution relates to a
  pending case involving this same
  defendant

MAGISTRATE
CASE NO.

☐ prior proceedings or appearance(s)
  before U.S. Magistrate regarding this
  defendant were recorded under

Name and Office of Person
Furnishing Information on this form   E. Kate Patchen, Dept. of Justice
                      ☐ U.S. Attorney  ☒ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)

─── DEFENDANT ───

**IS NOT IN CUSTODY**
        Has not been arrested, pending outcome this proceeding.
1) ☒  If not detained give date any prior
      summons was served on above charges

2) ☐  Is a Fugitive

3) ☐  Is on Bail or Release from (show District)

**FILED**

**NOV 19 2014**

**RICHARD W. WIEKING**
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**IS IN CUSTODY**
4) ☐  On this charge

5) ☐  On another conviction            ⎫
                                       ⎬  ☐ Federal  ☐ State
6) ☐  Awaiting trial on other charges  ⎭

      If answer to (6) is "Yes", show name of institution

Has detainer   ☐ Yes     If "Yes"  ⎫
been filed?    ☐ No       give date ⎬
                          filed     ⎭ _____

**DATE OF**  ▶      Month/Day/Year
**ARREST**

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED**  ▶   Month/Day/Year
**TO U.S. CUSTODY**

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☒ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT     Bail Amount: _____
If Summons, complete following:
☒ Arraignment  ☒ Initial Appearance     * Where defendant previously apprehended on complaint, no new summons or
Defendant Address:                       warrant needed, since Magistrate has scheduled arraignment

Unknown                                  Date/Time: 12/8/2014; 9:30 a.m.   Before Judge: Kandis A. Westmore

Comments:

PENALTY SHEET

Individual:   **John Lee Berry, III, a/k/a "JB"**

15 U.S.C. § 1 – Bid Rigging (Count One)
Maximum Penalties:
1.  A term of imprisonment of 10 years
2.  A fine of $1 million, or two times the gross gain or loss, whichever is greater    *PJH*
3.  A period of supervised release of not more than 3 years
4.  $100 special assessment per count ($100)
5.  Restitution

**CR  14  582**

18 U.S.C. § 1341 – Mail Fraud (Counts Four, Five, Seven and Nine)
Maximum Penalties:
1.  A term of imprisonment of 20 years
2.  A fine of $1 million
3.  A period of supervised release of not more than 5 years
4.  $100 special assessment per count ($400)
5.  Restitution

18 U.S.C. § 981(a)(1)(C); 28 U.S.C. § 2461(c) – Forfeiture (Counts Two through Nine)
      Any property constituting, or derived from, proceeds obtained directly or
      indirectly from the scheme and artifice to defraud alleged in said Counts

**FILED**

NOV 1 9 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT   ☐ SUPERSEDING

---
**OFFENSE CHARGED**

Count One: 15 U.S.C. §1 - Bid Rigging (Count 1)
Count Two: 18 U.S.C. §1341 - Mail Fraud (Counts 2 and 3)
18 U.S.C. § 981(a)(1)(C); 28 U.S.C. § 2461(c) - Forfeiture

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:
See attachment

---
Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**DEFENDANT - U.S**
▸ REFUGIO DIAZ, a/k/a "CUCO"

**PJH**

DISTRICT COURT NUMBER
CR 14 582

---
### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   E. Kate Patchen, Dept. of Justice
☐ U.S. Attorney   ☒ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)

---
### DEFENDANT

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▸
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**FILED**
NOV 19 2014

**IS IN CUSTODY**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
4) ☐ On this charge
5) ☐ On another conviction   ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed
DATE OF ARREST ▸ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▸ Month/Day/Year

☐ This report amends AO 257 previously submitted

---
### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☒ SUMMONS   ☐ NO PROCESS*   ☐ WARRANT   Bail Amount:
If Summons, complete following:
☒ Arraignment   ☒ Initial Appearance
Defendant Address:
13495 Bancroft Avenue Apt 117, San Leandro, California

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: 12/8/2014; 9:30 a.m.   Before Judge: Kandis A. Westmore

Comments:

PENALTY SHEET

Individual:   **Refugio Diaz, a/k/a "Cuco"**

15 U.S.C. § 1 – Bid Rigging (Count One)
Maximum Penalties:
1.      A term of imprisonment of 10 years
2.      A fine of $1 million, or two times the gross gain or loss, whichever is greater
3.      A period of supervised release of not more than 3 years
4.      $100 special assessment per count ($100)
5.      Restitution

18 U.S.C. § 1341 – Mail Fraud (Counts Two and Three)
Maximum Penalties:
1.      A term of imprisonment of 20 years
2.      A fine of $1 million
3.      A period of supervised release of not more than 5 years
4.      $100 special assessment per count ($200)
5.      Restitution



*PJH*

**CR   14   582**

**FILED**

NOV 1 9 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

18 U.S.C. § 981(a)(1)(C); 28 U.S.C. § 2461(c) – Forfeiture (Counts Two through Nine)
        Any property constituting, or derived from, proceeds obtained directly or
        indirectly from the scheme and artifice to defraud alleged in said Counts

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☐ SUPERSEDING

### OFFENSE CHARGED

Count One: 15 USC §1 - Bid Rigging (Count 1)
Count Two: 18 U.S.C. §1341 - Mail Fraud (Counts 4, 8 & 9)
18 U.S.C. § 981(a)(1)(C); 28 U.S.C. § 2461(c) - Forfeiture

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   See attachment

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

*PJH*

### DEFENDANT - U.S

▶ STEPHAN ALEXANDER FLORIDA

DISTRICT COURT NUMBER

CR 14 582

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person
Furnishing Information on this form   E. Kate Patchen, Dept. of Justice

☐ U.S. Attorney   ☒ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)

### DEFENDANT

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

*FILED*

NOV 1 9 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction   ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes   If "Yes" give date filed
been filed?   ☐ No

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶   Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☒ SUMMONS   ☐ NO PROCESS*   ☐ WARRANT   Bail Amount:

If Summons, complete following:
☒ Arraignment   ☒ Initial Appearance

Defendant Address:

Unknown

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: 12/8/2014; 9:30 a.m.   Before Judge: Kandis A. Westmore

Comments:

PENALTY SHEET

Individual:   **Stephan Alexander Florida**

15 U.S.C. § 1 – Bid Rigging (Count One)
<u>Maximum Penalties:</u>
1.   A term of imprisonment of 10 years
2.   A fine of $1 million, or two times the gross gain or loss, whichever is greater
3.   A period of supervised release of not more than 3 years
4.   $100 special assessment per count ($100)
5.   Restitution

18 U.S.C. § 1341 – Mail Fraud (Counts Four, Eight and Nine)
<u>Maximum Penalties:</u>
1.   A term of imprisonment of 20 years
2.   A fine of $1 million
3.   A period of supervised release of not more than 5 years
4.   $100 special assessment per count ($300)
5.   Restitution

18 U.S.C. § 981(a)(1)(C); 28 U.S.C. § 2461(c) – Forfeiture (Counts Two through Nine)
      Any property constituting, or derived from, proceeds obtained directly or
      indirectly from the scheme and artifice to defraud alleged in said Counts

**PJH**

**CR  14  582**

**FILED**

NOV 1 9 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

### VENUE: OAKLAND

---

UNITED STATES OF AMERICA,

V.

ALVIN FLORIDA, JR.

**PJH**

**CR 14 582**

**FILED**

NOV 1 9 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEFENDANT(S).

---

# INDICTMENT

Title 15 U.S.C. § 1 (Bid Rigging) (Count One)
Title 18 U.S.C. § 1341 (Mail Fraud) (Counts Two through Nine)
Title 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) (Forfeiture)
Counts Two through Nine)

A true bill.

_____ Foreman

Filed in open court this _14th_ day of

_November_ .

Ada Means

Bail, $ _____

Jacqueline Scott Corley      Simmons
Jacqueline Scott Corley
United States Magistrate Judge

# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

## VENUE: OAKLAND

---

UNITED STATES OF AMERICA,

V.

ROBERT ALHASASH RASHEED

*PJH*

**CR  14    582**

**FILED**

NOV  1 9 2014

DEFENDANT(S).

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

## INDICTMENT

Title 15 U.S.C. § 1 (Bid Rigging) (Count One)
Title 18 U.S.C. § 1341 (Mail Fraud) (Counts Four, Seven, Eight and Nine)
Title 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) (Forfeiture)

A true bill.

_____ Foreman

Filed in open court this ___19th___ day of

___November___

Ada Means                      Clerk

Bail, $ _____

Jacqueline Scott Corley
United States Magistrate Judge

SUMMONS

# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

### VENUE: OAKLAND

UNITED STATES OF AMERICA,

V.

*PJH*

# CR 14 582

JOHN LEE BERRY, III, a/k/a "JB"

# FILED

NOV 1 9 2014

**RICHARD W. WIEKING**
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEFENDANT(S).

# INDICTMENT

Title 15 U.S.C. § 1 (Bid Rigging) (Count One)
Title 18 U.S.C. § 1341 (Mail Fraud) (Counts Four, Five, Seven and Nine)
Title 18 U.S.C. § 981(a)(1)(C) and Title 28 U.S.C. § 2461(c) (Forfeiture)

A true bill.

_____ Foreman

Filed in open court this _____19th_____ day of

_____November_____

_____ Clerk
Ada Means

Bail, $ _____   Summons

Jacqueline Scott Corley
United States Magistrate Judge

# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

### VENUE: OAKLAND

UNITED STATES OF AMERICA,

v.

**CR 14 582**

*PJH*

REFUGIO DIAZ, a/k/a "CUCO"

**FILED**

NOV 1 9 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEFENDANT(S).

## INDICTMENT

Title 15 U.S.C. § 1 (Bid Rigging) (Count One)
Title 18 U.S.C. § 1341 (Mail Fraud) (Counts Two and Three)
Title 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) (Forfeiture)

A true bill.

_____ Foreman

Filed in open court this _____19th_____ day of

_____November_____.

_____ Clerk
Ada Means

Bail, $ _____

_____
Jacqueline Scott Corley
United States Magistrate Judge

Summons

# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

### VENUE: OAKLAND

---

UNITED STATES OF AMERICA,

V.

# CR  14  582

## STEPHAN ALEXANDER FLORIDA

# PJH

# FILED

NOV 1 9 2014

DEFENDANT(S).

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

## INDICTMENT

Title 15 U.S.C. § 1 (Bid Rigging) (Count One)
Title 18 U.S.C. § 1341 (Mail Fraud) (Counts Four, Eight and Nine)
Title 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) (Forfeiture)

A true bill.

_____ Foreman

Filed in open court this _19th_ day of
_November_

_Ada Means_ Clerk

Bail, $ _____  Summons

Jacqueline Scott Corley
United States Magistrate Judge

1  E. KATE PATCHEN (NYRN 4104634)
   MANISH KUMAR (CSBN 269493)
2  GABRIEL R. MARTINEZ (CSBN 275142)
   U.S. Department of Justice
3  Antitrust Division
   450 Golden Gate Avenue
4  Box 36046, Room 10-0101
   San Francisco, CA 94102
5  Telephone: (415) 934-5300
   kate.patchen@usdoj.gov
6
7  Attorneys for the United States
8

**FILED**

**NOV 19 2014**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9
10                UNITED STATES DISTRICT COURT
11                NORTHERN DISTRICT OF CALIFORNIA
12                       OAKLAND DIVISION

**PJH**

**CR 14 582**

13 UNITED STATES OF AMERICA,                    )  No.
                                                )
14                 v.                            )
                                                )  VIOLATIONS: 15 U.S.C. § 1 –
15                                               )  Bid Rigging (Count One);
   ALVIN FLORIDA, JR.;                          )  18 U.S.C. § 1341 – Mail Fraud (Counts
16 ROBERT ALHASHASH RASHEED;                    )  Two through Nine); 18 U.S.C. §
   JOHN LEE BERRY, III, a/k/a "JB";             )  981(a)(1)(C); 28 U.S.C. § 2461(c) –
17 REFUGIO DIAZ, a/k/a "Cuco";                  )  Forfeiture
   STEPHAN ALEXANDER FLORIDA;                   )
18                                               )
                                                )
19                 Defendants.                   )
                                                )
20 _____     )
21
22                    I N D I C T M E N T
23 The Grand Jury charges that:
24                        BACKGROUND
25         1.     At all times relevant to this Indictment, when California homeowners defaulted on
26 their mortgages, mortgage holders could institute foreclosure proceedings and sell the properties
27 through non-judicial public real estate foreclosure auctions ("public auctions"). These public
28 auctions were governed by California Civil Code, Section 2924, *et seq.* Typically, a trustee was

1

INDICTMENT

appointed to oversee the public auctions. These public auctions usually took place at or near the courthouse of the county in which the properties were located. The auctioneer, acting on behalf of the trustee, sold the property to the bidder offering the highest purchase price. Proceeds from the sale were then used to pay the mortgage holders, other holders of debt secured by the property, and, in some cases, the defaulting homeowner (collectively "beneficiaries").

2.  During the period covered by this Indictment, defendant ALVIN FLORIDA, JR., was a bidder at and purchased real estate at public auctions in Alameda County, California, and directed employee defendants JOHN LEE BERRY, III, REFUGIO DIAZ, and STEPHAN ALEXANDER FLORIDA, and others to bid on and purchase real estate at public auctions in Alameda County, California.

3.  During the period covered by this Indictment, defendant ROBERT ALHASHASH RASHEED was a bidder at and purchased real estate at public auctions in Alameda County, California.

4.  During the period covered by this Indictment, defendants JOHN LEE BERRY, III, REFUGIO DIAZ, and STEPHAN ALEXANDER FLORIDA were bidders at and purchased real estate at public auctions in Alameda County, California, on behalf of defendant ALVIN FLORIDA, JR., and others.

**COUNT ONE: 15 U.S.C. § 1 – Bid Rigging**

5.  The following individuals are hereby indicted and made defendants on the charge contained in Count One below:

        a.  ALVIN FLORIDA, JR.;

        b.  ROBERT ALHASHASH RASHEED;

        c.  REFUGIO DIAZ;

        d.  JOHN LEE BERRY, III; and

        e.  STEPHAN ALEXANDER FLORIDA.

THE COMBINATION AND CONSPIRACY

6.  Paragraphs 1 through 4 of this Indictment are re-alleged and incorporated herein as if fully set forth in this Count.

2

INDICTMENT

1    7.    Beginning as early as May 2008 and continuing until in or about December 2010,
2 the exact dates being unknown to the Grand Jury, the defendants, ALVIN FLORIDA, JR.,
3 ROBERT ALHASHASH RASHEED, REFUGIO DIAZ, JOHN LEE BERRY, III, and
4 STEPHAN ALEXANDER FLORIDA, and others known and unknown to the Grand Jury,
5 entered into and engaged in a combination and conspiracy to suppress and restrain competition
6 by rigging bids to obtain hundreds of selected properties offered at public auctions in Alameda
7 County in the Northern District of California, in unreasonable restraint of interstate trade and
8 commerce, in violation of Section 1 of the Sherman Act, Title 15, United States Code.

9    8.    The charged combination and conspiracy consisted of a continuing agreement,
10 understanding, and concert of action among the defendants and co-conspirators to suppress
11 competition by refraining from and stopping bidding against each other to purchase hundreds of
12 selected properties at public auctions in Alameda County at non-competitive prices.

13                            MEANS AND METHODS

14    9.    For the purpose of forming and carrying out the charged combination and
15 conspiracy, the defendants and co-conspirators did those things that they combined and
16 conspired to do, including, among other things:

17         a.    agreeing not to compete to purchase selected properties at public auctions;
18         b.    designating which conspirators would win selected properties at public
19               auctions;
20         c.    refraining from and stopping bidding for selected properties at public
21               auctions;
22         d.    purchasing selected properties at public auctions at artificially suppressed
23               prices;
24         e.    negotiating, making, and receiving payoffs for agreeing not to compete
25               with co-conspirators; and
26         f.    holding second, private auctions, known as "rounds," to determine the
27               payoff amounts and the conspirators who would be awarded the selected
28               properties.

3

INDICTMENT

1    10.    Various entities and individuals, not made defendants in this Count, participated

2  as co-conspirators in the offense charged and performed acts and made statements in furtherance

3  thereof.

4                                    TRADE AND COMMERCE

5    11.    The public auctions and the business activities of the defendants and co-

6  conspirators that are the subject of this Count were within the continuous and uninterrupted flow

7  of, and substantially affected, interstate trade and commerce.  For example, during the period

8  covered by this Count:

9               a.    substantial proceeds from the sale of properties purchased by the

10                    conspirators pursuant to the bid-rigging conspiracy were transmitted from

11                    locations in one state to certain beneficiaries located in other states;

12               b.    instructions regarding the terms of sale of properties that would be

13                    purchased by the conspirators pursuant to the bid-rigging conspiracy were

14                    transmitted and communicated by certain beneficiaries located in one state

15                    to trustees located in other states;

16               c.    paperwork related to the sale of properties purchased by the conspirators

17                    pursuant to the bid-rigging conspiracy was sent by trustees located in one

18                    state to certain beneficiaries located in other states, notifying them of the

19                    sale of properties in which the beneficiaries held an interest; and

20               d.    beneficiaries included companies that operated in interstate commerce.

21                                JURISDICTION AND VENUE

22    12.    The combination and conspiracy charged in this Count was carried out, in part, in

23  the Northern District of California, within the five years preceding the return of this Indictment.

24         ALL IN VIOLATION OF TITLE 15, UNITED STATES CODE, SECTION 1.

25  //

26  //

27  //

28  //

4

INDICTMENT

**COUNTS TWO THROUGH NINE: 18 U.S.C. § 1341 – Mail Fraud**

The Grand Jury further charges that:

SCHEME TO DEFRAUD

13.    Paragraphs 1 through 4 of this Indictment are re-alleged and incorporated herein as if fully set forth in these Counts.

14.    Beginning as early as May 2008 and continuing until in or about December 2010, the exact dates being unknown to the Grand Jury, in Alameda County in the Northern District of California, the defendants, ALVIN FLORIDA, JR., ROBERT ALHASHASH RASHEED, REFUGIO DIAZ, JOHN LEE BERRY, III, and STEPHAN ALEXANDER FLORIDA, and others known and unknown to the Grand Jury, did knowingly and with intent to defraud, devise and participate in a scheme and artifice to defraud beneficiaries and to obtain money and property from beneficiaries by means of materially false and fraudulent pretenses, representations, and promises, and for purposes of executing such scheme, did use and knowingly cause to be used the United States mail and private or commercial interstate carriers.

15.    The purpose of the scheme was to fraudulently acquire title to hundreds of selected properties sold at public auctions in Alameda County and to divert money to co-schemers that would have gone to beneficiaries.

MEANS AND METHODS OF THE SCHEME TO DEFRAUD

16.    For the purpose of forming and carrying out the charged scheme to defraud, the defendants and co-schemers did those things that they schemed to do, including, among other things:

        a.    holding second, private auctions, known as "rounds," to determine payoff amounts and the schemers who would be awarded the selected properties;

        b.    making and causing to be made materially false and misleading statements that trustees relied upon to distribute proceeds to beneficiaries and to convey title to selected properties;

        c.    paying co-schemers monies that otherwise would have gone to beneficiaries;

5

INDICTMENT

1     d.  concealing rounds and payoffs from trustees and beneficiaries; and

2     e.  causing the suppressed purchase prices to be reported and paid to

3       beneficiaries.

4           USE OF THE MAILS

5    17.  In order to execute the scheme and artifice to defraud, the defendants and co-

6 schemers knowingly used and caused to be used the United States Postal Service and private or

7 commercial interstate carriers.

8    18.  On or about the dates and with respect to the individual defendants specified as to

9 each count set forth below, the defendants and co-schemers did knowingly cause to be delivered

10 by United States mail and private or commercial carriers, including the United States Postal

11 Service, United Parcel Service, and FedEx, the items identified in each Count below:

12 //

13 //

14 //

15 //

16 //

17 //

18 //

19 //

20 //

21 //

22 //

23 //

24 //

25 //

26 //

27 //

28 //

6

INDICTMENT

| Count | Defendants | Approx. Date | To | From | Description |
|---|---|---|---|---|---|
| 2 | Alvin Florida, Jr.; Refugio Diaz | 12/11/2009 | 22538 Mission Blvd., Hayward, California | California Reconveyance Company | Trustee's Deed Upon Sale for 2335 94th Ave., Oakland, California |
| 3 | Alvin Florida, Jr.; Refugio Diaz | 1/22/2010 | 437 Delvin Rd., Ste. 102, Napa, California | Priority Posting and Publishing | Purchase Money and Auction Paperwork for 5830 E. 17th Ave., Oakland, California |
| 4 | Alvin Florida, Jr.; Robert Alhashash Rasheed; John Lee Berry, III; Stephan Alexander Florida | 3/4/2010 | 268 Saint Henry Dr., Fremont, California | CR Title Services, Inc. | Trustee's Deed Upon Sale for 5985 Corte Arboles, Pleasanton, California |
| 5 | Alvin Florida Jr.; John Lee Berry, III | 3/31/2010 | 41111 Mission Blvd., Fremont, California | ReconTrust Company, N.A. | Trustee's Deed Upon Sale for 554 Andrews St., Livermore, California |
| 6 | Alvin Florida, Jr. | 8/4/2010 | 585 Mandana Blvd. #9, Oakland, California | California Reconveyance Company | Trustee's Deed Upon Sale for 3058 Berlin Way, Oakland, California |
| 7 | Alvin Florida, Jr.; Robert Alhashash Rasheed; John Lee Berry, III | 8/17/2010 | 2141 5th Ave., San Diego, California | ASAP Sales, Lender Processing Services, Inc. | Purchase Money and Auction Paperwork for 11830 Kilcullin Ct., Dublin, California |
| 8 | Alvin Florida, Jr.; Robert Alhashash Rasheed; Stephan Alexander Florida | 9/9/2010 | 2100 Lakeshore Ave. Suite D, Oakland, California | Cal-Western Reconveyance Corporation | Trustee's Deed Upon Sale for 2100 66th Ave., Oakland, California |
| 9 | Alvin Florida, Jr.; Robert Alhashash Rasheed; John Lee Berry, III; Stephan Alexander Florida | 11/23/2010 | 22538 Mission Blvd., Hayward, California | Cal-Western Reconveyance Corporation | Trustee's Deed Upon Sale for 2326 Maywood Ave., Oakland, California |

INDICTMENT

7

JURISDICTION AND VENUE

19.     The scheme and artifice to defraud charged in Counts Two through Nine was carried out, in part, in the Northern District of California, within the five years preceding the return of this Indictment.

ALL IN VIOLATION OF TITLE 18, UNITED STATES CODE, SECTION 1341.

**FORFEITURE ALLEGATION: 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)**

20.     Paragraphs 1 through 4 and Paragraphs 13 through 19 of this Indictment are hereby re-alleged as if fully set forth herein for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

21.     Pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), upon conviction of the offenses alleged in Counts Two through Nine of this Indictment, each defendant so convicted shall be jointly and severally liable to forfeit to the United States any property constituting, or derived from, proceeds obtained directly or indirectly from the scheme and artifice to defraud alleged in said Counts.

22.     If, as a result of any act or omission of the defendants, any of said property:

    a.     cannot be located upon the exercise of due diligence;

    b.     has been transferred or sold to, or deposited with, a third party;

    c.     has been placed beyond the jurisdiction of the Court;

    d.     has been substantially diminished in value; or

    e.     has been commingled with other property that cannot be divided without difficulty,

any and all interest that the defendants have in any other property, up to the value of the property described in Paragraph 21, above, shall be forfeited to the United States pursuant to Title 21,

//
//
//

8

INDICTMENT

United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section

2461(c).


Dated:   11-18-2014          A TRUE BILL.



_____
FOREPERSON



_____
Bret Snyder
Deputy Assistant Attorney General          Marc Siegel
                                           Chief, San Francisco Office



_____
Marvin N. Price
Director of Criminal Enforcement           Manish Kumar, Trial Attorney
United States Department of Justice        E. Kate Patchen, Assistant Chief
Antitrust Division                         Gabriel R. Martinez, Trial Attorney
                                           United States Department of Justice
                                           Antitrust Division



_____
Brian J. Stretch
Attorney for the United States
Northern District of California
Acting Under Authority Conferred
by 28 U.S.C. § 515

INDICTMENT

9