1  E. KATE PATCHEN (NYRN 4104634)
   MANISH KUMAR (CSBN 267465)
2  GABRIEL R. MARTINEZ (CSBN 275142)
   U.S. Department of Justice
3  Antitrust Division
4  450 Golden Gate Avenue
   Box 36046, Room 10-0101
5  San Francisco, CA 94102
   manish.kumar@usdoj.gov
6  Telephone: (415) 934-5300

7  Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. CR 4:14-00582 PJH |
| v. | [~~PROPOSED~~] **ORDER EXCLUDING TIME FROM COMPUTATION UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161, *ET SEQ.*** |
| ALVIN FLORIDA, JR., | |
| Defendant. | |

The parties appeared before this Court on January 21, 2015, for a status hearing in the above-captioned matter. A further status hearing was set for February 18, 2015, at 2:30 p.m. to give the defense an opportunity to review discovery (Dkt. #52). Counsel for the defendant and the government agreed that an exclusion of time was appropriate under the Speedy Trial Act from January 21, 2015, to February 18, 2015 for effective preparation of counsel.

The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. §3161(h)(7)(A). Failing to exclude the time between January 21, 2015, and February 18, 2015, would unreasonably deny the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

Based on these findings, IT IS HEREBY ORDERED that the time period from January 21, 2015,

until February 18, 2015, is excluded from computation under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

**IT IS SO ORDERED**.

DATED: 1/26/15



_____
HONORABLE PHYLLIS J. HAMILTON
United States District Judge