DARRYL A. STALLWORTH (SBN: 163719)
The Law Office of Darryl A. Stallworth,
A Professional Corporation
2355 Broadway, Suite 303
Oakland, CA 94612
Telephone:  (510) 271-1900
Facsimile:   (510) 271-1902

Attorney for Defendant
STEPHAN FLORIDA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| UNITED STATE OF AMERICA, | Case No. 4:14-cr-00582-PJH-05 |
| Plaintiff, | |
| vs. | **STIPULATION TO RESCHEDULE BOND HEARING** |
| STEPHAN A. FLORIDA, | |
| Defendant. | Date: 3/11/2015 |
| | Time: 9:30 a.m. |
| | **Honorable Judge Kandis Westmore** |

TO THE ABOVE-ENTITLED COURT, AND UNITED STATES ATTORNEY OF THE NORTHERN DISTRICT OF CALIFORNIA – OAKLAND OFFICE:

PLEASE TAKE NOTICE that this matter is set for Bond on Wednesday, March 11, 2015 at 9 a.m. in the above-entitled Court. All parties Stipulate to continue the bond hearing to the next convenient date for all parties in the above matter. The parties STIPULATE and request that the Bond hearing for March 11, 2015 at 9 a.m. for Defendant, Stephan A. Florida be vacated and continued to a future date to be determined.

Dated: March 10, 2015

/S/
MANISH KUMAR
Assistant United States Attorney

Dated: March 10, 2015

/S/
DARRYL A. STALLWORTH
Attorney for Defendant, STEPHAN A. FLORIDA

**SO ORDERED.**

Date: 3/11/15

*Kandis Westmore*
HONORABLE KANDIS A. WESTMORE
UNITED STATES DISTRICT COURT