DARRYL A. STALLWORTH (SBN: 163719)
The Law Office of Darryl A. Stallworth,
A Professional Corporation
2355 Broadway, Suite 303
Oakland, CA 94612
Telephone:   (510) 271-1900
Facsimile:    (510) 271-1902

Attorney for Defendant
STEPHAN FLORIDA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| UNITED STATE OF AMERICA, | Case No. 4:14-cr-00582-PJH-05 |
| Plaintiff, | |
| vs. | **STIPULATION TO RESCHEDULE BOND HEARING** |
| STEPHAN A. FLORIDA, | |
| Defendant. | Date: 3/17/2015 |
| | Time: 9:30 a.m. |
| | **Honorable Judge Kandis Westmore** |

TO THE ABOVE-ENTITLED COURT, AND UNITED STATES ATTORNEY OF THE NORTHERN DISTRICT OF CALIFORNIA – OAKLAND OFFICE:

   PLEASE TAKE NOTICE that this matter is set for Bond on Tuesday, March 17, 2015 at 9:30 a.m. in the above-entitled Court. All parties Stipulate to continue the bond hearing to the next

convenient date for all parties in the above matter. The parties STIPULATE and request that the Bond hearing for March 17, 2015 at 9:30 a.m. for Defendant, Stephan A. Florida be vacated and continued to a future date to be determined.

Dated: March 16, 2015

/S/
MANISH KUMAR
Assistant United States Attorney

Dated: March 16, 2015

/S/
DARRYL A. STALLWORTH
Attorney for Defendant, STEPHAN A. FLORIDA

**SO ORDERED.**

Date: 3/16/15

*Kandis Westmore*
HONORABLE KANDIS A. WESTMORE
UNITED STATES DISTRICT COURT

# PROOF OF SERVICE

I, the undersigned, declare that I am employed in the County of Alameda, State of California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 2355 Broadway, Suite 303, Oakland, California 94612.

On March 16, 2015 I served the within:

- **STIPULATION TO RESCHEDULE BOND HEARING**

[ ]   VIA HAND DELIVERY by causing a true copy thereof, enclosed in a sealed envelope, to be delivered by hand to the address(es) shown below.

[ ]   BY MAIL in the said cause by placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States mail at Oakland, CA addressed as shown below.

[ ]   BY FACSIMILE TRANSMISSION by transmitting a true copy thereof by facsimile transmission from the facsimile number (510) 271-1902 to the interested parties to said action at the facsimile number(s) shown below.

[ ]   VIA OVERNIGHT DELIVERY by placing a true copy thereof, enclosed in a sealed envelope, with delivery charges fully paid, to be delivered via overnight delivery to the address(es) shown below.

[X]   VIA EMAIL by e-mailing a copy of the motion and exhibits to co-counsel as follows:

Manish Kumar, United States Assistant Attorney
Office of the U.S. Attorney
450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102
E-mail: Manish.Kumar@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 16th day of March of 2015 at Oakland, CA.

_____
Claudia B. Rios