**UNITED STATES' MOTION REGARDING COCONSPIRATOR STATEMENTS**
**APPENDIX B – PAYMENT LEDGERS**

| Exhibit # | Identity of the Testifying Witness and/or the Source of the Coconspirator Statement | Statement Describing the Witness and/or the Source of the Coconspirator Statement | A Summary of the Evidence Showing that the Proffering Witness, if a Coconspirator, Knew About and Participated in the Conspiracy | The Specific Coconspirator Statements to be Introduced Via That Witness and/or the Source of the Coconspirator Statement | Summary of Statement | The Identity of the Declarant of Each Specific Coconspirator Statement | A Summary of the Evidence Showing That Each Declarant of the Coconspirator Statement(s) Knew About and Participated in the Conspiracy | Date |
|---|---|---|---|---|---|---|---|---|
| 102 | Miguel De Sanz | Miguel De Sanz is a real estate investor who purchased properties at the real estate foreclosure auctions with partners John Shiells and Douglas Ditmer. De Sanz operated a company called De Sanz Realty while working as a partner for John Shiells's company, Shiells Realty. | De Sanz admitted that he reached agreements to rig bids, participated in rounds, and made and received payoffs involving defendants for rigged properties. De Sanz pleaded guilty to bid rigging and mail fraud in Alameda, Contra Costa, and San Francisco counties between June 2007 and January 2011. Other witnesses and documents, including his own, corroborate De Sanz's admissions. | Entire document | De Sanz authored typewritten and handwritten ledgers that of payoffs owed for rounds involving Shiells's organization and other coconspirators, including defendants. | Miguel De Sanz | Same | June 2008 through December 2010 |
| 121 | Mohamed Zouheir Joudi | Joudi assisted Defendant Rasheed in purchasing foreclosure properties. | N/A | Entire document | Joudi prepared handwritten ledgers of payoffs owed for rounds involving defendant Rasheed and other coconspirators. | Defendant Rasheed | See Notice of Coconspirator Statements. | November 2009 through October 2010 |
| 131 | Brian McKinzie | Brian McKinzie is a real estate investor who purchased properties at the foreclosure auctions in Alameda County through his company, Passline Investments. | McKinzie admitted during his interviews with the FBI that he reached agreements to rig bids, participated in rounds, and made and received payoffs involving defendants for rigged properties. McKinzie pleaded guilty to bid rigging and mail fraud in connection | Entire document | McKinzie authored typewritten and handwritten ledgers of payoffs owed for rounds between coconspirators and him, including defendants. | Brian McKinzie | Same | December 2008 through November 2010 |

**UNITED STATES' MOTION REGARDING COCONSPIRATOR STATEMENTS**
**APPENDIX B – PAYMENT LEDGERS**

| Exhibit # | Identity of the Testifying Witness and/or the Source of the Coconspirator Statement | Statement Describing the Witness and/or the Source of the Coconspirator Statement | A Summary of the Evidence Showing that the Proffering Witness, if a Coconspirator, Knew About and Participated in the Conspiracy | The Specific Coconspirator Statements to be Introduced Via That Witness and/or the Source of the Coconspirator Statement | Summary of Statement | The Identity of the Declarant of Each Specific Coconspirator Statement | A Summary of the Evidence Showing That Each Declarant of the Coconspirator Statement(s) Knew About and Participated in the Conspiracy | Date |
|---|---|---|---|---|---|---|---|---|
| | | | with real estate foreclosure auctions in Alameda and Contra Costa counties between November 2008 and January 2011. Other witnesses and documents, including his own, corroborate McKinzie's admissions. | | | | | |
| 190 | Michael Renquist | Michael Renquist is a real estate investor who purchased foreclosed properties for clients through his company, Rvest, LLC. | Renquist admitted during interviews with the FBI that he reached agreements to rig bids, participated in rounds, and made and received payoffs involving defendants for rigged properties. Renquist pleaded guilty to bid-rigging and conspiracy to commit mail fraud in connection to the real estate foreclosure auctions in Alameda and Contra Costa counties between November 2008 and January 2011. Other witnesses and documents, including his own, corroborate Renquist's admissions. | Entire document | Renquist authored a handwritten ledger reflecting payments owed between defendant Rasheed and him for rounds. | Michael Renquist | Same | May 2010 through August 2010 |
| 181 | Thomas Franciose | Thomas Franciose is a real estate investor who purchased properties at | Franciose admitted during his interviews with the FBI that he reached agreements | Entire document | Franciose various ledgers reflecting payoffs owed pursuant to rounds between | Thomas Franciose | Same | March 2009 through December |

**UNITED STATES' MOTION REGARDING COCONSPIRATOR STATEMENTS**
**APPENDIX B – PAYMENT LEDGERS**

| Exhibit # | Identity of the Testifying Witness and/or the Source of the Coconspirator Statement | Statement Describing the Witness and/or the Source of the Coconspirator Statement | A Summary of the Evidence Showing that the Proffering Witness, if a Coconspirator, Knew About and Participated in the Conspiracy | The Specific Coconspirator Statements to be Introduced Via That Witness and/or the Source of the Coconspirator Statement | Summary of Statement | The Identity of the Declarant of Each Specific Coconspirator Statement | A Summary of the Evidence Showing That Each Declarant of the Coconspirator Statement(s) Knew About and Participated in the Conspiracy | Date |
|---|---|---|---|---|---|---|---|---|
| | | the foreclosure auctions in Alameda County beginning in the late 1990s. | to rig bids, participated in rounds, and made and received payoffs involving defendants for rigged properties. He pleaded guilty to bid rigging and mail fraud in connection with real estate foreclosure auctions in Alameda County between February 2009 and October 2010. Other witnesses and documents, including his own, corroborate Franciose's admissions. | | coconspirators and him, including defendants. | | | 2009 |