ANNA TRYON PLETCHER (CSBN 239730)
MANISH KUMAR (CSBN 269493)
ASHLEY EICKHOF (CSBN 307143)
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
manish.kumar@usdoj.gov
Telephone: (415) 934-5300

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALVIN FLORIDA, JR.,<br>ROBERT ALHASHASH RASHEED,<br>JOHN LEE BERRY, III,<br>REFUGIO DIAZ, and<br>STEPHAN ALEXANDER FLORIDA,<br><br>Defendants. | CASE NO. CR 14-00582 PJH<br><br>**UNITED STATES' STATUS REPORT**<br><br>Date: August 24, 2016<br>Time: 1:30 p.m.<br>Court: Honorable Chief Judge Phyllis J. Hamilton |

This matter is set for trial on October 31, 2016. The current pretrial dates are as follows:

| | |
|---|---|
| August 29, 2016 | Deadline for government's witness and exhibit list |
| August 31, 2016 | Deadline for pretrial statements, motions in limine, objections to coconspirator statements, proposed jury instructions, and verdict form |
| September 14, 2016 | Deadline for trial briefs, responses to motions in limine, and voir dire questions |
| September 28, 2016 | Pretrial conference |

Order for Pretrial Preparation, doc. no. 120; Pretrial Order No. 1, doc. no. 186 at 1-2. The parties will meet and confer regarding a briefing schedule for the now-pending motion to dismiss the mail-fraud counts before the August 24, 2016, status conference. Depending on the outcome of that motion, the

government will determine whether to file a notice of appeal, supersede the indictment, or proceed to trial on the remaining bid-rigging count.

In light of the potential dismissal of the fraud charges, which would significantly impact trial preparations for the parties, the government intends to request at the status conference that the Court postpone the pretrial filing deadlines described above for two weeks so the motion to dismiss can first be resolved.

In the government's view, at this point in the proceedings, these proposed adjustments to the pretrial schedule should not impact the currently scheduled trial date. The government will be prepared to try the case on October 31, 2016.

DATED:  August 22, 2016                     Respectfully submitted,


/s/_____
Anna Pletcher
Manish Kumar
Ashley Eickhof
Trial Attorney
Antitrust Division
U.S. Department of Justice

No. CR 14-00582 PJH
U.S. STATUS REPORT                          2