ANNA TRYON PLETCHER (CSBN 239730)
MANISH KUMAR (CSBN 269493)
ASHLEY EICKHOF (CSBN 307143)
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
manish.kumar@usdoj.gov
Telephone: (415) 934-5300

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA | No. CR 4:14-00582 PJH |
|---|---|
| v. | **UNITED STATES' REVISED MOTION TO DISMISS COUNTS 2 THROUGH 9 AND FORFEITURE ALLEGATION FROM INDICTMENT** |
| ALVIN FLORIDA, JR., ROBERT ALHASHASH RASHEED, JOHN LEE BERRY, III, REFUGIO DIAZ, and STEPHAN ALEXANDER FLORIDA, | |
| Defendants. | |

The United States, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves to dismiss Counts 2 through 9 and the forfeiture allegation (paragraphs 20 through 22) from the indictment in the above-captioned matter with prejudice.  Counts 2 through 9 charge various defendants with mail fraud, in violation of 18 U.S.C. § 1341.

//

//

//

//

The United States intends to continue its prosecution of Count 1.

Respectfully submitted,

Dated: August 31, 2016

      /s/
MANISH KUMAR, Trial Attorney
Antitrust Division
United States Department of Justice