# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALVIN FLORIDA, JR.,<br>ROBERT ALHASHASH RASHEED,<br>JOHN LEE BERRY, III,<br>REFUGIO DIAZ, and<br>STEPHAN ALEXANDER FLORIDA,<br><br>                Defendants. | No. CR 4:14-00582 PJH<br><br>**[PROPOSED] ORDER GRANTING UNITED STATES' REVISED MOTION TO DISMISS COUNTS 2 THROUGH 9 AND FORFEITURE ALLEGATION FROM INDICTMENT** |

IT IS HEREBY ORDERED that Counts 2 through 9 and the forfeiture allegation (paragraphs 20 through 22) be dismissed from the indictment in the above-captioned case with prejudice.

**IT IS SO ORDERED:**

Dated: September 1, 2016

_____
THE HON. PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

ORDER GRANTING US' MTN.                1
No. CR 4:14-00582 PJH