MANISH KUMAR (CSBN 269493)
ALBERT B. SAMBAT (CSBN 236472)
SUSAN A. MUSSER (MOBN 63116)
ASHLEY EICKHOF (CSBN 307143)
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
manish.kumar@usdoj.gov
Telephone: (415) 934-5300

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALVIN FLORIDA, JR.,<br>ROBERT ALHASHASH RASHEED,<br>JOHN LEE BERRY, III,<br>REFUGIO DIAZ, and<br>STEPHAN ALEXANDER FLORIDA,<br><br>Defendants. | CASE NO. CR 4:14-00582 PJH<br><br>**UNITED STATES' WITNESS LIST**<br><br>Pretrial Conf.: October 12, 2016<br>Time: 1:30 p.m.<br>Court: Hon. Chief Judge Phyllis J. Hamilton<br><br>Trial Date: October 31, 2016 |

Pursuant to the Court's Order Further Modifying Pretrial Filing Deadlines (doc. no. 223), the United States hereby submits the following list of witnesses it may call in its case in chief:

1. <u>Special Agent Deborah Bond</u>. Agent Bond is an FBI agent involved in the investigation of defendants.

2. <u>David Brown</u>. Brown is a former Division President of Fidelity National Title Insurance, a trustee company.

3. <u>Special Agent UCE-3322</u>. UCE-3322 is an FBI agent who was involved in the covert investigation of defendants.

No. CR 4:14-00582 PJH
U.S.' WITNESS LIST                    1

| | |
|---|---|
|1| 4. <u>Huey-Jen Chiu</u>. Chiu is a former employee of California Reconveyance Company, a |
|2| trustee company. |
|3| 5. <u>Miguel De Sanz</u>. De Sanz is a real estate investor who worked at Shiells Realty and De |
|4| Sanz Realty. |
|5| 6. <u>Douglas Ditmer</u>. Ditmer is a real estate investor for Shiells Realty. |
|6| 7. <u>Special Agent Lydia Durban</u>. Agent Durban is an FBI agent who supervised the search |
|7| of defendant Florida's offices. |
|8| 8. <u>Injilia Fakiri</u>. Fakiri is a former client of defendant Florida. |
|9| 9. <u>Thomas Franciose</u>. Franciose is a real estate investor. |
|10| 10. <u>Mohamed Zouheir Joudi</u>. Joudi is a former employee of defendant Rasheed. |
|11| 11. <u>Danli Liu</u>. Liu is a real estate investor and owner of Trielement Investments. |
|12| 12. <u>Brian McKinzie</u>. McKinzie is a real estate investor and owner of Passline Investments. |
|13| 13. <u>Special Agent Timothy Paulson</u>. Agent Paulson is an FBI agent who interviewed |
|14| defendant Rasheed. |
|15| 14. <u>Michael Renquist</u>. Renquist is a real estate investor and owner of RVEST, LLC. |
|16| 15. <u>Bradley Roemer</u>. Roemer is an employee of Ivy Properties LLC, a company that |
|17| invested in foreclosed properties. |
|18| 16. <u>John Shiells</u>. Shiells is a real estate investor and real estate financier for Shiells Realty. |
|19| 17. <u>Jorge Wong</u>. Wong is a real estate investor for Golden Pinnacle Development. |

Additionally, the United States may call document custodians from the following companies or entities to admit records of regularly conducted activities:

1. Aztec Foreclosure Corporation
2. Bank of America, N.A.
3. California Reconveyance Company
4. California Secretary of State
5. California Department of Motor Vehicles
6. Cal-Western Reconveyance Company

No. CR 4:14-00582 PJH
U.S.' WITNESS LIST 2

7. CR Title Services, Inc.
8. FCI Lender Services
9. Fidelity National Title Insurance Company
10. The Mechanics Bank
11. NDeX West, LLC
12. Northwest Trustee Services, Inc.
13. Old Republic Default Management Services
14. Priority Posting and Publishing
15. Quality Loan Service Corporation
16. ReconTrust Company, N.A.
17. Reliable Posting and Publishing
18. ResCap Liquidating Trust (successor in interest to ETS Services, LLC)
19. ServiceLink Agency Sales and Posting, LLC (successor in interest to LPS Agency Sales and Posting, Inc.)
20. T.D. Service Company
21. Trustee Corporation
22. U.S. Bank, N.A.
23. Wells Fargo Bank, N.A.

DATED: September 7, 2016                    Respectfully submitted,

/s/ MANISH KUMAR
Trial Attorney
Antitrust Division
U.S. Department of Justice