MANISH KUMAR (CSBN 269493)
ALBERT B. SAMBAT (CSBN 236472)
SUSAN A. MUSSER (MOBN 63116)
ASHLEY EICKHOF (CSBN 307143)
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
ashley.eickhof@usdoj.gov
Telephone: (415) 934-5300

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALVIN FLORIDA, JR.,<br>ROBERT ALHASHASH RASHEED,<br>JOHN LEE BERRY, III,<br>REFUGIO DIAZ, and<br>STEPHAN ALEXANDER FLORIDA,<br>                Defendants. | CASE NO. CR 4:14-00582 PJH<br><br>**UNITED STATES' PROPOSED VERDICT FORM**<br>Pretrial Conference: October 12, 2016<br>Court: Hon. Chief Judge Phyllis J. Hamilton<br>Trial Date: October 31, 2016 |

The United States of America, by and through its counsel of record, Manish Kumar, Albert Sambat, Ashley Eickhof, and Susan Musser, Trial Attorneys, Antitrust Division, hereby submit the following proposed verdict form for use in the above-captioned case.

DATED: September 14, 2016              Respectfully submitted,

                                                                                     /s/
                                                Ashley Eickhof
                                                Trial Attorney
                                                Antitrust Division
                                                U.S. Department of Justice

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALVIN FLORIDA, JR,<br><br>Defendant. | CASE NO. CR 4:14-00582 PJH<br><br>**VERDICT FORM** |

We the Jury in the above-entitled case, unanimously find the answer to the following:

**Question 1:**

We, the Jury, find Defendant **Alvin Florida, Jr.**, GUILTY \_\_\_\_ or NOT GUILTY \_\_\_\_ (check one) of bid rigging at public foreclosure auctions in Alameda County in violation of the Sherman Act, 15 U.S.C. § 1, as charged in Count One of the Indictment.

Dated: _____

JURY FOREPERSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT ALHASHASH RASHEED,<br><br>Defendant. | CASE NO. CR 4:14-00582 PJH<br><br>**VERDICT FORM** |

We the Jury in the above-entitled case, unanimously find the answer to the following:

**Question 1:**

We, the Jury, find Defendant **Robert Alhashash Rasheed** GUILTY \_\_\_\_ or NOT GUILTY \_\_\_\_ (check one) of bid rigging at public foreclosure auctions in Alameda County in violation of the Sherman Act, 15 U.S.C. § 1, as charged in Count One of the Indictment.

Dated: _____

                                                                                                             JURY FOREPERSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA

v.

JOHN LEE BERRY, III,

Defendant.

CASE NO. CR 4:14-00582 PJH

**VERDICT FORM**

We the Jury in the above-entitled case, unanimously find the answer to the following:

**Question 1:**

We, the Jury, find Defendant **John Lee Berry, III** GUILTY \_\_\_\_ or NOT GUILTY \_\_\_\_ (check one) of bid rigging at public foreclosure auctions in Alameda County in violation of the Sherman Act, 15 U.S.C. § 1, as charged in Count One of the Indictment.

Dated: _____

        JURY FOREPERSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>REFUGIO DIAZ,<br><br>Defendant. | CASE NO. CR 4:14-00582 PJH<br><br>**VERDICT FORM** |

We the Jury in the above-entitled case, unanimously find the answer to the following:

**Question 1:**

We, the Jury, find Defendant **Refugio Diaz** GUILTY \_\_\_\_ or NOT GUILTY \_\_\_\_ (check one) of bid rigging at public foreclosure auctions in Alameda County in violation of the Sherman Act, 15 U.S.C. § 1, as charged in Count One of the Indictment.

Dated: _____
　　　　　　　　　　　　　　　　　　　　　　　　JURY FOREPERSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>STEPHAN ALEXANDER FLORIDA,<br><br>Defendant. | CASE NO. CR 4:14-00582 PJH<br><br>**VERDICT FORM** |

We the Jury in the above-entitled case, unanimously find the answer to the following:

**Question 1:**

We, the Jury, find Defendant **Stephan Alexander Florida** GUILTY \_\_\_\_ or NOT GUILTY \_\_\_\_ (check one) of bid rigging at public foreclosure auctions in Alameda County in violation of the Sherman Act, 15 U.S.C. § 1, as charged in Count One of the Indictment.

Dated: _____

JURY FOREPERSON