# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

   v.

ALVIN FLORIDA, JR.,

      Defendant.

Case No.:  CR 14-0582 PJH

**[PROPOSED] VERDICT FORM**

**WE THE JURY, FIND THE DEFENDANT, ALVIN FLORIDA, JR., AS FOLLOWS:**

_____        _____
Guilty                          Not Guilty

Of Count One, Bid Rigging, in violation of Title 15
United States Code, Section 1

Date: _____

_____
JURY FOREPERSON

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

   v.

ROBERT ALHASHASH RASHEED,

     Defendant.

Case No.:  CR 14-0582 PJH

**[PROPOSED] VERDICT FORM**

**WE THE JURY, FIND THE DEFENDANT, ROBERT ALHASHASH RASHEED, AS FOLLOWS:**

_____     _____
Guilty            Not Guilty

Of Count One, Bid Rigging, in violation of Title 15 United States Code, Section 1

Date: _____

_____
JURY FOREPERSON

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

UNITED STATES OF AMERICA,

           Plaintiff,

     v.

JOHN LEE BERRY, III,

          Defendant.

Case No.:  CR 14-0582 PJH

**[PROPOSED] VERDICT FORM**


**WE THE JURY, FIND THE DEFENDANT, JOHN LEE BERRY, III, AS FOLLOWS:**


_____    _____    Of Count One, Bid Rigging, in violation of Title 15
Guilty           Not Guilty         United States Code, Section 1


Date: _____       _____

                                             JURY FOREPERSON

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>REFUGIO DIAZ,<br><br>         Defendant. | Case No.:  CR 14-0582 PJH<br><br>**[PROPOSED] VERDICT FORM** |

**WE THE JURY, FIND THE DEFENDANT, REFUGIO DIAZ, AS FOLLOWS:**

_____  _____    Of Count One, Bid Rigging, in violation of Title 15
Guilty             Not Guilty         United States Code, Section 1

Date: _____        _____

                                          JURY FOREPERSON

| UNITED STATES OF AMERICA, | Case No.: CR 14-0582 PJH |
| Plaintiff, | **[PROPOSED] VERDICT FORM** |
| v. | |
| STEPHAN ALEXANDER FLORIDA, | |
| Defendant. | |

**WE THE JURY, FIND THE DEFENDANT, STEPHAN ALEXANDER FLORIDA, AS FOLLOWS:**

_____     _____          Of Count One, Bid Rigging, in violation of Title 15
Guilty                      Not Guilty                       United States Code, Section 1

Date: _____          _____
                                                                JURY FOREPERSON