1
2
3
4                    UNITED STATES DISTRICT COURT
5                   NORTHERN DISTRICT OF CALIFORNIA
6
7    UNITED STATES OF AMERICA,
                                              Case No.  14-cr-00582-PJH-1
8                  Plaintiff,

9          v.                                 **ORDER RE BRIEFING SCHEDULE ON
                                              MOTIONS TO SEVER**
10   ALVIN FLORIDA, JR.; ROBERT
     ALHASASH RASHEED; JOHN LEE
11   BERRY, III; REFUGIO DIAZ; and
     STEPHAN ALEXANDER FLORIDA,
12
                   Defendants.
13

14
         Defendants Alvin Florida, Jr., John Lee Berry, III, and Refugio Diaz each filed a
15
     motion to sever on September 14, 2016, noticed for hearing on the date of the pretrial
16
     conference, October 12, 2016.  Because defendants did not file the motions to sever until
17
     the pretrial filings were due, the motions to sever will be subject to the same briefing
18
     schedule as the motions in limine, with oppositions due September 28, 2016, and no
19
     reply briefs permitted.
20
         **IT IS SO ORDERED.**
21
     Dated:  September 26, 2016
22
23                                          _____
                                            PHYLLIS J. HAMILTON
24                                          United States District Judge
25
26
27
28