UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

Date: October 12, 2016 (Time: 2 hour 50 minutes)   JUDGE: Phyllis J. Hamilton

Case No:    14-cr-00582-PJH
Case Name:  UNITED STATES   v. ALVIN FLORIDA (PRESENT)
                              ROBERT RASHEED (PRESENT)
                              JOHN BERRY (PRESENT)
                              REFUGIO DIAZ (PRESENT)

Attorney for Plaintiff:   Manish Kumar; Ashley Eickhof; Albert Sambat; Anna Pletcher
Attorney for Defendant:   Shaffy Moeel (A. Florida)
                          Steven Gruel (Rasheed)
                          John Forsyth and Richard Hallinger (Berry)
                          Edwin Prather; Max Mizono (Diaz)

**Deputy Clerk:** Nichole Peric            **Court Reporter:** Kathy Wyatt

### PROCEEDINGS

Pretrial Conference-Held.

Defendant Diaz's Motion to Sever-DENIED as stated on the record.

Defendant Berry's Motion to Sever-DENIED as stated on the record.

Defendant Florida's Motion to Sever-DENIED as stated on the record.

The government shall submit a motion re: identity of undercover agent by 5:00 p.m. on 10/13/16. Defendants shall respond by 5:00 p.m. on 10/14/16. The parties shall file a final set of jury instructions and a blind set on the first day of trial.

The Court will issue a pretrial order.

**CASE CONTINUED TO: October 31, 2016 at 8:30 a.m. for Jury Selection**.