**SHAFFY MOEEL, ESQ.**
Cal State SBN 238732
MOEEL LAW OFFICE
P.O. Box 2737
El Cerrito, California 94530
Telephone: (415) 735-5021
Email: shaffymoeel@gmail.com

Attorney for Defendant
ALVIN FLORIDA JR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ALVIN FLORIDA JR., *et al*, <br><br> Defendant. | CASE NO. CR 14-00582 PJH <br><br> **DECLARATION OF COUNSEL IN SUPPORT OF DEFENDANTS' JOINT OPPOSITION TO GOVERNMENT'S MOTION TO WITHHOLD THE TRUE IDENTITY OF UCE-3322** <br><br><br> Before the Honorable Phyllis J. Hamilton <br> United States District Judge |

**DECLARATION OF COUNSEL**

I, Shaffy Moeel, declare under penalty of perjury as follows:

1. I have been appointed by the Court to represent Alvin Florida Jr. I am admitted to practice before this Court, and except as where otherwise expressly noted, state the following on personal knowledge, and if called as a witness could testify competently thereto.

2. On October 11, 2016, at 4:30 p.m., I participated in a telephone conference call with members from the government prosecution team. Also on the telephone call were

attorneys for the defendants: Edwin Prather, Max Mizono, John Forsyth, and Richard Hullinger.

3. During the call, the government notified the defense lawyers, for the first time, that they had no intention of disclosing the identity of the undercover agent witness known to the defense as UCE-3322. Instead, the government gave notice of its intent to keep the witness' identity secret to the defense, in perpetuity, citing concerns for the witness' safety.

4. The government indicated that it would be filing an under seal document in the coming days, notifying the Court of its concerns, and its request for special procedures during the undercover agent witness' testimony at trial.

5. The government assured me, and the other defense lawyers on the call, that the safety concern of the government was not a concern that arises with any of our clients or any of the bid-rigging cases in the Northern District of California.

6. The government indicated that it would be requesting that the Court implement the following procedures:

   a. During the witness's testimony at trial, the only individuals that will be permitted to remain in court would be: court personnel, the jury, the defendants, the government trial team, and the defense trial teams. The government would request that the public be permitted to listen to the proceeding in a separate room;

   b. The undercover agent witness would testify under pseudonym and this pseudonym would be listed in the jury questionnaire;

   c. The defense would be precluded from any questioning that seeks to uncover the true identity of the witness;

   d. The government would redact the image of the undercover agent witness in any photo/video for the record, except for when these items are shown to the jury during trial;

   e. The government will arrange with the U.S. Marshal or the court security officers so that undercover agent witness could enter the courtroom using a separate entrance

1 without being photographed or recorded.

Dated:  October 14, 2016

/s/ *Shaffy Moeel*
SHAFFY MOEEL
Attorney for Mr. Alvin Florida Jr.