1  MANISH KUMAR (CSBN 269493)
   ALBERT B. SAMBAT (CSBN 236472)
2  SUSAN A. MUSSER (MOBN 63116)
   ASHLEY EICKHOF (CSBN 307143)
3  U.S. Department of Justice
   Antitrust Division
4  450 Golden Gate Avenue
   Box 36046, Room 10-0101
5  San Francisco, CA 94102
   manish.kumar@usdoj.gov
6  Telephone: (415) 934-5300

7

8  Attorneys for United States of America

9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                    OAKLAND DIVISION

13

14  UNITED STATES OF AMERICA              CASE NO. CR 14-00582 PJH

15          v.                           **[PROPOSED] ORDER GRANTING UNITED STATES' ADMINISTRATIVE MOTION TO FILE DECLARATION AND EXHIBITS UNDER SEAL**

16  ALVIN FLORIDA, JR.,
    ROBERT ALHASHASH RASHEED,
17  JOHN LEE BERRY, III, and
    REFUGIO DIAZ,
18              Defendants.

19

20

21

22

23

24

25

26

27

28
   No. CR 14-00582 PJH
   [PROPOSED] ORDER GRANTING
   US' ADMIN. MOTION TO FILE
   DECL. AND EXHIBITS UNDER SEAL

1      The Court, having reviewed the United States' Administrative Motion to File Declaration and

2 Exhibits Under Seal and good cause having been shown, hereby **GRANTS** the Motion. For the reasons

3 set forth in the Administrative Motion, the Court finds that the Declaration of Manish Kumar in Support

4 of United States' Motion for Miscellaneous Relief and the attached Exhibits A through C shall be filed

5 under seal pursuant to Criminal Local Rule 56-1(b):

6      **IT IS SO ORDERED.**

7

8 DATED: _____October 17_____, 2016

9



10 Hon. PHYLLIS J. HAMILTON
    United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

No. CR 14-00582 PJH
[PROPOSED] ORDER GRANTING
US' ADMIN. MOTION TO FILE
DECL. AND EXHIBITS UNDER SEAL      1