1  **SHAFFY MOEEL, ESQ.**
   Cal State SBN 238732
2  MOEEL LAW OFFICE
   P.O. Box 2737
3  El Cerrito, California 94530
   Telephone:  (415) 735-5021
4  Email:  shaffymoeel@gmail.com

5  Attorney for Defendant
6  ALVIN FLORIDA JR.

7                  UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9                         OAKLAND DIVISION

| UNITED STATES OF AMERICA, | CASE NO. CR 14cr582-PJH |
|---|---|
| Plaintiff, | |
| v. | [PROPOSED] ORDER PERMITTING THE DEFENSE TO BRING A PRINTER INTO THE COURTHOUSE |
| ALVIN FLORIDA JR, ROBERT ALHASHASH RASHEED, JOHN LEE BERRY, III, REFUGIO DIAZ, | |
| Defendants. | |
| | Before the Honorable Phyllis J. Hamilton United States District Judge |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# [PROPOSED] ORDER

This Court orders that the defense teams for the above-named defendants be permitted to bring a printer into the United States District Courthouse in Oakland, California. Defense counsel are permitted to install the printer in the courthouse's attorney lounge conference room that they have reserved. The printer may remain in the reserved conference room for the pendency of the trial in this case for the exclusive use of the defendants' defense teams.

IT IS SO ORDERED.

Dated: October 25, 2016

_____
THE HON. PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE