**SHAFFY MOEL, ESQ.**
Cal State SBN 238732
MOEEL LAW OFFICE
P.O. Box 2737
El Cerrito, California 94530
Telephone:  (415) 735-5021
Email:  shaffymoeel@gmail.com

Attorney for Defendant
ALVIN FLORIDA JR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>ALVIN FLORIDA JR.*,*<br><br>        Defendants. | CASE NO. CR 14cr582-PJH<br><br>[~~PROPOSED~~] **ORDER PERMITTING THE DEFENSE TO BRING AN ERGONOMIC OFFICE CHAIR INTO THE COURTROOM**<br><br><br>Before the Honorable Phyllis J. Hamilton<br>United States District Judge |

[~~PROPOSED~~] ORDER

This Court orders that Mr. Florida's counsel be permitted to bring an ergonomic office chair into the United States District Courthouse in Oakland, California.  Defense counsel is permitted to install the chair at defense table in Courtroom 3 on the 3rd floor of the courthouse, during the pendency of the *United States v. Florida, et al*, trial.

IT IS SO ORDERED.

Dated:  October ~~25~~ 26, 2016

_____
THE HON. PJH HAMILTON
UNITED STATES DISTRICT JUDGE

