**SHAFFY MOEEL, ESQ.**
Cal State SBN 238732
MOEEL LAW OFFICE
P.O. Box 2737
El Cerrito, California 94530
Telephone: (415) 735-5021
Email: shaffymoeel@gmail.com

Attorney for Defendant
ALVIN FLORIDA JR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALVIN FLORIDA JR,<br>ROBERT ALHASHASH RASHEED,<br>JOHN LEE BERRY, III,<br>REFUGIO DIAZ,<br><br>　　　　Defendants. | CASE NO. CR 14cr582-PJH<br><br>[~~PROPOSED~~] **ORDER PERMITTING THE DEFENSE TO BRING A PRINTER INTO THE COURTHOUSE**<br><br><br><br>Before the Honorable Phyllis J. Hamilton<br>United States District Judge |

**[~~PROPOSED~~] ORDER**

This Court orders that the defense teams for the above-named defendants be permitted to bring a printer into the United States District Courthouse in Oakland, California. Defense counsel are permitted to install the printer in the courthouse's attorney lounge conference room that they have reserved. The printer may remain in the reserved conference room for the pendency of the trial in this case for the exclusive use of the defendants' defense teams.

IT IS SO ORDERED.

Dated: October ~~25~~ 26, 2016



_____
THE HON. PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE