STEVEN F. GRUEL (SBN 213148)

315 Montgomery Street, 9th Floor
San Francisco, California 94104
Telephone Number (415) 989-1253
Fax Number (415) 449-3622
attystevengruel@sbcglobal.net

www.gruellaw.com

Attorney for Robert Rasheed

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) No. CR-14-0582-PJH |
|---|---|
| Plaintiff, | ) JOINT DEFENSE OPPOSITION TO GOVERNMENT MODIFICATION OF 9th CIRCUIT MODEL JURY INSTRUCTION 8.20 (2010) FOR ELEMENTS OF CONSPIRACY |
| Vs. | |
| ALVIN FLORIDA, et al., | |
| Defendants. | ) Honorable Phyllis J. Hamilton |

The defendants, by and through their counsel, jointly submit this JOINT DEFENSE OPPOSITION TO GOVERNMENT MODIFICATION OF 9th CIRCUIT MODEL JURY INSTRUCTION 8.20 (2010) FOR ELEMENTS OF CONSPIRACY.

JOINT OPPOSITION

Yesterday the government belatedly suggested that the 9th Circuit Model Jury Instruction 8.20 (2010) defining the Elements of Conspiracy be changed to include the word "subagreements." The single argument made by the government for its suggestion was *United States v. Tille*, 729 F.2d 615, (9th Cir. 1984).  A review of the case shows that it offers no authority or support to alter the 9th Circuit's Model Instruction defining the elements of conspiracy as suggested by the government.

First, *Tille* was a RICO prosecution.  It has absolutely nothing to do with either the Sherman Act or a discussion of the elements of conspiracy.   Second, the Court's reference in the case pertaining to "subagreements" was in the context of the admission of co-conspirator statements and whether certain testimony was inadmissible hearsay, irrelevant and prejudicial.  *Tille*, at 621. There is absolutely nothing in *Tille* which supports, much less mentions, that the 9th Circuit Model Instruction for the elements of conspiracy should be changed for this case.

In short, the question of whether there was a "single overall agreement" to violate the Sherman Act, as charged, or multiple conspiracies, is a question for the jury to decide based on the evidence.  The jury question of whether there was a single conspiracy as opposed to multiple conspiracies is not novel.  Both theories of the case are fairly discussed and represented with the 9th Circuit Model instructions ordered yesterday by the Court. The government offers no legal authority whatsoever supporting that the time tested model instruction for the elements of conspiracy should now be changed for this case.

Dated: November 9, 2016                              Respectfully Submitted,

                                                ____/s/_____
                                                SHAFFY MOEEL
                                                Attorney for Defendant
                                                ALVIN FLORIDA, JR.


                                                ____/s/_____
                                                STEVEN GRUEL
                                                Attorney for Defendant
                                                ROBERT ALHASHASH RASHEED

                      ____/s/_____
                      JOHN FORSYTH
                      Attorney for Defendant
                      JOHN LEE BERRY, III

                      ____/s/_____
                      EDWIN PRATHER
                      Attorney for Defendant
                      REFUGIO DIAZ