**SHAFFY MOEEL, ESQ.**
Cal State SBN 238732
MOEEL LAW OFFICE
P.O. Box 2737
El Cerrito, California 94530
Telephone: (415) 735-5021
Email: shaffymoeel@gmail.com

Attorney for Defendant
ALVIN FLORIDA JR.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 14-CR-582 PJH |
| Plaintiff, | **DEFENDANTS' PROPOSED JURY INSTRUCTION** |
| vs. | |
| ALVIN FLORIDA, JR. *ET AL.,* | |
| Defendants. | |

On November 8, 2016, the Court directed the parties to meet and confer with respect to the government's proposed instruction 40: Testimony of Witnesses Involving Special Circumstances—Immunity, Benefits, Accomplice, Plea. The parties have met and conferred and are unable to agree on a joint instruction. The defense hereby submits its proposed instruction. The defense notes that its proposed instruction tracks the language of 9th Circuit Model Criminal Jury Instruction 4.9 more closely than the government's proposed instruction. In addition, the defense's proposed instruction tracks, in relevant part, the language of the instruction given by Judge Gonzalez Rogers in the trial of *United States v. Cervantes*, 12cr00792-YGR, Dckt. 1383 p. 30 of 108 and Dckt. 1395 p. 29 of 106.

**TESTIMONY OF WITNESSES INVOLVING SPECIAL CIRCUMSTANCES**

You have heard testimony from several witnesses to whom this instruction applies. The witnesses, Danli Lui, Douglas Ditmer, Bradley Roemer, Miguel De Sanz, and Jorge Wong are witnesses who may be hoping for further consideration from the Government at a future time, and/or who pleaded guilty to crimes pursuant to a cooperation agreement with the Government in the hope of receiving leniency. Any guilty plea arising out of the same events for which the defendants are on trial is not evidence against the defendants in this case and you may consider the evidence of the guilty pleas of those witnesses who testified about such pleas only in determining the witness's believability.

In evaluating the witness's testimony, you should consider the extent to which or whether his or her testimony may be influenced by any of these factors. In addition, you should examine his or her testimony with greater caution than that of other witnesses.

9th Circuit Model Criminal Jury Instruction 4.9, *United States v. Cervantes, et al.*, 12cr00792-YGR.

DATED: November 9, 2016    Respectfully submitted,

                 ____/s/_____
                 SHAFFY MOEEL
                 Attorney for Defendant
                 ALVIN FLORIDA, JR.

                 ____/s/_____
                 STEVEN GRUEL
                 Attorney for Defendant
                 ROBERT ALHASHASH RASHEED

                 ____/s/_____
                 JOHN FORSYTH
                 Attorney for Defendant
                 JOHN LEE BERRY, III

                 ____/s/_____
                 EDWIN PRATHER
                 Attorney for Defendant
                 REFUGIO DIAZ