FILED

NOV 14 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE PHYLLIS J. HAMILTON          Case No. 14-cr-00582-PJH-1

CASE NAME: USA v. Florida, et al.

NOTE FROM THE JURY

Note No. 1

Date Nov. 14, 2016

Time 10:53

1. The Jury has reached a unanimous verdict ( )

   Or

(2.) The Jury has the following question:

We have deliberated to the extent that all twelve jurors state that there are no aspects of the jury instructions that are unclear to them. We have discussed all three elements that need to be proven, and each juror feels he or she has reached an informed decision based on the evidence. We have consulted the evidence binders to resolve some disputes, but we have mostly gone with our memory of the evidence.

At this time, we are unable to reach a unanimous verdict for all four defendants.

Please advise us how to proceed.

FILED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NOV 1 4 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE PHYLLIS J. HAMILTON                Case No. 14-cr-00582-PJH-1

CASE NAME: USA v. Florida, et al.

NOTE FROM THE JURY

Note No. 2

Date 11/14/2016

Time 2:20 pm

1. The Jury has reached a unanimous verdict ( )

   Or

(2.) The Jury has the following question:

We are unable to reach a unanimous verdict on all four defendants after further deliberation. We examined as many bid logs as we could find and correlated them with round sheets to verify the participation of some defendants. We also spent time clarifying the jury instructions, and there were several changes in verdicts. At this point, all twelve jurors feel their verdicts will not change anymore.

Please advise us on how to proceed.