MANISH KUMAR (CSBN 269493)
ALBERT B. SAMBAT (CSBN 236472)
MICAH L. RUBBO (CSBN 267465)
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
micah.rubbo@usdoj.gov
Telephone: (415) 934-5300

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. CR 4:14-00582 JD |
| v. | **JOINT PROPOSED STATEMENT OF THE CASE** |
| ALVIN FLORIDA, JR., ROBERT ALHASHASH RASHEED, JOHN LEE BERRY, III, and REFUGIO DIAZ, | Court: The Honorable James Donato<br>Trial Date: December 5, 2016 |
| Defendants. | |

The government and undersigned defense counsel jointly submit the following statement of the case:

> This is a criminal case in which the defendants, Alvin Florida, Robert Rasheed, John Berry, and Refugio Diaz are charged in one count of the following offense: Entering into and engaging in a combination and conspiracy to suppress and restrain competition by rigging bids to obtain selected properties offered at public foreclosure auctions in Alameda County in unreasonable restraint of interstate trade and commerce in violation of Section 1 of the Sherman Act.
>
> While this is a criminal case, it does not involve any crime of violence or any state or municipal law enforcement personnel such as the Oakland or San Francisco Police Department.

The defendants additionally propose the following language:

> Moreover, the charged offense in this case is not evidence. All defendants have plead not guilty to the offense, and are presumed innocent of the offense.

The Government objects to this additional language on the basis that it is already covered by the preliminary jury instructions. *See* Dkts. 244 at 5 (Joint Proposed Instruction No. 2 ); 284 at 17 (adopting jointly proposed instructions).

DATED: December 1, 2016                     Respectfully submitted,


\_\_\_/s/_____         \_\_\_\_/s/_____
MICAH L. RUBBO                              STEVEN GRUEL
MANISH KUMAR                                Attorney for Defendant
ALBERT B. SAMBAT                            ROBERT ALHASHASH RASHEED
Trial Attorneys
Antitrust Division
U.S. Department of Justice                  \_\_\_\_/s/_____
                                            JOHN FORSYTH
                                            Attorney for Defendant
\_\_\_\_/s/_____         JOHN LEE BERRY, III
SHAFFY MOEEL
Attorney for Defendant
ALVIN FLORIDA, JR.                          \_\_\_\_/s/_____
                                            EDWIN PRATHER
                                            MAX MIZONO
                                            Attorneys for Defendant
                                            REFUGIO DIAZ

No. CR 4:14-00582 JD
JOINT PROPOSED
STATEMENT OF THE CASE           2