1  MANISH KUMAR (CSBN 269493)
   ALBERT B. SAMBAT (CSBN 236472)
2  MICAH L. RUBBO (CSBN 267465)
   U.S. Department of Justice
3  Antitrust Division
4  450 Golden Gate Avenue
   Box 36046, Room 10-0101
5  San Francisco, CA 94102
   manish.kumar@usdoj.gov
6  Telephone: (415) 934-5300

7  Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA | CASE NO. CR 4:14-00582 JD |
|---|---|
| v. | **UNITED STATES' EXHIBIT LIST** |
| ALVIN FLORIDA, JR., ROBERT ALHASHASH RASHEED, JOHN LEE BERRY, III, and REFUGIO DIAZ, | Trial Date: December 5, 2016<br>Time: 9:00 a.m.<br>Court: Hon. Judge James Donato |
| Defendants. | |

Pursuant to the Court's Order on December 1, 2016 (doc. no. 355), the United States hereby submits the attached supplemental exhibit list identifying the new documents it seeks to introduce at trial.

Dated: December 1, 2016                    Respectfully submitted,


                                           /s/ MANISH KUMAR
                                           Antitrust Division
                                           U.S. Department of Justice

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CASE NO. CR 14-0582 JD                    TRIAL DATE:    December 5, 2016

**UNITED STATES** v. **ALVIN FLORIDA, JR., et al.**

EXHIBIT LIST

( **X** )   Government                             (   )   Defendant

| Exhibit # | Marked | Admitted | Witness | Bates Range | Description |
|---|---|---|---|---|---|
| 1 | | | | Various starting with NDRE-AF1-04 | Round Sheets Seized from Florida Offices |
| 2 | | | | Various starting with NDRE-AF1-05 | Round Sheets Seized from Florida Offices |
| 3 | | | | Various starting with NDRE-AF1-07 | Round Sheets Seized from Florida Offices |
| 4 | | | | Various starting with NDRE-AF1-08 | Round Sheets Seized from Florida Offices |
|  | | | | | |
| 6 | | | | Various starting with NDRE-AF1-14 | Round Sheets Seized from Florida Offices |
| 7 | | | | Various starting with NDRE-AF1-16 | Round Sheets Seized from Florida Offices |
| 8 | | | | NDRE-RR-VP-FBI-000001 to -002 | Email: "Re: Re; 991-993 54th St. Oakland" |
| 9 | | | | 1D107.004_part3 | Recording #1D107 |
| 9T | | | | | Recording #1D107 transcript |
| 10 | | | | 1D397.003 | Recording #1D397 |
| 10T | | | | | Recording #1D397 transcript |
| 11 | | | | 1D479.005 | Recording #1D479 |
| 11T | | | | | Recording #1D479 transcript |
| 12 | | | | 1D102.001 | Recording #1D102 |
| 12T | | | | | Recording #1D102 Transcript |
| 13 | | | | 1D418.003 | Recording #1D418 |
| 13T | | | | | Recording #1D418 Transcript |
| 14 | | | | NDRE-FBI-0155 to -56 | Handwritten Round Notes for 1007 41st St. #331, Emeryville |
| 15 | | | | 1D419.004 | Recording #1D419 |
| 15S | | | | | Recording #1D419 Screenshot |
| 16 | | | | 1D277.003 | Recording #1D277 |
| 16T | | | | | Recording #1D277 Transcript |
| 16S | | | | | Recording #1D277 Screenshot |
| 17 | | | | 1D553.001 | Recording #1D553 |
| 17T | | | | | Recording #1D553 Transcript |
| 18 | | | | 1D550.001 | Recording #1D550 |
| 18S | | | | | Recording #1D550 Screenshot |
| 19 | | | | | Demonstrative: Alameda County Courthouse Photos |

Note: Row between Exhibit 4 and 6 reads: **5 INTENTIONALLY LEFT BLANK**

| Exhibit # | Marked | Admitted | Witness | Bates Range | Description |
|---|---|---|---|---|---|
| 20 | | | | NDRE-AL100817-H-DSC-0041 and -44 | Fallon Street Bus Stop Photos |
| 21 | | | | | Search Site Photos |
| 22 | | | | NDRE-FBI-SEARCH07-000001 to -07 | Search Site Documents |
| 23 | | | | NDRE-FBI-CHS-000307.1 | Robert Kramer Check #1 |
| 24 | | | | NDRE-DMV-000034 | DMV Record for defendant Stephan Florida |
| 25 | | | | NDRE-DMV-000035 | DMV Record for defendant Diaz |
| 26 | | | | NDRE-DMV-000036 | DMV Record for defendant Berry |
| 27 | | | | NDRE-DMV-000037 | DMV Record for defendant Rasheed |
| 28 | | | | NDRE-DMV-000038 | DMV Record for defendant Alvin Florida |
| 29 | | | | NDRE-SOS-000033 to -38 | Incorporation records for Dover Investments, LLC |
| 30 | | | | NDRE-SOS-000045 to -49 | Incorporation records for Monetary Investment, LLC |
| 31 | | | | NDRE-SOS-000050 to -55 | Incorporation records for Monetary Recovery Service, Inc. |
| 32 | | | | NDRE-SOS-000056 to -61 | Incorporation records for PTI Realty & Business Acquisitions, Inc. |
| 33 | | | | NDRE-WF-000022 to -24 | Business Account Application for Monetary Recovery Service, Inc. |
| 34 | | | | NDRE-RR-000211 to -18 | Business Account Application for PTI Business Acquisitions |
| 35 | | | | NDRE-WF-000173 to -75 | Certificate of Authority and Addendum for Monetary Investment, LLC |
| 36 | | | | 1D360.002 | Recording #1D360 |
| 36T | | | | | Recording #1D360 Transcript |
| 37 | | | | | Demonstrative: 2100 Lakeshore Ave., Oakland |
| **38 INTENTIONALLY LEFT BLANK** | | | | | |
| 39 | | | | Various Bates numbers | Round Sheets Seized from Florida Offices |
| 40 | | | | Various Bates numbers | Round Sheets Seized from Florida Offices |
| 41 | | | | | Demonstrative: Photos of Folders Seized from Florida Offices |
| **42 – 49 INTENTIONALLY LEFT BLANK** | | | | | |
| 50 | | | | | Summary Chart: Seized Round Sheets |
| 51 | | | | | Summary Chart: Transfer of Trustee Sale Proceeds |
| 52 | | | | | Summary Chart: Auction Records |
| 53 | | | | | Demonstrative: Foreclosure Process |
| 54 | | | | | Demonstrative: Auction Proceeds Disbursement Chart |
| **55 – 99 INTENTIONALLY LEFT BLANK** | | | | | |
| 100 | | | | NDRE-MDES-VP-00001 to -052 | Miguel De Sanz Planner |
| 101 | | | | Various starting with NDRE-MDeS-VP | Miguel De Sanz Round Sheets |
| 102 | | | | Various Bates numbers | Miguel De Sanz Ledgers |

| Exhibit # | Marked | Admitted | Witness | Bates Range | Description |
|---|---|---|---|---|---|
| 103 | | | | NDRE-MDES-VP- 000578 to -579 | De Sanz Realty Checks #1 |
| 104 | | | | NDRE-DESANZ-USB-000423 | De Sanz Realty Check #2 |
| 105 | | | | NDRE-DESANZ-USB-000887 | De Sanz Realty Check #3 |
| 106 | | | | Various Bates numbers | Miguel De Sanz Ledgers |
| 107 | | | | | Summary Chart: Round Records |
| **108 – 119 INTENTIONALLY LEFT BLANK** | | | | | |
| 120 | | | | Various including NDRE-DOVER-00855, -861, -864, -863, -860, -858 *et seq.* | Mohamed Joudi Round Sheets |
| 121 | | | | NDRE-ROBKA-000013 to -14, -21 to -22 | Mohamed Joudi Ledger |
| 122 | | | | NDRE-DOVER-00068 | Premier Team, Inc. Check #1 |
| 123 | | | | NDRE-DOVER-00082 | Premier Team, Inc. Check #2 |
| 124 | | | | NDRE-DOVER-00100 | Premier Team, Inc. Check #3 |
| 125 | | | | NDRE-DOVER-00103 | Premier Team, Inc. Check #4 |
| **126 – 129 INTENTIONALLY LEFT BLANK** | | | | | |
| 130 | | | | Various Bates numbers | Brian McKinzie Round Sheets |
| 131 | | | | Various Bates numbers | Brian McKinzie Ledgers |
| 132 | | | | NDRE-AFIC-000115 | Email: "5985 Corte Aroboles Pleasanton account" |
| 133 | | | | NDRE-DOVER-00128 | Premier Team, Inc. Check #5 |
| 134 | | | | NDRE-AFIC-000113 | American Foreclosure Investment Corp. Check #1 |
| **135 INTENTIONALLY LEFT BLANK** | | | | | |
| 136 | | | | NDRE-MM1-18-048567 | Email: "morris and accounting" |
| 137 | | | | NDRE-AF-WF-0000116 | Monetary Recovery Service Inc. Check #1 |
| **138 – 149 INTENTIONALLY LEFT BLANK** | | | | | |
| 150 | | | | Various Bates numbers | John Shiells Round Sheets |
| 151 | | | | NDRE-AF1-05- 001072 | John Shiells Check #1 |
| 152 | | | | NDRE-JS-12-017625 | Accounting Record #1 for 3258 Kelly St., Hayward |
| 153 | | | | NDRE-JS-12-017620 | Accounting Record #2 for 3258 Kelly St., Hayward |
| **154 – 169 INTENTIONALLY LEFT BLANK** | | | | | |
| 170 | | | | Various starting with NDRE-MDeS-VP | Douglas Ditmer Round Sheets |
| 171 | | | | | Summary Chart: Round Records |
| **172 – 179 INTENTIONALLY LEFT BLANK** | | | | | |
| 180 | | | | Various Bates numbers | Thomas Franciose Round Sheets |
| 181 | | | | Various starting with NDRE-TF | Ledgers for Thomas Franciose |
| 182 | | | | NDRE-TF-VP-FBI-EMAIL-000011 | Email: "11/23 20008 Gem ct, Castro valley" |
| 183 | | | | NDRE-TF-VP-FBI-EMAIL-000010 | Email: "Re: 12/18 LIST" |

| Exhibit # | Marked | Admitted | Witness | Bates Range | Description |
|---|---|---|---|---|---|
| **184 INTENTIONALLY LEFT BLANK** | | | | | |
| 185 | | | | Various Bates numbers | Danli Liu Round and Payoff Notes |
| 186 | | | | NDRE-TRIEI-00252 | Danli Liu Checks, Carbon Copies |
| **187 – 189 INTENTIONALLY LEFT BLANK** | | | | | |
| 190 | | | | NDRE-DOVER-00850 | Michael Renquist Ledger |
| **191 – 199 INTENTIONALLY LEFT BLANK** | | | | | |
| 200 | | | | ROEMERB0000079.001 | Bradley Roemer Round Sheets |
| 201 | | | | ROEMERB0000049 | Email: "34th St Round" |
| 202 | | | | ROEMERB0000050 | Email: "Alameda Round finals" |
| 203 | | | | ROEMERB0000051 to -53 | Emails: "Alameda Rounds" |
| 204 | | | | NDRE-IVYP-2907 | Mark Roemer Letter Dated February 26, 2010 |
| 205 | | | | ROEMERB0000067 | Email between Bradley Roemer and Mark Roemer without a subject line |
| 206 | | | | ROEMERB0000027 | Spreadsheet: "2350-52 Park Blvd Acquisition Costs" |
| 207 | | | | NDRE-IVYP-2821 | Spreadsheet: 1618 6th St., Alameda |
| 208 | | | | ROEMERB0000077.004 | Document: "2350-52 Park Blvd Acquisition Costs" |
| 209 | | | | NDRE-IVYP-2836 | Spreadsheet: "142nd Ave. Job Costs" |
| 210 | | | | NDRE-IVYP-1363 | Ivy Properties, LLC Checks #1 |
| 211 | | | | NDRE-BR-BOA- 044193 to -94 | Ivy Properties, LLC Checks #2 |
| 212 | | | | NDRE-IVYP-2910 | Mark Roemer Cashier's Check #1 |
| 213 | | | | NDRE-IVYP-2911 | Mark Roemer Cashier's Check #2 |
| 214 | | | | NDRE-IVYP-2914 | Mark Roemer Cashier's Checks #3 |
| 215 | | | | NDRE-IVYB-0196 | Spreadsheet: "Somerset Job Costs" |
| 216 | | | | NDRE-IVYP-2100 | Ivy Properties, LLC Check #3 |
| 217 | | | | NDRE-BR-BOA- 044907 to -08 | Ivy Properties, LLC Check #4 |
| 218 | | | | NDRE-IVYB-0005 | Spreadsheet: "Market Job Costs" |
| 219 | | | | NDRE-IVYP-2113 | Ivy Properties, LLC Checks #5 |
| 220 | | | | NDRE-BR-BOA- 044909 to -10 | Ivy Properties, LLC Check #6 |
| 221 | | | | NDRE-IVYB-0104 | Spreadsheet: "875 Begier Job Costs" |
| 222 | | | | NDRE-IVYP-BOA- 000181 to -82 | Ivy Bay, LLC Check #1 |
| 223 | | | | NDRE-RK-000330 | Various checks from Robert Kramer and Gregory Greer |
| 224 | | | | NDRE-IVYP-0028 to -29 | Ivy Properties, LLC Checks #7 |
| 225 | | | | NDRE-BR-BOA- 043963 to -64 | Ivy Properties, LLC Check #8 |
| **226 – 229 INTENTIONALLY LEFT BLANK** | | | | | |
| 230 | | | | NDRE-GP-EDOC-000006,GP000753, -996, -1028, and -1044 | Jorge Wong Round Documents |
| **231 – 249 INTENTIONALLY LEFT BLANK** | | | | | |
| 250 | | | | | Miguel De Sanz Plea Agreement |
| 250R | | | | | Redacted Miguel De Sanz Plea Agreement |

| Exhibit # | Marked | Admitted | Witness | Bates Range | Description |
|---|---|---|---|---|---|
| 251 | | | | | Douglas Ditmer Plea Agreement |
| 251R | | | | | Redacted Douglas Ditmer Plea Agreement |
| 252 | | | | | Thomas Franciose Plea Agreement |
| 252R | | | | | Redacted Thomas Franciose Plea Agreement |
| 253 | | | | | Danli Liu Plea Agreement |
| 253R | | | | | Redacted Danli Liu Plea Agreement |
| 254 | | | | | Brian McKinzie Plea Agreement |
| 254R | | | | | Redacted Brian McKinzie Plea Agreement |
| 255 | | | | | Michael Renquist Plea Agreement |
| 255R | | | | | Redacted Michael Renquist Plea Agreement |
| 256 | | | | | Bradley Roemer Plea Agreement |
| 256R | | | | | Redacted Bradley Roemer Plea Agreement |
| 257 | | | | | John Shiells Plea Agreement |
| 257R | | | | | Redacted John Shiells Plea Agreement |
| 258 | | | | | Jorge Wong Plea Agreement |
| 258R | | | | | Redacted Jorge Wong Plea Agreement |
| **259 INTENTIONALLY LEFT BLANK** | | | | | |
| 260 | | | | NDRE-T-CRT-000001 to -02 | Property Listing Spreadsheet #1 |
| 261 | | | | LPS-ANT-NDCAL-000026 to -198 | Property Listing Spreadsheet #2 |
| 262 | | | | NDRE-T-AZTEC-000046 | Receipt of Funds for 3469 Little Ct., Fremont |
| 263 | | | | NDRE-T-AZTEC-000047 | Cashier's Check for 3469 Little Ct., Fremont |
| 264 | | | | NDRE-T-AZTEC-000036 | FedEx Shipping Label, Cover Letter, and Check to Lender for 3469 Little Ct., Fremont |
| 265 | | | | NDRE-T-ETS-001323 | Receipt of Funds for 1523 Carleton St., Berkeley |
| 266 | | | | NDRE-T-ETS-001325 | Invoice for 1523 Carleton St., Berkeley |
| 267 | | | | NWTS0227 | Receipt of Funds for 1541 77th Ave., Oakland |
| 268 | | | | NWTS0228 to -31 | Cashier's Checks for 1541 77th Ave., Oakland |
| 269 | | | | NWTS0232 to -35 | Cover Letter and Trustee's Deed for 1541 77th Ave., Oakland |
| 270 | | | | NDRE-PPP-10140 | Receipt of Funds for 16355 Helo Dr., San Leandro |
| 271 | | | | NDRE-PPP-10141 to -42 | Bid Log for 16355 Helo Dr., San Leandro |
| 272 | | | | NDRE-PPP-10143 to -44 | Cashier's Check for 16355 Helo D.r, San Leandro |
| 273 | | | | NDRE-PPP-10137 to -38 | Accounting System Screenshots for 16355 Helo Dr, San Leandro |

| Exhibit # | Marked | Admitted | Witness | Bates Range | Description |
|---|---|---|---|---|---|
| 274 | | | | CRC021533 to -35 | Cover Letter and Trustee's Deed for 16355 Helo Dr., San Leandro |
| 275 | | | | CRC021531 to -32 | Cover Letter and Check to Lender for 16355 Helo Dr., San Leandro |
| 276 | | | | NDRE-T-ETS-000699 | Receipt of Funds for 5327 Port Sailwood, Newark |
| 277 | | | | NDRE-T-ETS-000700 | Cashier's Checks for 5327 Port Sailwood, Newark |
| 278 | | | | NDRE-T-ETS-003949 | Accounting System Screenshot for 5327 Port Sailwood, Newark |
| 279 | | | | NDRE-BAC-RT-001161 | Receipt of Funds for 42639 Lemonwood St., Fremont |
| 280 | | | | NDRE-BAC-RT-001168 | Cashier's Checks for 42639 Lemonwood St., Fremont |
| 281 | | | | NDRE-BAC-RT-003521 | Certificate of Sale for 42639 Lemonwood St., Fremont |
| 282 | | | | NDRE-T-ETS-000405 | Receipt of Funds for 1800 100th St., Oakland |
| 283 | | | | NDRE-T-ETS-000406 | Cashier's Check for 1800 100th St., Oakland |
| 284 | | | | NDRE-T-OLDRD-000027 | Receipt of Funds for 3380 Sydney Way, Castro Valley |
| 285 | | | | NDRE-PPP-10457 to -58 | Bid Log for 3380 Sydney Way, Castro Valley |
| 286 | | | | NDRE-PPP-10459 to -62 | Cashier's Checks for 3380 Sydney Way, Castro Valley |
| 287 | | | | NDRE-T-OLDRD-000039 | Disbursement Record for 3380 Sydney Way, Castro Valley |
| 288 | | | | NDRE-T-OLDRD-000038 | Check to Lender for 3380 Sydney Way, Castro Valley |
| 289 | | | | NDRE-PPP-10514 | Bid Log for 10214 Royal Ann St., Oakland |
| 290 | | | | CRC021052 | Cashier's Checks for 10214 Royal Ann St., Oakland |
| 291 | | | | CRC021047 | Receipt of Funds for 10214 Royal Ann St., Oakland |
| 292 | | | | CRC021038 to -39 | Cover Letter and Check to Lender for 10214 Royal Ann St., Oakland |
| 293 | | | | NDRE-T-QLS-004070 | Receipt of Funds for 1445 Navy St., San Leandro |
| 294 | | | | NDRE-T-QLS-004068 to -69 | Cashier's Check for 1445 Navy St., San Leandro |
| 295 | | | | NDRE-T-QLS-004075 | Cover Letter to Lender for 1445 Navy St., San Leandro |
| 296 | | | | NDRE-T-QLS-004071 | Check to Lender for 1445 Navy St., San Leandro |
| 297 | | | | NDRE-T-TDS-000216 | Receipt of Funds for 30919 Periwinkle Dr., Union City |
| 298 | | | | NDRE-T-TDS-000217 | Cashier's Check for 30919 Periwinkle Dr., Union City |

| Exhibit # | Marked | Admitted | Witness | Bates Range | Description |
|---|---|---|---|---|---|
| 299 | | | | NDRE-T-TDS-000826 | Check to Lender for 30919 Periwinkle Dr., Union City |
| 300 | | | | NDRE-T-TDS-000218 to -20 | Cover Letter and Trustee's Deed for 30919 Periwinkle Dr., Union City |
| 301 | | | | NDRE-PPP-10550 | Bid Log for 6422 Lupine Ct., Newark |
| 302 | | | | NDRE-T-Fidelity-000092 | Receipt of Funds for 6422 Lupine Ct., Newark |
| 303 | | | | NDRE-PPP-10552 to -53 | Cashier's Check for 6422 Lupine Ct., Newark |
| 304 | | | | NDRE-T-Fidelity-000094 | Disbursement Record for 6422 Lupine Ct., Newark |
| 305 | | | | NDRE-PPP-10546 to -47 | Accounting System Screenshots for 6422 Lupine Ct., Newark |
| 306 | | | | LPS-ANT-NDCAC-006290 to -91 | Bid Log for 3215 Bona St., Oakland |
| 307 | | | | NDRE-T-ETS-002066 | Receipt of Funds for 3215 Bona St., Oakland |
| 308 | | | | NDRE-T-ETS-002067 | Cashier's Checks for 3215 Bona St., Oakland |
| 309 | | | | NDRE-T-NDEX-000489 | Receipt of Funds for 34236 Arizona St. #15, Union City |
| 310 | | | | NDRE-T-NDEX-000490 | Cashier's Check for 34236 Arizona St. #15, Union City |
| 311 | | | | NDRE-T-NDEX-000495 to -96 | Cover Letter and Check to Lender for 34236 Arizona St. #15, Union City |
| 312 | | | | NDRE-T-NDEX-000488 | Sales Record for 34236 Arizona St. #15, Union City |
| 313 | | | | LPS-ANT-NDCAC-003704 | Bid Log for 1174 Silver Maple Ln., Hayward |
| 314 | | | | LPS-ANT-NDCAC-003714 | Receipt of Funds for 1174 Silver Maple Ln., Hayward |
| 315 | | | | CRC015919 to -22 | Cashier's Checks for 1174 Silver Maple Ln., Hayward |
| 316 | | | | CRC015908 to -09 | Cover Letter and Check to Lender for 1174 Silver Maple Ln., Hayward |
| 317 | | | | LPS-ANT-NDCAC-007236 | Receipt of Funds for 6211 Telegraph Ave. #35, Oakland |
| 318 | | | | LPS-ANT-NDCAC-007230 | Bid Log for 6211 Telegraph Ave. #35, Oakland |
| 319 | | | | NDRE-T-AZTEC-000176 to -177 | Cashier's Checks for 6211 Telegraph Ave. #35, Oakland |
| 320 | | | | NDRE-T-AZTEC-000163 to -64 | Cover Letter and Check to Lender for 6211 Telegraph Ave. #35, Oakland |
| 321 | | | | NDRE-PPP-11187 | Bid Log for 1007 41st St. #341, Oakland |
| 322 | | | | CRC023420 | Receipt of Funds for 1007 41st St. #341, Oakland |
| 323 | | | | NDRE-PPP-11188 to -89 | Cashier's Check for 1007 41st St. #341, Oakland |

| Exhibit # | Marked | Admitted | Witness | Bates Range | Description |
|---|---|---|---|---|---|
| 324 | | | | CRC023412 to -13 | Cover Letter and Check to Lender for 1007 41st St. #341, Oakland |
| 325 | | | | CRC023414 to -17 | Cover Letter and Trustee's Deed for 1007 41st St. #341, Oakland |
| 326 | | | | NDRE-PPP-12936 | Bid Log for 3222 Delaware St. #C, Oakland |
| 327 | | | | NDRE-PPP-12935 | Receipt of Funds for 3222 Delaware St. #C, Oakland |
| 328 | | | | NDRE-PPP-12937 to -38 | Cashier's Checks for 3222 Delaware St. #C, Oakland |
| 329 | | | | NDRE-T-CRT-000959 | Certificate of Sale for 3222 Delaware St. #C, Oakland |
| 330 | | | | NDRE-PPP-13042 | Bid Log for 2205 Church St., Oakland |
| 331 | | | | NDRE-PPP-13041 | Receipt of Funds for 2205 Church St., Oakland |
| 332 | | | | NDRE-PPP-13043 to -44 | Cashier's Check for 2205 Church St., Oakland |
| 333 | | | | NDRE-T-TRUST-000333 | Wire Transfer Record to Lender for 2205 Church St., Oakland |
| 334 | | | | NDRE-PPP-13038 | Accounting System Screenshot for 2205 Church St., Oakland |
| 335 | | | | NDRE-T-TDS-000166 | Receipt of Funds for 10406 Shaw St., Oakland |
| 336 | | | | NDRE-T-TDS-000167 to -68 | Cashier's Checks for 10406 Shaw St., Oakland |
| 337 | | | | NDRE-T-TDS-000171 | Cover Sheet for Funds to Lender for 10406 Shaw St., Oakland |
| 338 | | | | NDRE-T-TDS-000165 | Trustee Company Cover Sheet for 10406 Shaw St., Oakland |
| 339 | | | | LPS-ANT-NDCAC-007349 | Bid Log for 7532 Arthur St., Oakland |
| 340 | | | | LPS-ANT-NDCAC-007354 | Receipt of Funds for 7532 Arthur St., Oakland |
| 341 | | | | LPS-ANT-NDCAC-007350 to -51 | Cashier's Check for 7532 Arthur St., Oakland |
| 342 | | | | NDRE-T-QLS-005984 | Check to Lender for 7532 Arthur St., Oakland |
| 343 | | | | NDRE-T-QLS-005988 | Cover Letter to Lender for 7532 Arthur St., Oakland |
| 344 | | | | LPS-ANT-NDCAC-003524 | Bid Log for 1085 Murrieta Blvd. #244, Livermore |
| 345 | | | | NDRE-T-Fidelity-000291 | Receipt of Funds for 1085 Murrieta Blvd. #244, Livermore |
| 346 | | | | LPS-ANT-NDCAC-003525 to -26 | Cashier's Checks for 1085 Murrieta Blvd. #244, Livermore |
| 347 | | | | NDRE-T-Fidelity-000293 | Accounting System Screenshot for 1085 Murrieta Blvd. #244, Livermore |
| 348 | | | | NDRE-T-Fidelity-000617 | Cover Letter to Lender for 1085 Murrieta Blvd. #244, Livermore |

| Exhibit # | Marked | Admitted | Witness | Bates Range | Description |
|---|---|---|---|---|---|
| 349 | | | | NDRE-T-Fidelity-000614 to -16 | Trustee's Deed and Overage Check for 1085 Murrieta Blvd. #244, Livermore |
| 350 | | | | LPS-ANT-NDCAC-005282 to -83 | Bid Log for 2196 Harrington Ave., Oakland |
| 351 | | | | LPS-ANT-NDCAC-005287 | Receipt of Funds for 2196 Harrington Ave., Oakland |
| 352 | | | | NDRE-T-ETS-001788 | Cashier's Checks for 2196 Harrington Ave., Oakland |
| 353 | | | | NDRE-T-ETS-001792 to -94 | Cover Letter and Trustee's Deed for 2196 Harrington Ave., Oakland |
| 354 | | | | LPS-ANT-NDCAC-003892 to -93 | Bid Log for 1281 E. 34th St., Oakland |
| 355 | | | | LPS-ANT-NDCAC-003897 | Receipt of Funds for 1281 E. 34th St., Oakland |
| 356 | | | | LPS-ANT-NDCAC-003894 -95 | Cashier's Checks for 1281 E. 34th St., Oakland |
| 357 | | | | CRC012220 to -21 | Cover Letter and Check to Lender for 1281 E. 34th St., Oakland |
| 358 | | | | CRC012224 to -26 | Cover Letter and Trustee's Deed for 1281 E. 34th St., Oakland |
| 359 | | | | LPS-ANT-NDCAC-004366 | Bid Log for 1618 6th St., Alameda |
| 360 | | | | LPS-ANT-NDCAC-004370 | Receipt of Funds for 1618 6th St., Alameda |
| 361 | | | | CRC009712 | Cashier's Checks for 1618 6th St., Alameda |
| 362 | | | | CRC009704 to -05 | Cover Letter and Check to Lender for 1618 6th St, Alameda |
| 363 | | | | LPS-ANT-NDCAC-005500 | Bid Log for 2335 94th Ave., Oakland |
| 364 | | | | CRC017633 to -34 | Receipt of Funds for 2335 94th Ave., Oakland |
| 365 | | | | LPS-ANT-NDCAC-005501 to -02 | Cashier's Check for 2335 94th Ave., Oakland |
| 366 | | | | NDRE-T-NDEX-000533 | Receipt of Funds for 325 Kitty Hawk Rd. #104, Alameda |
| 367 | | | | NDRE-T-NDEX-000534 | Cashier's Checks for 325 Kitty Hawk Rd. #104, Alameda |
| 368 | | | | NDRE-T-NDEX-000541 to -42 | Cover Letter and Check to Lender for 325 Kitty Hawk Rd. #104, Alameda |
| 369 | | | | LPS-ANT-NDCAC-005460 to -61 | Bid Log for 2317 Cryer St., Hayward |
| 370 | | | | NDRE-T-QLS-004849 | Receipt of Funds for 2317 Cryer St., Hayward |
| 371 | | | | LPS-ANT-NDCAC-005462 to -65 | Cashier's Checks for 2317 Cryer St., Hayward |
| 372 | | | | NDRE-T-QLS-004853 | Invoice for 2317 Cryer St., Hayward |
| 373 | | | | NDRE-PPP-13620 | Bid Log for 5830 E. 17th St., Oakland |

| Exhibit # | Marked | Admitted | Witness | Bates Range | Description |
|---|---|---|---|---|---|
| 374 | | | | NDRE-PPP-13617 | Receipt of Funds for 5830 E. 17th St., Oakland |
| 375 | | | | NDRE-PPP-13618 to -19 | Cashier's Check for 5830 E. 17th St., Oakland |
| 376 | | | | NDRE-T-FIDELITY-000528 | Certificate of Sale for 5830 E. 17th St., Oakland |
| 377 | | | | NDRE-PPP-13614 to -15 | Accounting System Screenshot for 5830 E. 17th St., Oakland |
| 378 | | | | LPS-ANT-NDCAC-004462 to -63 | Bid Log for 1660 142nd Ave., San Leandro |
| 379 | | | | NDRE-T-QLS-004309 to -16 | Cashier's Checks for 1660 142nd Ave., San Leandro |
| 380 | | | | NDRE-T-QLS-004317 | Receipt of Funds for 1660 142nd Ave., San Leandro |
| 381 | | | | NDRE-T-QLS-004319, -23 | Cover Letter and Proceeds Check for 1660 142nd Ave., San Leandro |
| 382 | | | | LPS-ANT-NDCAC-007642 to -43 | Bid Log for 16258 San Remo Dr., San Leandro |
| 383 | | | | LPS-ANT-NDCAC-007647 | Receipt of Funds for 16258 San Remo Dr., San Leandro |
| 384 | | | | LPS-ANT-NDCAC-007644 to -45 | Cashier's Check for 16258 San Remo Dr., San Leandro |
| 385 | | | | NDRE-PPP-11565 to -66 | Bid Log for 1438 5th St., Alameda |
| 386 | | | | NDRE-PPP-11564 | Receipt of Funds for 1438 5th St., Alameda |
| 387 | | | | NDRE-T-CRT-000191 | Production Cover Sheet for 1438 5th St., Alameda |
| 388 | | | | NDRE-T-CRT-000192 | Disbursement Record for 1438 5th St., Alameda |
| 389 | | | | NDRE-PPP-11561 to -62 | Accounting System Screenshots for 1438 5th St., Alameda |
| 390 | | | | NDRE-PPP-11567 to -68 | Cashier's Checks for 1438 5th St., Alameda |
| 391 | | | | NDRE-T-NDEX-000423 | Receipt of Funds for 915 Willow St., Oakland |
| 392 | | | | NDRE-T-NDEX-000424 | Cashier's Checks for 915 Willow St., Oakland |
| 393 | | | | NDRE-T-NDEX-000429 | Cover Letter to Lender for 915 Willow St., Oakland |
| 394 | | | | NDRE-PPP-11736 | Bid Log for 2615 Somerset Ave., Castro Valley |
| 395 | | | | CRC023311 | Receipt of Funds for 2615 Somerset Ave., Castro Valley |
| 396 | | | | NDRE-PPP-11737 to -38 | Cashier's Checks for 2615 Somerset Ave., Castro Valley |
| 397 | | | | CRC023302 to -03 | Cover Letter and Check to Lender for 2615 Somerset Ave., Castro Valley |

| Exhibit # | Marked | Admitted | Witness | Bates Range | Description |
|---|---|---|---|---|---|
| 398 | | | | CRC023304 to -07 | Cover Letter, Overage Check, and Trustee's Deed for 2615 Somerset Ave., Castro Valley |
| 399 | | | | LPS-ANT-NDCAC-003388 to -89 | Bid Log for 1007 41st St. #331, Emeryville |
| 400 | | | | NDRE-T-QLS-003808 | Receipt of Funds for 1007 41st St. #331, Emeryville |
| 401 | | | | LPS-ANT-NDCAC-003390 to -91 | Cashier's Check for 1007 41st St. #331, Emeryville |
| 402 | | | | LPS-ANT-NDCAC-006189 | Bid Log for 3058 Berlin Way, Oakland |
| 403 | | | | CRC009412 to -13 | Receipt of Funds for 3058 Berlin Way, Oakland |
| 404 | | | | LPS-ANT-NDCAC-006190 to -192 | Cashier's Checks for 3058 Berlin Way, Oakland |
| 405 | | | | LPS-ANT-NDCAC-003946 | Bid Log for 1330 Gardner Blvd., San Leandro |
| 406 | | | | NDRE-T-ETS-001621 | Receipt of Funds for 1330 Gardner Blvd., San Leandro |
| 407 | | | | LPS-ANT-NDCAC-003947 to -49 | Cashier's Check for 1330 Gardner Blvd., San Leandro |
| 408 | | | | LPS-ANT-NDCAC-007566 to -67 | Bid Log for 11830 Kilcullin Ct., Dublin |
| 409 | | | | NDRE-T-QLS-006104 | Receipt of Funds for 11830 Kilcullin Ct., Dublin |
| 410 | | | | LPS-ANT-NDCAC-007568 to -69 | Cashier's Check for 11830 Kilcullin Ct., Dublin |
| 411 | | | | LPS-ANT-NDCAC-003503 | Bid Log for 1062 Gilbert St., Hayward |
| 412 | | | | LPS-ANT-NDCAC-003504 to -05 | Cashier's Checks for 1062 Gilbert St., Hayward |
| 413 | | | | LPS-ANT-NDCAC-003508 | Receipt of Funds for 1062 Gilbert St., Hayward |
| 414 | | | | CRC009204 to -05 | Cover Letter and Check to Lender for 1062 Gilbert St., Hayward |
| 415 | | | | CRC009206 to -08 | Cover Letter and Trustee's Deed for 1062 Gilbert St., Hayward |
| 416 | | | | NDRE-T-FCI-00213 | Bid Log for 864 Isabella St., Oakland |
| 417 | | | | NDRE-T-FCI-00210 | Receipt of Funds for 864 Isabella St., Oakland |
| 418 | | | | NDRE-T-FCI-00211 to -12 | Cashier's Check for 864 Isabella St., Oakland |
| 419 | | | | NDRE-T-FCI-00214 to -18 | Cover Letter, Trustee's Deed, and Overage Check for 864 Isabella St., Oakland |
| 420 | | | | NDRE-T-FCI-00220 to -21 | Cover Letter and Check to Lender for 864 Isabella St., Oakland |
| 421 | | | | NDRE-RPP-000595 | Bid Log for 2100 66th Ave., Oakland |

| Exhibit # | Marked | Admitted | Witness | Bates Range | Description |
|---|---|---|---|---|---|
| 422 | | | | NDRE-RPP-000594 | Receipt of Funds for 2100 66th Ave., Oakland |
| 423 | | | | NDRE-T-CWR-004298 to -99 | Cashier's Check for 2100 66th Ave., Oakland |
| 424 | | | | NDRE-RPP-000599 | Sales Record for 2100 66th Ave., Oakland. |
| 425 | | | | NDRE-T-CWR-004307 | Trustee's Deed and Proceeds Cover Letter for 2100 66th Ave., Oakland. |
| 426 | | | | CRC008299 | Receipt of Funds for 1154 1/2 Powell St., Oakland |
| 427 | | | | CRC008302 | Cashier's Check for 1154 1/2 Powell St., Oakland |
| 428 | | | | CRC008288 to -89 | Cover Letter and Check to Lender for 1154 1/2 Powell St., Oakland |
| 429 | | | | NDRE-PPP-14200 to -01 | Bid Log for 4001 Rhoda Ave., Oakland |
| 430 | | | | CRC026652 | Receipt of Funds for 4001 Rhoda Ave., Oakland |
| 431 | | | | CRC026655 to -56 | Cashier's Checks for 4001 Rhoda Ave., Oakland |
| 432 | | | | CRC026643 to -44 | Cover Letter and Check to Lender for 4001 Rhoda Ave., Oakland |
| 433 | | | | CRC026645 to -48 | Cover Letter, Overage Check, and Trustee's Deed for 4001 Rhoda Ave., Oakland |
| 434 | | | | LPS-ANT-NDCAC-005488 | Bid Log for 2326 Maywood Ave., Oakland |
| 435 | | | | NDRE-T-CWR-004385 | Receipt of Funds for 2326 Maywood Ave., Oakland |
| 436 | | | | LPS-ANT-NDCAC-005489 to -90 | Cashier's Check for 2326 Maywood Ave., Oakland |
| 437 | | | | CRC009797 to -98 | Cover Letter and Check to Lender for 3821 Opal St., Oakland |
| 438 | | | | CRC017625 to -26 | Cover Letter and Check to Lender for 2335 94th Ave., Oakland |
| 439 | | | | CRC009403 to -04 | Cover Letter and Check to Lender for 3058 Berlin Way, Oakland |
| 440 | | | | CRC027080 to -82 | File History for 3058 Berlin Way, Oakland |
| 441 | | | | CRC009410 | Bidding Instructions for 3058 Berlin Way, Oakland |
| 442 | | | | CRC015914 | Bidding Instructions for 1174 Silver Maple Ln., Hayward |
| 443 | | | | NDRE-T-ETS-001789 | FedEx Airbill for 2196 Harrington Ave., Oakland |
| 444 | | | | LPS-ANT-NDCAC-005284 to -85 | Cashier's Checks for 2196 Harrington Ave., Oakland |
| 445 | | | | LPS-ANT-NDCAC-005286 | FedEx Airbill for 2196 Harrington Ave., Oakland |
| 446 | | | | NDRE-FEDEX-000175 | FedEx Shipment Information Report for 2196 Harrington Ave., Oakland |

| Exhibit # | Marked | Admitted | Witness | Bates Range | Description |
|---|---|---|---|---|---|
| 447 | | | | NDRE-FEDEX-000186 | FedEx AirBill for 2196 Harrington Ave., Oakland |
| 448 | | | | NDRE-T-ETS-001622 | Cashier's Checks for 1330 Gardner Blvd., San Leandro |
| 449 | | | | NDRE-T-ETS-001623 | FedEx Airbill for 1330 Gardner Blvd., San Leandro |
| 450 | | | | LPS-ANT-NDCAC-003950 | FedEx Airbill for 1330 Gardner Blvd., San Leandro |
| 451 | | | | NDRE-FEDEX-000275 | FedEx Shipment Information Report for 1330 Gardner Blvd., San Leandro |
| 452 | | | | NDRE-FEDEX-000294 | FedEx Airbill for 1330 Gardner Blvd., San Leandro |
| 453 | | | | NDRE-JPM-000001 | Lender Record for 16355 Helo Dr., San Leandro |
| 454 | | | | NDRE-JPM-000002 | Lender Record for 10214 Royal Ann St., Oakland |
| 455 | | | | NDRE-JPM-000003 | Lender Record for 1174 Silver Maple Ln., Hayward |
| 456 | | | | NDRE-JPM-000004 | Lender Record for 1007 41st St. #341, Emeryville |
| 457 | | | | NDRE-JPM-000005 | Lender Record for 1281 E 34th St., Oakland |
| 458 | | | | NDRE-JPM-000006 | Lender Record for 1618 6th St., Alameda |
| 459 | | | | NDRE-JPM-000007 | Lender Record for 2615 Somerset Ave., Castro Valley |
| 460 | | | | NDRE-JPM-000008 | Lender Record for 1062 Gilbert St., Hayward |
| 461 | | | | NDRE-JPM-000009 | Lender Record for 1154 ½ Powell St., Oakland |
| 462 | | | | NDRE-JPM-000010 | Lender Record for 4001 Rhoda Ave., Oakland |
| 463 | | | | NDRE-T-ETS-003994 | System Screenshot for 1523 Carleton St., Berkeley |
| 464 | | | | NDRE-T-ETS-001349 to -50 | Wire Transfer Information for 1523 Carleton St., Berkeley |
| 465 | | | | LPS-ANT-NDCAC-007235 | FedEx Airbill from Posting to Trustee for 6211 Telegraph Ave. #35, Oakland |
| 466 | | | | NDRE-T-TDS-000221 | Cover Letter to Lender for 30919 Periwinkle Dr., Union City |
| 467 | | | | NDRE-T-AZTEC-000040 to -41 | Cover Letter and Refund Check to Bidder for 3469 Little Court, Fremont |
| 468 | | | | LPS-ANT-NDCAC-006555 to -57 | Bid Log for 3821 Opal St., Oakland |
| 469 | | | | LPS-ANT-NDCAC-006561 | Receipt of Funds for 3821 Opal St., Oakland |
| 470 | | | | LPS-ANT-NDCAC-007476 | Bid Log for 9408-9410 C St., Oakland |
| 471 | | | | LPS-ANT-NDCAC-007480 | Receipt of Funds for 9408-9410 C St., Oakland |

| Exhibit # | Marked | Admitted | Witness | Bates Range | Description |
|---|---|---|---|---|---|
| 472 | | | | LPS-ANT-NDCAC-003115 to -16 | Bid Log for 875 Begier Ave., San Leandro |
| 473 | | | | LPS-ANT-NDCAC-003120 | Receipt of Funds for 875 Begier Ave., San Leandro |
| 474 | | | | LPS-ANT-NDCAC-007231 to - 34 | Cashier's Check for 6211 Telegraph Ave. #35, Oakland |