UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ALVIN FLORIDA, JR., ROBERT ALHASHASH RASHEED, JOHN LEE BERRY, III, and REFUGIO DIAZ,<br><br>    Defendants. | Case No. 4:14-cr-00582-JD<br><br>**PROPOSED VOIR DIRE** |

The Court will ask these voir dire questions based on the parties' joint proposed questions and the Court's practice. They are in addition to the standard background questions.

**IT IS SO ORDERED.**

Dated: December 2, 2016

_____
JAMES DONATO
United States District Judge

**VOIR DIRE QUESTIONS**

1. Counsel for the government will stand and introduce themselves. Do you know any of them?
2. Counsel for the defendants will stand and introduce themselves and their clients. Do you know any of them?
3. I'm going to read a list of potential witnesses who might appear to testify. Do you know any of them?
4. Have you or anyone close to you ever worked in the real estate industry as an agent, broker, appraiser, or other similar job?
5. Have you or anyone close to you ever worked as mortgage broker, loan officer, or title company employee?
6. Have you or anyone close to you been involved in any way with a property foreclosure?
7. Have you or anyone close to you ever participated in a foreclosure auction?
8. Have you or anyone close to you ever worked for a trustee or auctioneer in a foreclosure auction?
9. Do you have any training, education, or experience in the field of real estate or foreclosure law?
10. Have you or anyone close to you ever been investigated for, arrested for, or charged with a crime?
11. Have you or anyone close to you ever been the victim of a crime?
12. Do any you have any strong positive or negative opinions about law enforcement?
13. Have you ever had any disputes with any agency of the United States government?
14. Would you consider the testimony of a law enforcement witness to be less credible or more credible than the testimony of any other witness for any reason?
15. Do you understand and accept that as a juror your duty is to apply the law as I instruct you, regardless of whether you agree or disagree with it?
16. Do you understand and accept that each defendant is innocent until and unless the government proves him guilty beyond a reasonable doubt?

17. Is it difficult for you to presume each defendant to be completely innocent at this time?

18. Do you think that a defendant must have done something wrong to be here today?

19. If after hearing all the evidence in this case, you thought that a defendant was probably guilty, but you were not convinced either way beyond a reasonable doubt, would you have trouble returning a verdict of not guilty?

20. Do you understand and accept that as a juror you are not to consider prejudice, pity, or sympathy in deciding whether a defendant is guilty or not guilty?

21. Do you have strong religious or moral beliefs that would make it difficult for you to make a decision based strictly on the law and facts of this case?

22. Do you believe that you cannot sit in judgment of another person, and that only a higher power can do so?

23. Have you read or heard anything about this case other than what you've heard here today?

24. Do you have any difficulty understanding or reading the English language?

25. Is there anything I have not asked you about that you believe could affect your ability to be a fair and impartial juror?