MANISH KUMAR (CSBN 269493)
ALBERT B. SAMBAT (CSBN 236472)
MICAH L. RUBBO (CSBN 267465)
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
manish.kumar@usdoj.gov
Telephone: (415) 934-5300

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALVIN FLORIDA, JR.,<br>ROBERT ALHASHASH RASHEED,<br>JOHN LEE BERRY, III, and<br>REFUGIO DIAZ<br><br>Defendants. | CASE NO. CR 4:14-00582 JD<br><br>**JOINT SUBMISSION RE: COURT ORDER, DKT. 359**<br><br>Trial Date: December 5, 2016<br>Time: 9:00 a.m.<br>Court: Hon. Judge James Donato |

Pursuant to the Court's Order (Dkt. 359), the government and undersigned defense counsel jointly submit the following list of all counsel, all defendants, and all potential witnesses in the above-captioned matter.

/ /

/ /

/ /

/ /

/ /

/ /

The counsel of record on behalf of the remaining defendants in this case are:

1. Shaffy Moeel, attorney for Defendant Alvin Florida, Jr.
2. Steven Gruel, attorney for Defendant Robert Alhashash Rasheed
3. John Forsyth, attorney for John Lee Berry, III
4. Edwin Prather, attorney for Refugio Diaz
5. Max Mizono, attorney for Refugio Diaz

The names of the defendants in this case are:

1. Alvin Florida, Jr.
2. Robert Alhashash Rasheed
3. John Lee Berry, III
4. Refugio Diaz

The government attorneys in this case are:

1. Manish Kumar
2. Albert B. Sambat
3. Micah L. Rubbo

The following witnesses may be called in the government's case-in-chief:

1. <u>Special Agent Deborah Bond</u>. Agent Bond is an FBI agent involved in the investigation of defendants.
2. <u>David Brown</u>. Brown is a former Division President of Fidelity National Title Insurance, a trustee company.
3. <u>Special Agent David Lewis</u>. Agent Lewis is an FBI agent involved in the investigation of defendants.
4. <u>Huey-Jen Chiu</u>. Chiu is a former employee of California Reconveyance Company, a trustee company.

/ /

5. <u>Miguel De Sanz</u>. De Sanz is a real estate investor who worked at Shiells Realty and De Sanz Realty.

6. <u>Douglas Ditmer</u>. Ditmer is a real estate investor for Shiells Realty.

7. <u>Injilia Fakiri</u>. Fakiri is a former client of defendant Florida.

8. <u>Thomas Franciose</u>. Franciose is a real estate investor.

9. <u>Special Agent Hans Frank</u>. Agent Frank is a FBI agent who performed the search of defendant Florida's offices.

10. <u>Special Agent Elizabeth Jones</u>. Agent Jones is a FBI agent who will testify regarding summary charts.

11. <u>Mohamed Zouheir Joudi</u>. Joudi is a former employee of defendant Rasheed.

12. <u>Danli Liu</u>. Liu is a real estate investor and owner of Trielement Investments.

13. <u>Brian McKinzie</u>. McKinzie is a real estate investor and owner of Passline Investments.

14. <u>Special Agent Timothy Paulson</u>. Agent Paulson is an FBI agent involved in the investigation of defendants.

15. <u>Michael Renquist</u>. Renquist is a real estate investor and owner of RVEST, LLC.

16. <u>Bradley Roemer</u>. Roemer is an employee of Ivy Properties LLC, a company that invested in foreclosed properties.

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

17. <u>John Shiells</u>. Shiells is a real estate investor and real estate financier for Shiells Realty.

18. <u>Jorge Wong</u>. Wong is a real estate investor for Golden Pinnacle Development.

DATED:  December 2, 2016                             Respectfully submitted,


\_\_\_/s/_____        \_\_\_\_/s/_____
MANISH KUMAR                                            STEVEN GRUEL
MICAH L. RUBBO                                          Attorney for Defendant
ALBERT B. SAMBAT                                    ROBERT ALHASHASH RASHEED
Trial Attorneys
Antitrust Division
U.S. Department of Justice                              \_\_\_\_/s/_____
                                                                         JOHN FORSYTH
                                                                         Attorney for Defendant
\_\_\_\_/s/_____        JOHN LEE BERRY, III
SHAFFY MOEEL
Attorney for Defendant
ALVIN FLORIDA, JR.                                       \_\_\_\_/s/_____
                                                                         EDWIN PRATHER
                                                                         MAX MIZONO
                                                                         Attorneys for Defendant
                                                                         REFUGIO DIAZ

No. CR 4:14-00582 JD
JOINT SUBMISSION                                4