## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No: CR-14-582-JD
Case Name: USA v. Alvin Florida, Robert Alhashash Rasheed, John Lee Berry, Refugio Diaz

### EXHIBIT and WITNESS LIST

| JUDGE:<br>James Donato | US ATTORNEYS:<br>Manish Kumar/Albert<br>Sambat/Micah Rubbo | DEFENSE ATTORNEYS:<br>Shaffy Moeel/Steven Gruel/John<br>Forsyth/Edwin Prather/Max<br>Mizono |
|---|---|---|
| JURY TRIAL DATE:<br>12/6/16 | REPORTERS:<br>Rhonda Aquilina/Pamela Batalo | CLERK:<br>Lisa R. Clark |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:13 am | | | Court in session. All parties present, outside the presence of the jury. | |
| | | 9:16 am | | | Court in session. All parties present. Jury present. | |
| | | | | | Government calls Huey-Jen Chiu for direct examination. | |
| 53 | | | X | | Demonstrative: Foreclosure Process. | |
| 314 | | | X | X | Receipt of Funds for 1174 Silver Maple Ln., Hayward. | LRC |
| 54 | | | X | | Demonstrative: Auction Proceeds Disbursement Chart. | |
| 439 | | | X | X | Cover Letter and Check to Lender for 3058 Berlin Way, Oakland. | LRC |
| 440 | | | X | X | File History for 3058 Berlin Way, Oakland. | LRC |
| 316 | | | X | X | Cover Letter and Check to Lender for 1174 Silver Maple Ln., Hayward. | LRC |
| 275 | | | X | X | Cover Letter and Check to Lender for 16335 Helo Dr., San Leandro. | LRC |
| | | 10:00 am | | | Cross-examination of Huey-Jen Chiu by Alvin Florida's Counsel. | |
| | | 10:12 am | | | Cross-examination of Huey-Jen Chiu by Robert Rasheed's Counsel. | |
| 316 | | | X | X | Cover Letter and Check to Lender for 1174 Silver Maple Ln., Hayward. | LRC |
| 324 | | | X | X | Cover Letter and Check to Lender for 1007 41St. #341, Oakland. | LRC |
| | H | | X | | Demonstrative. | |
| | | 10:44 am | | | Cross-examination of Hey-Jen Chiu by John Berry's Counsel. | |
| | | | | | Witness shown exhibit 314. | |
| | | 10:48 am | | | Cross-examination of Hey-Jen Chiu by Refugio Diaz's Counsel. | |
| | | 10:52 am | | | Re-direct of Hey-Jen Chiu. | |
| 441 | | | X | X | Bidding Instructions for 3058 Berlin Way, Oakland. | |

| 442 | | | X | X | Bidding Instructions for 1174 Silver Maple Ln., Hayward. | |
| | | 11:11 am | | | Re-cross by Robert Rasheed's Counsel. | |
| | | 11:14 am | | | Re-cross by John Berry's Counsel. | |
| | | | | | Witness shown exhibit 441-2. | |
| | | | | | Witness excused. | |
| | | | | | Court has discussion with the parties outside the presence of the jury. | |
| | | 11:21 am | | | Court in recess. | |
| | | 11:45 am | | | Court in session out of the presence of the jury. | |
| | | 11:48 am | | | Direct-examination of Special Agent Lewis. | |
| 19 | | | X | X | Demonstrative : Alameda County Courthouse Photos. | LRC |
| 37 | | | X | X | Demonstrative: 2100 Lakeshore Ave., Oakland. | LRC |
| 12 | | | X | X | Recording # 1D102. | LRC |
| 10 | | | X | X | Recording # 1D397. | LRC |
| 36 | | | X | X | Recording # 1D360. | LRC |
| 13 | | | X | X | Recording # 1D418. | LRC |
| | | 12:52 pm | | | Jury at recess. | |
| | | 12:57 pm | | | Court in recess. | |
| | | 1:16 pm | | | Court in session.  All parties present.  Jury present. | |
| | | | | | Continued direct-examination of Special Agent Lewis. | |
| 23 | | | X | X | Robert Kramer Check #1. | LRC |
| 402 | | | X | X | Bid Log for 3058 Berlin Way, Oakland. | LRC |
| 14 | | | X | X | Handwritten Round Notes for 1007 41st St. #331, Emeryville. | LRC |
| 15 | | | X | X | Recording #1D419. | LRC |
| 399 | | | X | X | Bid Log for 1007 41st #331, Emeryville. | LRC |
| 11 | | | X | X | Recording # 1D479. | LRC |
| 17 | | | X | X | Recording # 1D553. | LRC |
| 18 | | | X | X | Recording # 1D550. | LRC |
| 470 | | | X | X | Bid Log for 9408-9410 C St., Oakland. | LRC |
| | | 2:10 pm | | | Court in recess. | |