UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL JURY TRIAL MINUTES

**The Honorable JAMES DONATO**

| **Clerk:** | Lisa R. Clark | **Court Reporter:** | Rhonda Aquilina/Pamela Batalo |
|---|---|---|---|
| **Date:** | 12/7/16 | | |
| **Time:** | 4 hours & 35 minutes | | |
| **Case Number:** | 14-cr-00582-JD | **Case Name:** | USA v. Florida |
| **Voir Dire Began:** | 12/5/16 | **Trial Began:** | 12/5/16 |
| **Further Trial:** | 12/9/16 | **Trial Ended:** | |

| **Trial Motions Heard**: | **Disposition** |
|---|---|
| 1. | |
| 2. | |

**Other:**

See Attached Trial Sheet

**Verdict:**

___.

**Disposition of Exhibits:**

___.

**Trial Log:**

___.