UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: CR-14-582-JD
Case Name: USA v. Alvin Florida, Robert Alhashash Rasheed, John Lee Berry, Refugio Diaz

**EXHIBIT and WITNESS LIST**

| JUDGE: James Donato | US ATTORNEYS: Manish Kumar/Albert Sambat/Micah Rubbo | DEFENSE ATTORNEYS: Shaffy Moeel/Steven Gruel/John Forsyth/Edwin Prather/Max Mizono |
|---|---|---|
| JURY TRIAL DATE: 12/7/16 | REPORTERS: Rhonda Aquilina/Pamela Batalo | CLERK: Lisa R. Clark |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:18 am | | | Court in session, out of the presence of the jury. | |
| | | 9:24 am | | | Court in session. All parties present. Jury present. | |
| | | | | | Cross-examination by Counsel for Robert Rasheed of Agent Lewis. | |
| | | | | | Witness shown exhibits 399. | |
| 400 | | | X | X | Receipt of Funds for 1007 41st. St. #331, Emeryville. | LRC |
| 401 | | | X | X | Cashier's Check for 1007 41st St. #331 Emeryville. | LRC |
| | | 10:35 am | | | Cross-examination by Counsel for Alvin Florida of Agent Lewis. | |
| | | 10:40 am | | | Cross-examination by Counsel for John Berry of Agent Lewis. | |
| | | 10:45 am | | | Cross-examination by Counsel for Refugio Diaz of Agent Lewis. | |
| | | | | | Witness shown exhibit 19-002. | |
| | | 10:56 am | | | Re-direct of Agent Lewis. | |
| | | 11:04 am | | | Court in recess. | |
| | | 11:29 am | | | Court in session. All parties present. Jury present. | |
| 20 | | | X | X | Continued Re-direct of Agent Lewis. | LRC |
| | | | | | Witness shown exhibits 14 & 399. | |
| | | 11:39 am | | | Re-cross by John Berry's Counsel. | |
| | | 11:40 am | | | Re-cross by Refugio Diaz's Counsel. | |
| | | 11:42 am | | | Direct-examination of Special Agent Hans Frank. | |
| | | | | | Witness shown exhibit 37. | |
| 21 | | | X | X | Search Site Photos. | LRC |
| 22 | | | X | X | Search Site Documents. | LRC |
| 1 | | | X | X | Round Sheets Seized from Florida Offices. | LRC |
| 2 | | | X | X | Round Sheets Seized from Florida Offices. | LRC |

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | | | X | X | Round Sheets Seized from Florida Offices. | LRC |
| 4 | | | X | X | Round Sheets Seized from Florida Offices. | LRC |
| 6 | | | X | X | Round Sheets Seized from Florida Offices. | LRC |
| 7 | | | X | X | Round Sheets Seized from Florida Offices. | LRC |
| 39 | | | X | X | Round Sheets Seized from Florida Offices. | LRC |
| 40 | | | X | X | Round Sheets Seized from Florida Offices. | LRC |
| | | 11:59 am | | | Cross-examination by Robert Rasheed's Counsel of Agent Hans Frank. | |
| | | 12:01 pm | | | Cross-examination by John Berry's Counsel of Agent Hans Frank. | |
| | | 12:03 pm | | | Direct-examination of Bradley Roemer. | |
| 256 | | | X | X | Bradley Roemer Plea Agreement. | LRC |
| | | | | | Witness shown exhibit 19. | |
| 214 | | | X | X | Mark Roemer Cashier's Checks #3. | LRC |
| | | 12:50 pm | | | Court in recess. | |
| | | 1:11 pm | | | Court in session.  All parties present, outside the presence of the jury. | |
| | | 1:15 pm | | | Court in session.  All parties present.  Jury present.  Court reads instruction regarding guilty pleas to jury. | LRC |
| | | | | | Continued Direct-examination of Bradley Roemer. | |
| | | | | | Witness shown exhibit 402. | |
| 223 | | | X | X | Various checks from Robert Kramer and Gregory Greer. | LRC |
| 354 | | | X | X | Bid Log for 1281 E. 34th St., Oakland. | LRC |
| 201 | | | X | X | Email: "34th St. Round." | LRC |
| 203 | | | X | X | Emails: "Alameda Rounds." | LRC |
| 225 | | | X | X | Ivy Properties, LLC Check #8. | LRC |
| 360 | | | X | X | Receipt of Funds for 1618 6th St., Alameda. | LRC |
| 361 | | | X | X | Cashier's Checks for 1618 6th St., Alameda. | LRC |
| 200 | | | X | X | Bradley Roemer Round Sheets. | LRC |
| 211 | | | X | X | Ivy Properties, LLC Checks #2. | LRC |
| 379 | | | X | X | Cashier's Checks for 1660 142nd Ave., San Leandro. | LRC |
| 380 | | | X | X | Receipt of Funds for 1660 142nd Ave., San Leandro. | LRC |
| 215 | | | X | X | Spreadsheet: "Somerset Job Costs." | LRC |
| 217 | | | X | X | Ivy Properties, LLC Checks #4. | LRC |
| 395 | | | X | X | Cashier's Checks for 2615 Somerset Ave., Castro Valley. | LRC |
| 396 | | | X | X | Cashier's Checks for 2615 Somerset Ave., Castro Valley. | LRC |
| | | | | | Witness shown exhibit 215. | |

| 221 | | | X | X | Spreadsheet: "875 Begier Job Costs." | LRC |
|---|---|---|---|---|---|---|
| 222 | | | X | X | Ivy Bay, LLC Check #1. | LRC |
| 472 | | | X | X | Bid Log for 875 Begier Ave., San Leandro. | LRC |
| | | 1:55 pm | | | Jury in recess. | |
| | | 1:57 pm | | | Court in recess. | |