**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Case No: CR-14-582-JD
Case Name: USA v. Alvin Florida, Robert Alhashash Rasheed, John Lee Berry, Refugio Diaz

**EXHIBIT and WITNESS LIST**

| JUDGE:<br>James Donato | US ATTORNEYS:<br>Manish Kumar/Albert Sambat/Micah Rubbo | DEFENSE ATTORNEYS:<br>Shaffy Moeel/Steven Gruel/John Forsyth/Edwin Prather/Max Mizono |
|---|---|---|
| JURY TRIAL DATE:<br>12/9/16 | REPORTERS:<br>Rhonda Aquilina/Pamela Batalo | CLERK:<br>Lisa R. Clark |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:14 am | | | Court in session. All parties present, outside the presence of the jury. | |
| | | 9:18 am | | | Court in session. All parties present. Jury present. | |
| | | | | | Cross-examination by Counsel for Alvin Florida of Bradley Roemer. | |
| | | | | | Witness shown exhibit 200, 203, 214. | |
| | | | | | Cross-examination by Counsel for Robert Rasheed of Bradley Roemer. | |
| | | | | | Witness shown exhibit 254, 402, 429. | |
| | 429 | | X | X | Bid Log for 4001 Rhoda Ave., Oakland. | LRC |
| | 359 | | X | X | Bid Log for 1618 6th St., Alameda. | LRC |
| | | | | | Cross-examination by Counsel for John Berry of Bradley Roemer. | |
| | | | | | Witness shown exhibit 402. | |
| | | 10:12 am | | | Jury in recess. Court has discussion with parties regarding exhibit 256. | |
| | | 10:24 am | | | Court in session. All parties present. Jury present. Re-direct of Bradley Roemer. | |
| 256 | | | X | X | Unredacted version of Roemer plea agreement. | LRC |
| | | | | | Witness shown exhibit 402. | |
| 10 | | | X | X | Recording 1D397. | LRC |
| | | 10:40 am | | | Re-cross by Counsel for Alvin Florida of Bradley Roemer. | |
| | | 10:44 am | | | Re-cross by Counsel for Robert Rasheed of Bradley Roemer. | |
| | | 10:50 am | | | Direct-examination of Douglas Ditmer. | |
| | | 10:53 am | | | Court in recess. | |
| | | 12:06 pm | | | Court in session. All parties present. Jury present. Continued Direct-examination of Douglas Ditmer. | |
| 251 | | | X | X | Douglas Ditmer Plea Agreement. | LRC |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | Witness shown exhibit 19-2. | |
| 170 | | | X | X | Douglas Ditmer Round Sheets. | LRC |
| 285 | | | X | X | Bid Log for 3380 Sydney Way, Castro Valley. | LRC |
| 171 | | | X | | Demonstrative Summary Chart: Round Records. | |
| 102 | | | X | X | Miguel De Sanz Ledgers (Pages 11-12, 69-73, 90-93, 129-132, 136-139). | LRC |
| 150 | | | X | X | John Shiells Round Sheets (Pages 1-3. 5, 8-19, 21, 23-41, 43-179). | LRC |
| | | 1:18 pm | | | Court in recess. | |
| | | 1:28 pm | | | Court in session, out of the presence of the jury. | |
| | | 1:32 pm | | | Court in session.  All parties present.  Jury present. | |
| | | | | | Continued Direct-examination of Douglas Ditmer. | |
| | | | | | Witness shown exhibit 170. | |
| 313 | | | X | X | Bid Log for 1174 Silver Maple Ln., Hayward. | LRC |
| 103 | | | X | X | De Sanz Realty Checks #1. | LRC |
| | | | | | Witness shown exhibit 1, 2, 3, 4, 7, 40. | |
| | | 2:13 pm | | | Jury at recess. | |
| | | 2:16 pm | | | Court in recess. | |