1  MANISH KUMAR (CSBN 269493)
   U.S. Department of Justice
2  Antitrust Division
   450 Golden Gate Avenue
3  Box 36046, Room 10-0101
   San Francisco, CA 94102
4  Telephone: (415) 934-5300
   manish.kumar@usdoj.gov
5
   Attorney for the United States
6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA | No. CR 14-00582 KAW-05 |
|---|---|
| v. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE FORFEITURE OF PROPERTY HEARING** |
| STEPHAN ALEXANDER FLORIDA, | |
| Defendant. | Date: December 14, 2016<br>Time: 10:00 a.m.<br>Court: Honorable Kandis A. Westmore |

This matter is set for a December 14, 2016 hearing before the Honorable Judge Westmore regarding the United States' Motion for Forfeiture Property (doc. no. 189). The parties have jointly filed a stipulation setting forth a proposed resolution for the Court's consideration (doc. no. 373).

At the same time as the currently scheduled hearing, the undersigned government counsel will be in trial against the remaining defendants in this case in the San Francisco courthouse before the Honorable Judge Donato. After consulting with this Court's Courtroom Deputy, the parties jointly

//
//
//
//

No. CR 14-00582 KAW                                1
STIPULATION AND [PROPOSED] ORDER

request that the forfeiture of property hearing be continued to Wednesday, January 4, 2017, at 9:30 a.m. so that all counsel may be present.

**IT IS SO STIPULATED.**

DATED: December 10, 2016

        /s/
DARRYL A. STALLWORTH
Attorney for defendant Stephan Florida

DATED: December 10, 2016

        /s/
MANISH KUMAR
U.S. Department of Justice
Antitrust Division

**IT IS SO ORDERED.**

DATED: _____

HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge