STEVEN F. GRUEL (SBN 213148)

315 Montgomery Street, 9th Floor
San Francisco, California 94104
Telephone Number (415) 989-1253
Fax Number (415) 449-3622
attystevengruel@sbcglobal.net

www.gruellaw.com

Attorney for Robert Rasheed

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>Vs.<br><br>ALVIN FLORIDA, et al.,<br><br>Defendants. | No. CR-14-0582-JD<br><br>JOINT DEFENSE OPPOSITION TO THE GOVERNMENT'S PROPOSED JURY INSTRUCTION MODIFICATION<br><br>Honorable James Donato |

The defendants, by and through their counsel, jointly submit this JOINT DEFENSE OPPOSITION TO THE GOVERNMENT'S PROPOSED JURY INSTRUCTION MODIFICATION.

//

1

## JOINT DEFENSE OPPOSITION

The Court earlier indicated that it intends to withdraw instructions #6 (Elements of Conspiracy), #7 (Conspiracy – Knowledge of and Association with Other Conspirators) and #8 (Multiple Conspiracies) from the final jury instructions. The Court informed the parties that it considered the 3 above instructions unnecessary and confusing given the language in instruction #2 (Elements of the Bid-Rigging Offense) and instruction #3 (Bid Rigging).

Without any supporting authority, the government then requested that it fashion and submit another instruction or modification for the Court's consideration. Yesterday, the Court instructed the parties to Meet & Confer before any such instruction or modification was submitted.

The government failed to Meet and Confer as ordered and further failed to provide the defense with its proposed instruction or modification *prior* to its filing late last evening.

The defense objects to the government's proposed changes to the Ninth Circuit Model Instruction as written and previously used by Judge Hamilton. Clearly, the government is attempting to "paste and cut" the same unnecessary language the Court excluded from the 3 redundant instructions into the Ninth Circuit's Model Instruction "Knowingly." The government provides no supporting authority to deviate or alter from this time tested model instruction. In fact, instruction #2 (Elements of the Bid-Rigging Offense) which was omitted from and not mentioned in the government's late evening filing, plainly includes in element number 2 the "knowingly" requirement. Model Instruction #9 (Knowingly) simply and plainly explains this term to the Jury.

In short, the government's proposed modification should be rejected as unnecessary and without supporting authority. The model instruction defining "knowingly" is clear, concise and

2

*JOINT DEFENSE OPPOSITION TO GOVERNMENT'S PROPOSED JURY INSTRUCTION*

should remain unaltered.  Furthermore, the defense maintains that any change to the instructions as now submitted by the government must necessarily include the Multiple Conspiracy language (Instruction # 8) as previously argued and submitted by Judge Hamilton in trial #1.

Dated: December 13, 2016       Respectfully Submitted,

                                        ____/s/_____
                                        SHAFFY MOEEL
Attorney for Defendant
ALVIN FLORIDA, JR.

                                        ____/s/_____
STEVEN GRUEL
Attorney for Defendant
ROBERT ALHASHASH RASHEED

                                        ____/s/_____
JOHN FORSYTH
Attorney for Defendant
JOHN LEE BERRY, III

                                        ____/s/_____
EDWIN PRATHER
Attorney for Defendant
REFUGIO DIAZ