**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Case No: CR-14-582-JD
Case Name: USA v. Alvin Florida, Robert Alhashash Rasheed, John Lee Berry, Refugio Diaz

**EXHIBIT and WITNESS LIST**

| JUDGE: | US ATTORNEYS: | DEFENSE ATTORNEYS: |
|---|---|---|
| James Donato | Manish Kumar/Albert Sambat/Micah Rubbo | Shaffy Moeel/Steven Gruel/John Forsyth/Edwin Prather/Max Mizono |
| **JURY TRIAL DATE:** 12/12/16 | **REPORTERS:** Rhonda Aquilina/Pamela Batalo | **CLERK:** Lisa R. Clark |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:03 am | | | Court in session, out of the presence of the jury. Government advises Court and parties who the remaining witness are. | |
| | | 9:03 am | | | Court in session.  All parties present.  Jury present. | |
| | | | | | Continued Direct-examination of Douglas Ditmer. | |
| | | | | | Witness shown exhibit 40. | |
| | | 9:19 am | | | Cross-examination by Counsel for Alvin Florida of Douglas Ditmer. | |
| | | | | | Witness shown exhibit 251. | |
| | | 9:36 am | | | Cross-examination by Counsel for Robert Rasheed of Douglas Ditmer. | |
| | | | | | Witness shown exhibit 285, 171, 150. | |
| | 301 | | X | X | Bid Log for 6422 Lupine Ct., Newark. | LRC |
| | | 10:07 am | | | Cross-examination by Counsel for John Berry of Douglas Ditmer. | |
| | | | | | Witness shown exhibit 171, 102. | |
| | | 10:14 am | | | Re-direct of Douglas Ditmer. | |
| | | | | | Witness shown exhibit 102. | |
| | | 10:25 am | | | Re-cross by Counsel for John Berry of Douglas Ditmer. | |
| | | 10:27 am | | | Direct-examination of Michael Renequist. | |
| 255 | | | X | X | Michael Renquist Plea Agreement. | LRC |
| | | 10:54 am | | | Court in recess. | |
| | | 11:19 am | | | Court in session.  All parties present.  Jury present.  Continued Direct-examination of Michael Renquist. | |
| | | | | | Witness shown exhibit 37. | |
| | | 11:33 am | | | Cross-examination by Counsel for Robert Rasheed of Michael Renquist. | |
| | | 11:44 am | | | Cross-examination by Counsel for Refugio Diaz of Michael Renquist. | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 11:46 am | | | Cross-examination by Counsel for Alvin Florida of Michael Renquist. | |
| | | 11:47 am | | | Jury at recess. | |
| | | 11:51 am | | | Court in session.  All parties present.  Jury present.  Continued Cross-examination by Counsel for Alvin Florida of Michael Renquist. | |
| | | | | | Witness shown exhibit 255. | |
| | | 11:58 am | | | Re-direct of Michael Renquist. | |
| 255 | | | X | X | Un-redacted Plea Agreement of Michael Renquist. | LRC |
| | | 12:13 pm | | | Re-cross by Counsel for Robert Rasheed of Michael Renquist. | |
| | | 12:17 pm | | | Direct-examination of Thomas Franciose. | |
| 252 | | | X | X | Thomas Franciose Redacted Plea Agreement. | LRC |
| 181-005 | | | X | X | Ledgers for Thomas Franciose. | LRC |
| | | 12:40 pm | | | Jury at recess. | |
| | | 12:43 pm | | | Court in recess. | |
| | | 1:02 pm | | | Court in session, out of the presence of the jury. | |
| | | 1:08 pm | | | Court in session.  All parties present.  Jury present. | |
| 180-3 | | | X | X | Thomas Franciose Round Sheet. | LRC |
| 276 | | | X | X | Receipt of Funds for 5327 Port Sailwood, Newark. | LRC |
| 277 | | | X | X | Cashier's Checks for 5327 Port Sailwood, Newark. | LRC |
| 181-002 | | | X | X | Ledgers for Thomas Franciose. | |
| | | | | | Witness shown exhibit 19. | |
| | | 1:37 pm | | | Cross-examination by Counsel for Alvin Florida of Thomas Franciose. | |
| | | | | | Witness shown exhibit 252R. | |
| | | 1:58 pm | | | Cross-examination by Counsel for Robert Rasheed of Thomas Franciose. | |
| | | 2:10 pm | | | Cross-examination by Counsel for John Berry of Thomas Franciose. | |
| | | 2:11 pm | | | Cross-examination by Counsel of Refugio Diaz of Thomas Franciose. | |
| | | 2:13 pm | | | Re-direct of Thomas Franciose. | |
| | | 2:15 pm | | | Jury at recess. | |
| | | | | | Court goes over final witnesses and remainder of the case with the parties. | |
| | | 2:28 pm | | | Court in recess. | |
| | | | | | | |
| | | | | | | |