UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: CR-14-582-JD
Case Name: USA v. Alvin Florida, Robert Alhashash Rasheed, John Lee Berry, Refugio Diaz

EXHIBIT and WITNESS LIST

| JUDGE:<br>James Donato | US ATTORNEYS:<br>Manish Kumar/Albert Sambat/Micah Rubbo | DEFENSE ATTORNEYS:<br>Shaffy Moeel/Steven Gruel/John Forsyth/Edwin Prather/Max Mizono |
|---|---|---|
| JURY TRIAL DATE:<br>12/13/16 | REPORTERS:<br>Rhonda Aquilina/Pamela Batalo | CLERK:<br>Lisa R. Clark |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  |  | 9:17 am |  |  | Court in session. All parties present, outside the presence of the jury. |  |
|  |  | 9:19 am |  |  | Court in session. All parties present. Jury present. |  |
|  |  | 9:20 am |  |  | Direct-examination of Special Agent Timothy Paulson. |  |
|  |  | 9:26 am |  |  | Cross-examination by Counsel of Robert Rasheed of Special Agent Timothy Paulson. |  |
|  |  | 9:29 am |  |  | Cross-examination by Counsel of Refugio Diaz of Special Agent Timothy Paulson. |  |
|  |  | 9:31 am |  |  | Direct-examination of Kent Smith. |  |
| 453 |  |  | X | X | Lender Record for 16355 Helo Dr., San Leandro. | LRC |
| 454 |  |  | X | X | Lender Record for 10214 Royal Ann St., Oakland. | LRC |
| 455 |  |  | X | X | Lender Record for 1174 Silver Maple Ln., Hayward. | LRC |
| 456 |  |  | X | X | Lender Record for 1007 41st St., #341, Emeryville. | LRC |
| 457 |  |  | X | X | Lender Record for 1281 E34th St., Oakland. | LRC |
| 458 |  |  | X | X | Lender Record for 1618 6th St., Alameda. | LRC |
| 459 |  |  | X | X | Lender Record for 2615 Somerset Ave., Castro Valley. | LRC |
| 460 |  |  | X | X | Lender Record for 1062 Gilbert St., Hayward. | LRC |
| 461 |  |  | X | X | Lender Record for 11541/2 Powell St., Oakland. | LRC |
|  |  |  |  |  | Witness shown exhibit 275. |  |
| 292 |  |  | X | X | Cover Letter and Check to Lender for 10214 Royal Ann St., Oakland. | LRC |
|  |  | 9:52 am |  |  | Cross-examination by Counsel for Alvin Florida of Kent Smith. |  |
|  |  | 9:54 am |  |  | Cross-examination by Counsel for Robert Rasheed of Kent Smith. |  |
|  |  | 9:56 am |  |  | Re-direct of Kent Smith. |  |
|  |  | 9:59 am |  |  | Direct-examination of Danli Liu. |  |
| 253 |  |  | X | X | Danli Liu Plea Agreement. | LRC |

| | | | | | | |
|---|---|---|---|---|---|---|
| 262 | | | X | X | Receipt of Funds for 3469 Little Ct., Fremont. | LRC |
| 467 | | | X | X | Cover Letter and Refund Check to Bidder for 3469 Little Court, Fremont. | LRC |
| 185 | | | X | X | Danli Liu round and Payoff Notes. | LRC |
| 186 | | | X | X | Danli Liu Checks, Carbon Copies. | LRC |
| 350 | | | X | | Bid Log for 2196 Harrington Ave., Oakland. | |
| | | 10:49 am | | | Jury at recess. | |
| | | | | | Parties discuss exhibits government wishes to move in with their summary witness. | |
| 50 | | | X | | Demonstrative Summary Chart: Seized Round Sheets. | |
| 51 | | | X | | Demonstrative Summary Chart: Transfer of Trustee Sale Proceeds. | |
| 52 | | | X | | Demonstrative Summary Chart: Auction Records. | |
| | | 11:19 am | | | Court in recess. | |
| | | 11:30 am | | | Court back in session. All parties present. Jury present. Continued Direct-examination of Danli Liu. | |
| | | 11:32 am | | | Cross-examination by Counsel for Robert Rasheed of Danli Liu. | |
| | | 11:40 am | | | Cross-examination by Counsel for John Berry of Danli Liu. | |
| | | 11:45 am | | | Re-direct of Danli Liu. | |
| | | 11:49 am | | | Direct-examination of Special Agent Elizabeth Jones. | |
| | | 12:36 pm | | | Cross-examination by Counsel of Alvin Florida of Special Agent Elizabeth Jones. | |
| | | 12:41 pm | | | Cross-examination by Counsel of Robert Rasheed of Special Agent Elizabeth Jones. | |
| | | 12:46 pm | | | Court in Recess. | |
| | | 1:15 pm | | | Court in session. All parties present. Jury present. Cross-examination by Counsel of John Berry of Special Agent Elizabeth Jones. | |
| | | 1:17 pm | | | Government rests. Jury excused for the remainder of the day. | |
| | | 1:20 pm | | | Jury excused for the day. | |
| | | | | | EXHIBITS ADMITTED OFF THE RECORD. | |
| | | | | | Defendant's Rule 29 Motion - Denied. | |
| | | 1:21 pm | | | Court goes over proposed jury instruction modifications from the government. Court Denies government's request for jury instruction modifications. | |
| | | 1:50 pm | | | Court rules exhibits 50, 51, & 52 will not be admitted. | |
| | | | | | Court in recess. | |
| 24 | | | X | X | DMV Record for defendant Stephan Florida. | LRC |
| 25 | | | X | X | DMV Record for Defendant Diaz. | LRC |
| 26 | | | X | X | DMV Record for defendant Berry. | LRC |

| 27 | | | X | X | DMV Record for defendant Rasheed. | LRC |
|---|---|---|---|---|---|---|
| 28 | | | X | X | DMV Record for defendant Alvin Florida. | LRC |
| 29 | | | X | X | Incorporation records for Dover Investments, LLC. | LRC |
| 30 | | | X | X | Incorporation records for Monetary Investment, LLC. | LRC |
| 31 | | | X | X | Incorporation for Monetary Recovery Services, Inc. | LRC |
| 32 | | | X | X | Incorporation records for PTI Realty & Business Acquisitions, Inc. | LRC |
| 230 | | | X | X | Property Listing Spreadsheet #1. | LRC |
| 261 | | | X | X | Property Listing Spreadsheet #2. | LRC |
| 263 | | | X | X | Cashier's Check for 3469 Little Ct., Fremont. | LRC |
| 264 | | | X | X | FedEx Shipping Label, Cover Letter, and Check to Lender for 3469 Little Ct., Fremont. | LRC |
| 265 | | | X | X | Receipt of Funds for 1523 Carleton St., Berkeley. | LRC |
| 267 | | | X | X | Receipt of Funds for 1541 77th Ave., Oakland. | LRC |
| 269 | | | X | X | Cover Letter and Trustee's Deed for 1541 77th Ave., Oakland. | LRC |
| 270 | | | X | X | Receipt of Funds for 16355 Helo Dr., San Leandro. | LRC |
| 271 | | | X | X | Bid Log for 16355 Helo Dr., San Leandro. | LRC |
| 272 | | | X | X | Cashier's Check for 16355 Helo Dr., San Leandro. | LRC |
| 273 | | | X | X | Accounting System Screenshots for 16355 Helo Dr., San Leandro. | LRC |
| 274 | | | X | X | Cover Letter and Trustee's Deed for 16355 Helo Dr., San Leandro. | LRC |
| 275 | | | X | X | Cover Letter and Check to Lender for 16355 Helo Dr., San Leandro. | LRC |
| 278 | | | X | X | Accounting system Screenshot for 5327 Port Sailwood, Newark. | LRC |
| 279 | | | X | X | Receipt of Funds for 42639 Lemonwood St., Fremont. | LRC |
| 282 | | | X | X | Receipt of Funds for 1800 100th St., Oakland. | LRC |
| 283 | | | X | X | Cashier's Check for 1800 100th St., Oakland. | LRC |
| 284 | | | X | X | Receipt of Funds for 3380 Sydney Way, Castro Valley. | LRC |
| 286 | | | X | X | Cashier's Checks for 3380 Sydney Way, Castro Valley. | LRC |
| 287 | | | X | X | Disbursement Record for 3380 Sydney Way, Castro Valley. | LRC |
| 288 | | | X | X | Check to Lender for 3380 Sydney Way, Castro Valley. | LRC |
| 289 | | | X | X | Bid Log for 10214 Royal Ann St., Oakland. | LRC |
| 290 | | | X | X | Cashier's Checks for 10214 Royal Ann St., Oakland. | LRC |
| 291 | | | X | X | Receipt of Funds for 10214 Royal Ann St., Oakland. | LRC |
| 292 | | | X | X | Cover Letter and Check to Lender for 10214 Royal Ann St., Oakland. | LRC |
| 293 | | | X | X | Receipt of Funds for 1445 Navy St., San Leandro. | LRC |

| | | | | | | |
|---|---|---|---|---|---|---|
| 294 | | | X | X | Cashier's Check for 1445 Navy St., San Leandro. | LRC |
| 295 | | | X | X | Cover Letter to Lender for 1445 Navy St., San Leandro. | LRC |
| 296 | | | X | X | Check to Lender for 1445 Navy St., San Leandro. | LRC |
| 297 | | | X | X | Receipt of Funds for 30919 Periwinkle Dr., Union City. | LRC |
| 298 | | | X | X | Cashier's Check for 30919 Periwinkle Dr., Union City. | LRC |
| 299 | | | X | X | Check to Lender for 30919 Periwinkle Dr., Union City. | LRC |
| 300 | | | X | X | Cover Letter and Trustee's Deed for 30919 Periwinkle Dr., Union City. | LRC |
| 302 | | | X | X | Receipt of Funds for 6422 Lupine Ct., Newark. | LRC |
| 305 | | | X | X | Accounting System Screenshots for 6422 Lupine Ct., Newark. | LRC |
| 306 | | | X | X | Bid Log for 3215 Bona St., Oakland. | LRC |
| 307 | | | X | X | Receipt of Funds for 3215 Bona St., Oakland. | LRC |
| 308 | | | X | X | Cashier's Checks for 3215 Bona St., Oakland. | LRC |
| 315 | | | X | X | Cashier's Checks for 1174 Silver Maple Ln., Hayward. | LRC |
| 316 | | | X | X | Cover Letter and Check to Lender for 1174 Silver Maple Ln., Hayward. | LRC |
| 317 | | | X | X | Receipt of Funds for 6211 Telegraph Ave., #35 Oakland. | LRC |
| 318 | | | X | X | Bid Log for 6211 Telegraph Ave. #35, Oakland. | LRC |
| 319 | | | X | X | Cashier's Checks for 6211 Telegraph Ave. #35, Oakland. | LRC |
| 320 | | | X | X | Cover Letter and Check to Lender for 6211 Telegraph Ave. #35, Oakland | LRC |
| 321 | | | X | X | Bid Log for 1007 41st St., #341, Oakland. | LRC |
| 322 | | | X | X | Receipt of Funds for 1007 41st St., #341, Oakland. | LRC |
| 323 | | | X | X | Cashier's Check for 1007 41st St. #341, Oakland. | LRC |
| 324 | | | X | X | Cover Letter and Check to Lender for 1007 41st St., #341, Oakland. | LRC |
| 325 | | | X | X | Cover Letter and Trustee's Deed for 1007 41st St. #341, Oakland. | LRC |
| 326 | | | X | X | Bid Log for 3222 Delaware St. #C, Oakland. | LRC |
| 327 | | | X | X | Receipt of Funds for 3222 Delaware St. #C, Oakland. | LRC |
| 328 | | | X | X | Cashier's Checks for 3222 Delaware St. #C, Oakland. | LRC |
| 330 | | | X | X | Bid Log for 2205 Church St., Oakland. | LRC |
| 331 | | | X | X | Receipt of Funds for 2205 Church St., Oakland. | LRC |
| 332 | | | X | X | Cashier's Check for 2205 Church St., Oakland. | LRC |
| 333 | | | X | X | Wire Transfer Record to Lender for 2205 Church St., Oakland. | LRC |
| 334 | | | X | X | Accounting System Screenshot for 2205 Church St., Oakland. | LRC |
| 335 | | | X | X | Receipt of Funds for 10406 Shaw St., Oakland. | LRC |
| 336 | | | X | X | Cashier's Checks for 10406 Shaw St., Oakland. | LRC |

| | | | | | | |
|---|---|---|---|---|---|---|
| 337 | | | X | X | Cover Sheet for Funds to Lender for 10406 Shaw St., Oakland. | LRC |
| 338 | | | X | X | Trustee Company Cover Sheet for 10406 Shaw St., Oakland. | LRC |
| 339 | | | X | X | Bid Log for 7532 Arthur St., Oakland. | LRC |
| 340 | | | X | X | Receipt of Funds for 7532 Arthur St., Oakland. | LRC |
| 341 | | | X | X | Cashier's Check for 7532 Arthur St., Oakland. | LRC |
| 342 | | | X | X | Check to Lender for 7532 Arthur St., Oakland. | LRC |
| 343 | | | X | X | Cover Letter to Lender for 7532 Arthur St., Oakland. | LRC |
| 344 | | | X | X | Bid Log for 1085 Murrieta Blvd. #244, Livermore. | LRC |
| 345 | | | X | X | Receipt of Funds for 1085 Murrieta Blvd., #244 Livermore. | LRC |
| 346 | | | X | X | Cashier's Checks for 1085 Murrieta Blvd. #244, Livermore. | LRC |
| 347 | | | X | X | Accounting System Screenshot for 1085 Murrieta Blvd. #244, Livermore. | LRC |
| 348 | | | X | X | Cover Letter to Lender for 1085 Murrieta Blvd. #244, Livermore. | LRC |
| 349 | | | X | X | Trustee's Deed and Overage Check for 1085 Murrieta Blvd. #244, Livermore. | LRC |
| 350 | | | X | X | Bid Log for 2196 Harrington Ave., Oakland. | LRC |
| 351 | | | X | X | Receipt of Funds for 2196 Harrington Ave., Oakland. | LRC |
| 352 | | | X | X | Cashier's Checks for 2196 Harrington Ave., Oakland. | LRC |
| 353 | | | X | X | Cover Letter and Trustee's Deed for 2196 Harrington Ave., Oakland. | LRC |
| 355 | | | X | X | Receipt of Funds for 1281 E. 34th St., Oakland. | LRC |
| 356 | | | X | X | Cashier's Checks for 1281 E. 34th St., Oakland. | LRC |
| 357 | | | X | X | Cover Letter and Check to Lender for 1281 E. 34th St., Oakland. | LRC |
| 358 | | | X | X | Cover Letter and Trustee's Deed for 1281 E. 34th St., Oakland. | LRC |
| 362 | | | X | X | Cover Letter and Check to Lender for 1618 6th St., Alameda. | LRC |
| 363 | | | X | X | Bid Log for 2335 94th Ave., Oakland. | LRC |
| 364 | | | X | X | Receipt of Funds for 2335 94th Ave., Oakland. | LRC |
| 365 | | | X | X | Cashier's Check for 2335 94th Ave., Oakland. | LRC |
| 366 | | | X | X | Receipt of Funds for 325 Kitty Hawk Rd., #104, Alameda. | LRC |
| 367 | | | X | X | Cashier's Checks for 325 Kitty Hawk Rd., #104, Alameda . | LRC |
| 368 | | | X | X | Cover Letter and Check to Lender for 325 Kitty Hawk Rd., #104, Alameda. | LRC |
| 369 | | | X | X | Bid Log for 2317 Cryer St., Hayward. | LRC |
| 370 | | | X | X | Receipt of Funds for 2317 Cryer St., Hayward. | LRC |
| 371 | | | X | X | Cashier's Checks for 2317 Cryer St., Hayward. | LRC |
| 372 | | | X | X | Invoice for 2317 Cryer St., Hayward. | LRC |

| | | | | | | |
|---|---|---|---|---|---|---|
| 373 | | | X | X | Bid Log for 5830 E. 17th St., Oakland. | LRC |
| 374 | | | X | X | Receipt of Funds for 5830 E. 17th St., Oakland. | LRC |
| 377 | | | X | X | Accounting Systems Screenshot for 5830 E. 17th St., Oakland. | LRC |
| 378 | | | X | X | Bid Log for 1660 142nd Ave., San Leandro. | LRC |
| 382 | | | X | X | Bid Log for 16258 San Remo Dr., San Leandro. | LRC |
| 383 | | | X | X | Receipt of Funds for 16258 San Remo Dr., San Leandro. | LRC |
| 384 | | | X | X | Cashier's Check for 16258 San Remo Dr., San Leandro. | LRC |
| 394 | | | X | X | Bid Log for 2615 Somerset Ave., Castro Valley. | LRC |
| 397 | | | X | X | Cover Letter and Check to Lender for 2615 Somerset Ave., Castro Valley. | LRC |
| 398 | | | X | X | Cover Letter, Overage Check, and Trustee's Deed for 2615 Somerset Ave., Castro Valley. | LRC |
| 403 | | | X | X | Receipt of Funds for 3058 Berlin Way, Oakland. | LRC |
| 404 | | | X | X | Cashier's Checks for 3058 Berlin Way, Oakland. | LRC |
| 405 | | | X | X | Bid Log for 1330 Gardner Blvd., San Leandro. | LRC |
| 406 | | | X | X | Receipt of Funds for 1330 Gardner Blvd., San Leandro. | LRC |
| 407 | | | X | X | Cashier's Check for 1330 Gardner Blvd., San Leandro. | LRC |
| 408 | | | X | X | Bid Log for 11830 Kilcullin Ct., Dublin. | LRC |
| 409 | | | X | X | Receipt of Funds for 11830 Kilcullin Ct., Dublin. | LRC |
| 411 | | | X | X | Bid Log for 1062 Gilbert St., Hayward. | LRC |
| 412 | | | X | X | Cashier's Checks for 1062 Gilbert St., Hayward. | LRC |
| 413 | | | X | X | Receipt of Funds for 1062 Gilbert St., Hayward. | LRC |
| 414 | | | X | X | Cover Letter and Check to Lender for 1062 Gilbert St., Hayward. | LRC |
| 415 | | | X | X | Cover Letter and Trustee's Deed for 1062 Gilbert St., Hayward. | LRC |
| 426 | | | X | X | Receipt of Funds for 1154 1/2 Powell St., Oakland. | LRC |
| 427 | | | X | X | Cashier's Check for 1154 1/2 Powell St., Oakland. | LRC |
| 428 | | | X | X | Cover Letter and Check to Lender for 1154 1/2 Powell St., Oakland. | LRC |
| 434 | | | X | X | Bid Log for 2326 Maywood Ave., Oakland. | LRC |
| 435 | | | X | X | Receipt of Funds for 2326 Maywood Ave., Oakland. | LRC |
| 443 | | | X | X | FedEx Airbill for 2196 Harrington Ave., Oakland. | LRC |
| 444 | | | X | X | Cashier's Checks for 2196 Harrington Ave., Oakland. | LRC |
| 445 | | | X | X | FedEx Airbill for 2196 Harrington Ave., Oakland. | LRC |
| 446 | | | X | X | FedEx Shipment Information Report for 2196 Harrington Ave., Oakland. | LRC |
| 447 | | | X | X | FedEx AirBill for 2196 Harrington Ave., Oakland. | LRC |
| 448 | | | X | X | Cashier's Checks for 1330 Gardner Blvd., San Leandro. | LRC |

| 449 | | | X | X | FedEx Airbill for 1330 Gardner Blvd., San Leandro. | LRC |
|---|---|---|---|---|---|---|
| 450 | | | X | X | FedEx Airbill for 1330 Gardner Blvd., San Leandro. | LRC |
| 451 | | | X | X | FedEx Shipment Information Report for 1330 Gardner Blvd., San Leandro. | LRC |
| 452 | | | X | X | FedEx Airbill for 1330 Gardner Blvd., San Leandro. | LRC |
| 463 | | | X | X | System Screenshot for 1523 Carleton St., Berkeley. | LRC |
| 464 | | | X | X | Wire Transfer Information for 1523 Carleton St., Berkeley. | LRC |
| 465 | | | X | X | FedEx Airbill from Posting to Trustee for 6211 Telegraph Ave. #35, Oakland. | LRC |
| 466 | | | X | X | Cover Letter to Lender for 30919 Periwinkle Dr., Union City. | LRC |
| 468 | | | X | X | Bid Log for 3821 Opal St., Oakland. | LRC |
| 469 | | | X | X | Receipt of Funds for 3821 Opal St., Oakland. | LRC |
| 471 | | | X | X | Receipt of Funds for 9408-9410 C St., Oakland. | LRC |
| 473 | | | X | X | Receipt of Funds for 875 Begier Ave., San Leandro. | LRC |
| 474 | | | X | X | Cashier's Check for 6211 Telegraph Ave., #35 Oakland. | LRC |