UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ALVIN FLORIDA, JR.,<br><br>    Defendant. | Case No. 4:14-cr-00582-JD<br><br>**FINAL VERDICT FORM** |

We the Jury in the above-entitled case, unanimously find the answer to the following:

**Question 1:**

We, the Jury, find Defendant **Alvin Florida, Jr.**, GUILTY \_\_\_\_ or NOT GUILTY \_\_\_\_ (check one) of bid rigging at public foreclosure auctions in Alameda County in violation of the Sherman Act, 15 U.S.C. § 1, as charged in Count One of the Indictment.

Dated:

                                                         JURY FOREPERSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>    v.<br>ROBERT ALHASHASH RASHEED,<br>        Defendant. | Case No. 4:14-cr-00582-JD<br><br>**FINAL VERDICT FORM** |

We the Jury in the above-entitled case, unanimously find the answer to the following:

**Question 1:**

We, the Jury, find Defendant **Robert Alhashash Rasheed**, GUILTY \_\_\_\_ or NOT GUILTY \_\_\_\_ (check one) of bid rigging at public foreclosure auctions in Alameda County in violation of the Sherman Act, 15 U.S.C. § 1, as charged in Count One of the Indictment.

Dated:

                                                          JURY FOREPERSON

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN LEE BERRY, III,<br><br>    Defendant. | Case No. 4:14-cr-00582-JD<br><br>**FINAL VERDICT FORM** |

We the Jury in the above-entitled case, unanimously find the answer to the following:

**Question 1:**

We, the Jury, find Defendant **John Lee Berry, III**, GUILTY \_\_\_\_ or NOT GUILTY \_\_\_\_ (check one) of bid rigging at public foreclosure auctions in Alameda County in violation of the Sherman Act, 15 U.S.C. § 1, as charged in Count One of the Indictment.

Dated:

 

———————————————
JURY FOREPERSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>REFUGIO DIAZ,<br><br>    Defendant. | Case No. 4:14-cr-00582-JD<br><br>**FINAL VERDICT FORM** |

We the Jury in the above-entitled case, unanimously find the answer to the following:

**Question 1:**

We, the Jury, find Defendant **REFUGIO DIAZ**, GUILTY \_\_\_\_ or NOT GUILTY \_\_\_\_ (check one) of bid rigging at public foreclosure auctions in Alameda County in violation of the Sherman Act, 15 U.S.C. § 1, as charged in Count One of the Indictment.

Dated:

                                                       JURY FOREPERSON