**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Case No: CR-14-582-JD
Case Name: USA v. Alvin Florida, Robert Alhashash Rasheed, John Lee Berry, Refugio Diaz

**EXHIBIT and WITNESS LIST**

| JUDGE:<br>James Donato | US ATTORNEYS:<br>Manish Kumar/Albert Sambat/Micah Rubbo | DEFENSE ATTORNEYS:<br>Shaffy Moeel/Steven Gruel/John Forsyth/Edwin Prather/Max Mizono |
|---|---|---|
| JURY TRIAL DATE:<br>12/14/16 | REPORTERS:<br>Rhonda Aquilina/Pamela Batalo | CLERK:<br>Lisa R. Clark |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:13 am | | | Court in session, out of the presence of the jury. Jury instruction No. 10 removed pursuant to stipulation of the parties. | |
| | | 9:20 am | | | Court in session. All parties present. Jury present. Court instructs the jury. | |
| | | 9:50 am | | | Government's closing argument. | |
| | | 10:48 am | | | Court in recess. | |
| | | 11:05 am | | | Court in session. All parties present. Jury present. Continued closing argument by the Government. | |
| | | 11:26 am | | | Closing argument by Counsel for Alvin Florida. | |
| | | 12:09 pm | | | Closing argument by Counsel for Robert Rasheed. | |
| | | 12:58 pm | | | Court in recess. | |
| | | 1:17 pm | | | Closing argument by Counsel for John Berry. | |
| | | 1:40 pm | | | Closing argument by Counsel for Refugio Diaz. | |
| | | 2:20 pm | | | Rebuttal argument by Government. | |
| | | 2:42 pm | | | Alternate jurors released. | |
| | | 2:45 pm | | | CSO sworn. Jury deliberating. | |
| | | 5:00 pm | | | Jury in recess for the day. Deliberations to continue 12/15/16 at 9:00 a.m. | |