UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CASE NO. CR 14-0582 JD                TRIAL DATE:   December 5, 2016

## UNITED STATES v. ALVIN FLORIDA, JR., et al.

EXHIBIT LIST

(X) Government                                    ( ) Defendant

| Exhibit # | Marked | Admitted | Witness | Bates Range | Description |
|---|---|---|---|---|---|
| 1 | 12/7/16 | Pages 1-54, 57-82, 85-88, 89-102, 105-121, 124-133, 136-137, 140-141 | | Various starting with NDRE-AF1-04 | Round Sheets Seized from Florida Offices |
| 2 | 12/7/16 | Pages 1-2 | | Various starting with NDRE-AF1-05 | Round Sheets Seized from Florida Offices |
| 3 | 12/7/16 | Pages 1-2 | | Various starting with NDRE-AF1-07 | Round Sheets Seized from Florida Offices |
| 4 | 12/7/16 | Pages 1-6 | | Various starting with NDRE-AF1-08 | Round Sheets Seized from Florida Offices |
|  | **5 INTENTIONALLY LEFT BLANK** |
| 6 | 12/7/16 | Pages 5-6 | | Various starting with NDRE-AF1-14 | Round Sheets Seized from Florida Offices |
| 7 | 12/7/16 | Pages 1-2 | | Various starting with NDRE-AF1-16 | Round Sheets Seized from Florida Offices |
| 8 | | | | NDRE-RR-VP-FBI-000001 to -002 | Email: "Re: Re; 991-993 54th St. Oakland" |
| 9 | | | | 1D107.004_part3 | Recording #1D107 |
| 9T | | | | | Recording #1D107 transcript |
| 10 | 12/9/16 | Entirety | | 1D397.003 | Recording #1D397 |
| 10T | 12/6/16 | | | | Recording #1D397 transcript |
| 11 | 12/6/16 | | | 1D479.005 | Recording #1D479 |
| 11T | | | | | Recording #1D479 transcript |
| 12 | | Entirety | | 1D102.001 | Recording #1D102 |
| 12T | | | | | Recording #1D102 Transcript |
| 13 | 12/6/16 | Entirety | | 1D418.003 | Recording #1D418 |
| 13T | | | | | Recording #1D418 Transcript |
| 14 | 12/6/16 | Page 2 | | NDRE-FBI-0155 to -56 | Handwritten Round Notes for 1007 41st St. #331, Emeryville |
| 15 | 12/6/16 | Entirety | | 1D419.004 | Recording #1D419 |
| 15S | | | | | Recording #1D419 Screenshot |
| 16 | | | | 1D277.003 | Recording #1D277 |
| 16T | | | | | Recording #1D277 Transcript |
| 16S | | | | | Recording #1D277 Screenshot |
| 17 | | Entirety | | 1D553.001 | Recording #1D553 |
| 17T | | | | | Recording #1D553 Transcript |

1

| Exhibit # | Marked | Admitted | Witness | Bates Range | Description |
|---|---|---|---|---|---|
| 18 | 12/6/16 | Entirety | | 1D550.001 | Recording #1D550 |
| 18S | | | | | Recording #1D550 Screenshot |
| 19 | 12/6/16 | Entirety | | | Demonstrative: Alameda County Courthouse Photos |
| 20 | 12/6/16 | 12/6/16 | | NDRE-AL100817-H-DSC-0041 and -44 | Fallon Street Bus Stop Photos |
| 21 | 12/6/16 | Entirety | | | Search Site Photos |
| 22 | 12/7/16 | Pages 4 and 7 | | NDRE-FBI-SEARCH07-000001 to -07 | Search Site Documents |
| 23 | 12/6/16 | 12/6/16 | | NDRE-FBI-CHS-000307.1 | Robert Kramer Check #1 |
| 24 | 12/13/16 | 12/13/16 | | NDRE-DMV-000034 | DMV Record for defendant Stephan Florida |
| 25 | 12/13/16 | 12/13/16 | | NDRE-DMV-000035 | DMV Record for defendant Diaz |
| 26 | 12/13/16 | 12/13/16 | | NDRE-DMV-000036 | DMV Record for defendant Berry |
| 27 | 12/13/16 | 12/13/16 | | NDRE-DMV-000037 | DMV Record for defendant Rasheed |
| 28 | 12/13/16 | 12/13/16 | | NDRE-DMV-000038 | DMV Record for defendant Alvin Florida |
| 29 | 12/13/16 | 12/13/16 | | NDRE-SOS-000033 to -38 | Incorporation records for Dover Investments, LLC |
| 30 | 12/13/16 | 12/13/16 | | NDRE-SOS-000045 to -49 | Incorporation records for Monetary Investment, LLC |
| 31 | 12/13/16 | 12/13/16 | | NDRE-SOS-000050 to -55 | Incorporation records for Monetary Recovery Service, Inc. |
| 32 | 12/31/16 | 12/13/16 | | NDRE-SOS-000056 to -61 | Incorporation records for PTI Realty & Business Acquisitions, Inc. |
| 33 | | | | NDRE-WF-000022 to -24 | Business Account Application for Monetary Recovery Service, Inc. |
| 34 | | | | NDRE-RR-000211 to -18 | Business Account Application for PTI Business Acquisitions |
| 35 | | | | NDRE-WF-000173 to -75 | Certificate of Authority and Addendum for Monetary Investment, LLC |
| 36 | 12/6/16 | Entirety | | 1D360.002 | Recording #1D360 |
| 36T | | | | | Recording #1D360 Transcript |
| 37 | 12/6/16 | Entirety | | | Demonstrative: 2100 Lakeshore Ave., Oakland |
| 38 INTENTIONALLY LEFT BLANK ||||||
| 39 | 12/7/16 | Pages 1-8, 10-15 | | Various Bates numbers | Round Sheets Seized from Florida Offices |
| 40 | 12/7/16 | Pages 1-105 | | Various Bates numbers | Round Sheets Seized from Florida Offices |
| 41 | | | | | Demonstrative: Photos of Folders Seized from Florida Offices |
| 42 – 49 INTENTIONALLY LEFT BLANK ||||||
| 50 | 12/13/16 | 12/13/16 | | | Summary Chart: Seized Round Sheets |
| 51 | 12/13/16 | 12/13/16 | | | Summary Chart: Transfer of Trustee Sale Proceeds |
| 52 | 12/13/16 | 12/13/16 | | | Summary Chart: Auction Records |
| 53 | 12/6/16 | | | | Demonstrative: Foreclosure Process |
| 54 | 12/6/16 | | | | Demonstrative: Auction Proceeds Disbursement Chart |
| 55 – 99 INTENTIONALLY LEFT BLANK ||||||

| Exhibit # | Marked | Admitted | Witness | Bates Range | Description |
|---|---|---|---|---|---|
| 100 | | Entirety | | NDRE-MDES-VP-00001 to -052 | Miguel De Sanz Planner |
| 101 | | Pages 1-17, 19-32 | | Various starting with NDRE-MDeS-VP | Miguel De Sanz Round Sheets |
| 102 | 12/9/16 | Pages 11-12, 69-73, 90-93, 129-132, 136-139 | | Various Bates numbers | Miguel De Sanz Ledgers |
| 103 | 12/9/16 | Entirety | | NDRE-MDES-VP-000578 to -579 | De Sanz Realty Checks #1 |
| 104 | | Entirety | | NDRE-DESANZ-USB-000423 | De Sanz Realty Check #2 |
| 105 | | | | NDRE-DESANZ-USB-000887 | De Sanz Realty Check #3 |
| 106 | | Entirety | | Various Bates numbers | Miguel De Sanz Ledgers |
| 107 | | | | | Summary Chart: Round Records |
| **108 – 119 INTENTIONALLY LEFT BLANK** | | | | | |
| 120 | | | | Various including NDRE-DOVER-00855, -861, -864, -863, -860, -858 *et seq.* | Mohamed Joudi Round Sheets |
| 121 | | | | NDRE-ROBKA-000013 to -14, -21 to -22 | Mohamed Joudi Ledger |
| 122 | | | | NDRE-DOVER-00068 | Premier Team, Inc. Check #1 |
| 123 | | | | NDRE-DOVER-00082 | Premier Team, Inc. Check #2 |
| 124 | | | | NDRE-DOVER-00100 | Premier Team, Inc. Check #3 |
| 125 | | | | NDRE-DOVER-00103 | Premier Team, Inc. Check #4 |
| **126 – 129 INTENTIONALLY LEFT BLANK** | | | | | |
| 130 | | | | Various Bates numbers | Brian McKinzie Round Sheets |
| 131 | | | | Various Bates numbers | Brian McKinzie Ledgers |
| 132 | | | | NDRE-AFIC-000115 | Email: "5985 Corte Aroboles Pleasanton account" |
| 133 | | | | NDRE-DOVER-00128 | Premier Team, Inc. Check #5 |
| 134 | | | | NDRE-AFIC-000113 | American Foreclosure Investment Corp. Check #1 |
| **135 INTENTIONALLY LEFT BLANK** | | | | | |
| 136 | | | | NDRE-MM1-18-048567 | Email: "morris and accounting" |
| 137 | | | | NDRE-AF-WF-0000116 | Monetary Recovery Service Inc. Check #1 |
| **138 – 149 INTENTIONALLY LEFT BLANK** | | | | | |
| 150 | 12/9/16 | Pages 1-3, 5, 8-19, 21, 23-41, 43-179 | | Various Bates numbers | John Shiells Round Sheets |
| 151 | | | | NDRE-AF1-05-001072 | John Shiells Check #1 |
| 152 | | | | NDRE-JS-12-017625 | Accounting Record #1 for 3258 Kelly St., Hayward |
| 153 | | | | NDRE-JS-12-017620 | Accounting Record #2 for 3258 Kelly St., Hayward |
| **154 – 169 INTENTIONALLY LEFT BLANK** | | | | | |

| Exhibit # | Marked | Admitted | Witness | Bates Range | Description |
|---|---|---|---|---|---|
| 170 | 12/9/16 | Entirety | | Various starting with NDRE-MDeS-VP | Douglas Ditmer Round Sheets |
| 171 | 12/9/16 | | | | Summary Chart: Round Records |
|  | 172 – 179 INTENTIONALLY LEFT BLANK | | | | |
| 180 | 12/12/16 | | | Various Bates numbers | Thomas Franciose Round Sheets |
| 181 | 12/12/16 | 12/12/16 | | Various starting with NDRE-TF | 181-005,002 Ledgers for Thomas Franciose |
| 182 | | | | NDRE-TF-VP-FBI-EMAIL-000011 | Email: "11/23 20008 Gem ct, Castro valley" |
| 183 | | | | NDRE-TF-VP-FBI-EMAIL-000010 | Email: "Re: 12/18 LIST" |
|  | 184 INTENTIONALLY LEFT BLANK | | | | |
| 185 | 12/13/16 | Entirety | | Various Bates numbers | Danli Liu Round and Payoff Notes |
| 186 | 12/13/16 | Entirety | | NDRE-TRIEI-00252 | Danli Liu Checks, Carbon Copies |
|  | 187 – 189 INTENTIONALLY LEFT BLANK | | | | |
| 190 | | | | NDRE-DOVER-00850 | Michael Renquist Ledger |
|  | 191 – 199 INTENTIONALLY LEFT BLANK | | | | |
| 200 | 12/7/16 | Entirety | | ROEMERB0000079.001 | Bradley Roemer Round Sheets |
| 201 | 12/7/16 | Entirety | | ROEMERB0000049 | Email: "34th St Round" |
| 202 | | | | ROEMERB0000050 | Email: "Alameda Round finals" |
| 203 | 12/7/16 | Entirety | | ROEMERB0000051 to -53 | Emails: "Alameda Rounds" |
| 204 | | | | NDRE-IVYP-2907 | Mark Roemer Letter Dated February 26, 2010 |
| 205 | | | | ROEMERB0000067 | Email between Bradley Roemer and Mark Roemer without a subject line |
| 206 | | | | ROEMERB0000027 | Spreadsheet: "2350-52 Park Blvd Acquisition Costs" |
| 207 | | | | NDRE-IVYP-2821 | Spreadsheet: 1618 6th St., Alameda |
| 208 | | | | ROEMERB0000077.004 | Document: "2350-52 Park Blvd Acquisition Costs" |
| 209 | | | | NDRE-IVYP-2836 | Spreadsheet: "142nd Ave. Job Costs" |
| 210 | | | | NDRE-IVYP-1363 | Ivy Properties, LLC Checks #1 |
| 211 | 12/7/16 | Entirety | | NDRE-BR-BOA- 044193 to -94 | Ivy Properties, LLC Checks #2 |
| 212 | | | | NDRE-IVYP-2910 | Mark Roemer Cashier's Check #1 |
| 213 | | | | NDRE-IVYP-2911 | Mark Roemer Cashier's Check #2 |
| 214 | 12/7/16 | Entirety | | NDRE-IVYP-2914 | Mark Roemer Cashier's Checks #3 |
| 215 | 12/7/16 | Entirety | | NDRE-IVYB-0196 | Spreadsheet: "Somerset Job Costs" |
| 216 | | | | NDRE-IVYP-2100 | Ivy Properties, LLC Check #3 |
| 217 | 12/7/16 | Entirety | | NDRE-BR-BOA- 044907 to -08 | Ivy Properties, LLC Check #4 |
| 218 | | | | NDRE-IVYB-0005 | Spreadsheet: "Market Job Costs" |
| 219 | | | | NDRE-IVYP-2113 | Ivy Properties, LLC Checks #5 |
| 220 | | | | NDRE-BR-BOA- 044909 to -10 | Ivy Properties, LLC Check #6 |
| 221 | 12/7/16 | Entirety | | NDRE-IVYB-0104 | Spreadsheet: "875 Begier Job Costs" |
| 222 | 12/7/16 | Entirety | | NDRE-IVYP-BOA- 000181 to -82 | Ivy Bay, LLC Check #1 |

| Exhibit # | Marked | Admitted | Witness | Bates Range | Description |
|---|---|---|---|---|---|
| 223 | 12/7/16 | 12/7/16 | | NDRE-RK-000330 | Various checks from Robert Kramer and Gregory Greer Redacted |
| 224 | | | | NDRE-IVYP-0028 to -29 | Ivy Properties, LLC Checks #7 |
| 225 | 12/7/16 | Entirety | | NDRE-BR-BOA- 043963 to -64 | Ivy Properties, LLC Check #8 |
| **226 – 229 INTENTIONALLY LEFT BLANK** | | | | | |
| 230 | | Pages 5-8 | | NDRE-GP-EDOC-000006,GP000753, -996, -1028, and -1044 | Jorge Wong Round Documents |
| **231 – 249 INTENTIONALLY LEFT BLANK** | | | | | |
| 250 | | Entirety (redacted) | | | Miguel De Sanz Plea Agreement |
| 250R | | | | | Redacted Miguel De Sanz Plea Agreement |
| 251 | 12/9/16 | Entirety (redacted) | | | Douglas Ditmer Plea Agreement |
| 251R | | | | | Redacted Douglas Ditmer Plea Agreement |
| 252 | 12/12/16 | 12/12/16 | 12/12/16 | 12/12/16 | Thomas Franciose Plea Agreement |
| 252R | 12/12/16 | 12/12/16 | | | Redacted Thomas Franciose Plea Agreement |
| 253 | 12/13/16 | Entirety (redacted) | | | Danli Liu Plea Agreement |
| 253R | | | | | Redacted Danli Liu Plea Agreement |
| 254 | | | | | Brian McKinzie Plea Agreement |
| 254R | | | | | Redacted Brian McKinzie Plea Agreement |
| 255 | 12/12/16 | 12/12/16 | | | Michael Renquist Plea Agreement |
| 255R | | | | | Redacted Michael Renquist Plea Agreement |
| 256 | 12/7/16 | Entirety (redacted) | | | Bradley Roemer Plea Agreement |
| 256R | | | | | Redacted Bradley Roemer Plea Agreement |
| 257 | | | | | John Shiells Plea Agreement |
| 257R | | | | | Redacted John Shiells Plea Agreement |
| 258 | | Entirety (redacted) | | | Jorge Wong Plea Agreement |
| 258R | | | | | Redacted Jorge Wong Plea Agreement |
| **259 INTENTIONALLY LEFT BLANK** | | | | | |
| 260 | 12/13/16 | Entirety | | NDRE-T-CRT-000001 to -02 | Property Listing Spreadsheet #1 |
| 261 | 12/13/16 | Pages 4, 15, 16, 22, 23, 24, 45, 47, 50, 54, 86, 89, 93, 102, 144, 149, 155, 157 | | LPS-ANT-NDCAL-000026 to -198 | Property Listing Spreadsheet #2 |
| 262 | 12/13/16 | Entirety | | NDRE-T-AZTEC-000046 | Receipt of Funds for 3469 Little Ct., Fremont |
| 263 | 12/13/16 | 12/13/16 | | NDRE-T-AZTEC-000047 | Cashier's Check for 3469 Little Ct., Fremont |

| Exhibit # | Marked | Admitted | Witness | Bates Range | Description |
|---|---|---|---|---|---|
| 264 | 12/13/16 | Entirety | | NDRE-T-AZTEC-000036 | FedEx Shipping Label, Cover Letter, and Check to Lender for 3469 Little Ct., Fremont |
| 265 | 12/13/16 | Entirety | | NDRE-T-ETS-001323 | Receipt of Funds for 1523 Carleton St., Berkeley |
| 266 | 12/13/16 | Entirety | | NDRE-T-ETS-001325 | Invoice for 1523 Carleton St., Berkeley |
| 267 | 12/13/16 | Entirety | | NWTS0227 | Receipt of Funds for 1541 77th Ave., Oakland |
| 268 | | | | NWTS0228 to -31 | Cashier's Checks for 1541 77th Ave., Oakland |
| 269 | 12/13/16 | Entirety | | NWTS0232 to -35 | Cover Letter and Trustee's Deed for 1541 77th Ave., Oakland |
| 270 | 12/13/16 | Entirety | | NDRE-PPP-10140 | Receipt of Funds for 16355 Helo Dr., San Leandro |
| 271 | 12/13/16 | Entirety | | NDRE-PPP-10141 to -42 | Bid Log for 16355 Helo Dr., San Leandro |
| 272 | 12/13/16 | Entirety | | NDRE-PPP-10143 to -44 | Cashier's Check for 16355 Helo D.r, San Leandro |
| 273 | 12/13/16 | Entirety | | NDRE-PPP-10137 to -38 | Accounting System Screenshots for 16355 Helo Dr, San Leandro |
| 274 | 12/13/16 | Entirety 12/13/16 | | CRC021533 to -35 | Cover Letter and Trustee's Deed for 16355 Helo Dr., San Leandro |
| 275 | 12/16/16 | Entirety | | CRC021531 to -32 | Cover Letter and Check to Lender for 16355 Helo Dr., San Leandro |
| 276 | 12/12/16 | Entirety | | NDRE-T-ETS-000699 | Receipt of Funds for 5327 Port Sailwood, Newark |
| 277 | 12/12/16 | 12/12/16 | | NDRE-T-ETS-000700 | Cashier's Checks for 5327 Port Sailwood, Newark |
| 278 | 12/13/16 | 12/13/16 | | NDRE-T-ETS-003949 | Accounting System Screenshot for 5327 Port Sailwood, Newark |
| 279 | 12/13/16 | Entirety | | NDRE-BAC-RT-001161 | Receipt of Funds for 42639 Lemonwood St., Fremont |
| 280 | | | | NDRE-BAC-RT-001168 | Cashier's Checks for 42639 Lemonwood St., Fremont |
| 281 | | | | NDRE-BAC-RT-003521 | Certificate of Sale for 42639 Lemonwood St., Fremont |
| 282 | 12/13/16 | Entirety | | NDRE-T-ETS-000405 | Receipt of Funds for 1800 100th St., Oakland |
| 283 | 12/13/16 | 12/13/16 | | NDRE-T-ETS-000406 | Cashier's Check for 1800 100th St., Oakland |
| 284 | 12/13/16 | Entirety | | NDRE-T-OLDRD-000027 | Receipt of Funds for 3380 Sydney Way, Castro Valley |
| 285 | 12/9/16 | Entirety | | NDRE-PPP-10457 to -58 | Bid Log for 3380 Sydney Way, Castro Valley |
| 286 | 12/13/16 | Entirety | | NDRE-PPP-10459 to -62 | Cashier's Checks for 3380 Sydney Way, Castro Valley |
| 287 | 12/13/16 | Entirety | | NDRE-T-OLDRD-000039 | Disbursement Record for 3380 Sydney Way, Castro Valley |

| Exhibit # | Marked | Admitted | Witness | Bates Range | Description |
|---|---|---|---|---|---|
| 288 | 12/13/16 | Entirety | | NDRE-T-OLDRD-000038 | Check to Lender for 3380 Sydney Way, Castro Valley |
| 289 | 12/13/16 | Entirety | | NDRE-PPP-10514 | Bid Log for 10214 Royal Ann St., Oakland |
| 290 | 12/13/16 | Entirety | | CRC021052 | Cashier's Checks for 10214 Royal Ann St., Oakland |
| 291 | 12/13/16 | Entirety | | CRC021047 | Receipt of Funds for 10214 Royal Ann St., Oakland |
| 292 | 12/13/16 | Entirety | | CRC021038 to -39 | Cover Letter and Check to Lender for 10214 Royal Ann St., Oakland |
| 293 | 12/13/16 | Entirety | | NDRE-T-QLS-004070 | Receipt of Funds for 1445 Navy St., San Leandro |
| 294 | 12/13/16 | Entirety | | NDRE-T-QLS-004068 to -69 | Cashier's Check for 1445 Navy St., San Leandro |
| 295 | 12/13/16 | Entirety | | NDRE-T-QLS-004075 | Cover Letter to Lender for 1445 Navy St., San Leandro |
| 296 | 12/13/16 | Entirety | | NDRE-T-QLS-004071 | Check to Lender for 1445 Navy St., San Leandro |
| 297 | 12/13/16 | Entirety | | NDRE-T-TDS-000216 | Receipt of Funds for 30919 Periwinkle Dr., Union City |
| 298 | 12/13/16 | Entirety | | NDRE-T-TDS-000217 | Cashier's Check for 30919 Periwinkle Dr., Union City |
| 299 | 12/13/16 | Entirety | | NDRE-T-TDS-000826 | Check to Lender for 30919 Periwinkle Dr., Union City |
| 300 | 12/13/16 | Entirety | | NDRE-T-TDS-000218 to -20 | Cover Letter and Trustee's Deed for 30919 Periwinkle Dr., Union City |
| 301 | 12/12/14 | Entirety | | NDRE-PPP-10550 | Bid Log for 6422 Lupine Ct., Newark |
| 302 | 12/13/16 | Entirety | | NDRE-T-Fidelity-000092 | Receipt of Funds for 6422 Lupine Ct., Newark |
| 303 | | | | NDRE-PPP-10552 to -53 | Cashier's Check for 6422 Lupine Ct., Newark |
| 304 | | | | NDRE-T-Fidelity-000094 | Disbursement Record for 6422 Lupine Ct., Newark |
| 305 | 12/13/16 | Entirety | | NDRE-PPP-10546 to -47 | Accounting System Screenshots for 6422 Lupine Ct., Newark |
| 306 | 12/13/16 | Entirety | | LPS-ANT-NDCAC-006290 to -91 | Bid Log for 3215 Bona St., Oakland |
| 307 | 12/13/16 | Entirety | | NDRE-T-ETS-002066 | Receipt of Funds for 3215 Bona St., Oakland |
| 308 | 12/13/16 | 12/13/16 | | NDRE-T-ETS-002067 | Cashier's Checks for 3215 Bona St., Oakland |
| 309 | | Entirety | | NDRE-T-NDEX-000489 | Receipt of Funds for 34236 Arizona St. #15, Union City |
| 310 | | Entirety | | NDRE-T-NDEX-000490 | Cashier's Check for 34236 Arizona St. #15, Union City |
| 311 | | Entirety | | NDRE-T-NDEX-000495 to -96 | Cover Letter and Check to Lender for 34236 Arizona St. #15, Union City |
| 312 | | | | NDRE-T-NDEX-000488 | Sales Record for 34236 Arizona St. #15, Union City |

7

| Exhibit # | Marked | Admitted | Witness | Bates Range | Description |
|---|---|---|---|---|---|
| 313 | 12/9/16 | 12/9/16 | | LPS-ANT-NDCAC-003704 | Bid Log for 1174 Silver Maple Ln., Hayward |
| 314 | 12/6/16 | Entirety | | LPS-ANT-NDCAC-003714 | Receipt of Funds for 1174 Silver Maple Ln., Hayward |
| 315 | 12/13/16 | Entirety | | CRC015919 to -22 | Cashier's Checks for 1174 Silver Maple Ln., Hayward |
| 316 | 12/6/16 | Entirety | | CRC015908 to -09 | Cover Letter and Check to Lender for 1174 Silver Maple Ln., Hayward |
| 317 | 12/13/16 | Entirety | | LPS-ANT-NDCAC-007236 | Receipt of Funds for 6211 Telegraph Ave. #35, Oakland |
| 318 | 12/13/16 | 12/13/16 | | LPS-ANT-NDCAC-007230 | Bid Log for 6211 Telegraph Ave. #35, Oakland |
| 319 | 12/13/16 | Entirety | | NDRE-T-AZTEC-000176 to -177 | Cashier's Checks for 6211 Telegraph Ave. #35, Oakland |
| 320 | 12/13/16 | Entirety | | NDRE-T-AZTEC-000163 to -64 | Cover Letter and Check to Lender for 6211 Telegraph Ave. #35, Oakland |
| 321 | 12/13/16 | 12/13/16 | | NDRE-PPP-11187 | Bid Log for 1007 41st St. #341, Oakland |
| 322 | 12/13/16 | Entirety | | CRC023420 | Receipt of Funds for 1007 41st St. #341, Oakland |
| 323 | 12/13/16 | Entirety | | NDRE-PPP-11188 to -89 | Cashier's Check for 1007 41st St. #341, Oakland |
| 324 | 12/6/16 | Entirety | | CRC023412 to -13 | Cover Letter and Check to Lender for 1007 41st St. #341, Oakland |
| 325 | 12/13/16 | Entirety | | CRC023414 to -17 | Cover Letter and Trustee's Deed for 1007 41st St. #341, Oakland |
| 326 | 12/13/16 | Entirety | | NDRE-PPP-12936 | Bid Log for 3222 Delaware St. #C, Oakland |
| 327 | 12/13/16 | Entirety | | NDRE-PPP-12935 | Receipt of Funds for 3222 Delaware St. #C, Oakland |
| 328 | 12/13/16 | 12/13/16 | | NDRE-PPP-12937 to -38 | Cashier's Checks for 3222 Delaware St. #C, Oakland |
| 329 | | | | NDRE-T-CRT-000959 | Certificate of Sale for 3222 Delaware St. #C, Oakland |
| 330 | 12/13/16 | 12/13/16 | | NDRE-PPP-13042 | Bid Log for 2205 Church St., Oakland |
| 331 | 12/13/16 | Entirety | | NDRE-PPP-13041 | Receipt of Funds for 2205 Church St., Oakland |
| 332 | 12/13/16 | Entirety | | NDRE-PPP-13043 to -44 | Cashier's Check for 2205 Church St., Oakland |
| 333 | 12/31/16 | Entirety | | NDRE-T-TRUST-000333 | Wire Transfer Record to Lender for 2205 Church St., Oakland |
| 334 | 12/31/16 | Entirety | | NDRE-PPP-13038 | Accounting System Screenshot for 2205 Church St., Oakland |
| 335 | 12/13/16 | Entirety | | NDRE-T-TDS-000166 | Receipt of Funds for 10406 Shaw St., Oakland |
| 336 | 12/8/16 | Entirety | | NDRE-T-TDS-000167 to -68 | Cashier's Checks for 10406 Shaw St., Oakland |
| 337 | 12/13/16 | Entirety | | NDRE-T-TDS-000171 | Cover Sheet for Funds to Lender for 10406 Shaw St., Oakland |

8

| Exhibit # | Marked | Admitted | Witness | Bates Range | Description |
|---|---|---|---|---|---|
| 338 | 12/13/16 | Entirety | | NDRE-T-TDS-000165 | Trustee Company Cover Sheet for 10406 Shaw St., Oakland |
| 339 | 12/13/16 | 12/13/16 | | LPS-ANT-NDCAC-007349 | Bid Log for 7532 Arthur St., Oakland |
| 340 | 12/13/16 | Entirety | | LPS-ANT-NDCAC-007354 | Receipt of Funds for 7532 Arthur St., Oakland |
| 341 | 12/13/16 | Entirety | | LPS-ANT-NDCAC-007350 to -51 | Cashier's Check for 7532 Arthur St., Oakland |
| 342 | 12/13/16 | Entirety | | NDRE-T-QLS-005984 | Check to Lender for 7532 Arthur St., Oakland |
| 343 | 12/13/16 | Entirety | | NDRE-T-QLS-005988 | Cover Letter to Lender for 7532 Arthur St., Oakland |
| 344 | 12/13/16 | 12/13/16 | | LPS-ANT-NDCAC-003524 | Bid Log for 1085 Murrieta Blvd. #244, Livermore |
| 345 | 12/13/16 | Entirety | | NDRE-T-Fidelity-000291 | Receipt of Funds for 1085 Murrieta Blvd. #244, Livermore |
| 346 | 12/13/16 | Entirety | | LPS-ANT-NDCAC-003525 to -26 | Cashier's Checks for 1085 Murrieta Blvd. #244, Livermore |
| 347 | 12/13/16 | Entirety | | NDRE-T-Fidelity-000293 | Accounting System Screenshot for 1085 Murrieta Blvd. #244, Livermore |
| 348 | 12/13/16 | Entirety | | NDRE-T-Fidelity-000617 | Cover Letter to Lender for 1085 Murrieta Blvd. #244, Livermore |
| 349 | 12/13/16 | Entirety | | NDRE-T-Fidelity-000614 to -16 | Trustee's Deed and Overage Check for 1085 Murrieta Blvd. #244, Livermore |
| 350 | 12/13/16 | 12/13/16 | | LPS-ANT-NDCAC-005282 to -83 | Bid Log for 2196 Harrington Ave., Oakland |
| 351 | 12/13/16 | Entirety | | LPS-ANT-NDCAC-005287 | Receipt of Funds for 2196 Harrington Ave., Oakland |
| 352 | 12/13/16 | 12/13/16 | | NDRE-T-ETS-001788 | Cashier's Checks for 2196 Harrington Ave., Oakland |
| 353 | 12/13/16 | Entirety | | NDRE-T-ETS-001792 to -94 | Cover Letter and Trustee's Deed for 2196 Harrington Ave., Oakland |
| 354 | 12/7/16 | 12/7/16 | | LPS-ANT-NDCAC-003892 to -93 | Bid Log for 1281 E. 34th St., Oakland |
| 355 | 12/13/16 | Entirety | | LPS-ANT-NDCAC-003897 | Receipt of Funds for 1281 E. 34th St., Oakland |
| 356 | 12/13/16 | Entirety | | LPS-ANT-NDCAC-003894 -95 | Cashier's Checks for 1281 E. 34th St., Oakland |
| 357 | 12/13/16 | Entirety | | CRC012220 to -21 | Cover Letter and Check to Lender for 1281 E. 34th St., Oakland |
| 358 | 12/13/16 | Entirety | | CRC012224 to -26 | Cover Letter and Trustee's Deed for 1281 E. 34th St., Oakland |
| 359 | 12/2/16 | Entirety | | LPS-ANT-NDCAC-004366 | Bid Log for 1618 6th St., Alameda |
| 360 | 12/7/16 | Entirety | | LPS-ANT-NDCAC-004370 | Receipt of Funds for 1618 6th St., Alameda |
| 361 | 12/7/16 | Entirety | | CRC009712 | Cashier's Checks for 1618 6th St., Alameda |
| 362 | 12/13/16 | Entirety | | CRC009704 to -05 | Cover Letter and Check to Lender for 1618 6th St, Alameda |

| Exhibit # | Marked | Admitted | Witness | Bates Range | Description |
|---|---|---|---|---|---|
| 363 | 12/13/16 | | | LPS-ANT-NDCAC-005500 | Bid Log for 2335 94th Ave., Oakland |
| 364 | 12/13/16 | Entirety | | CRC017633 to -34 | Receipt of Funds for 2335 94th Ave., Oakland |
| 365 | 12/13/16 | Entirety | | LPS-ANT-NDCAC-005501 to -02 | Cashier's Check for 2335 94th Ave., Oakland |
| 366 | 12/13/16 | Entirety | | NDRE-T-NDEX-000533 | Receipt of Funds for 325 Kitty Hawk Rd. #104, Alameda |
| 367 | 12/13/16 | Entirety | | NDRE-T-NDEX-000534 | Cashier's Checks for 325 Kitty Hawk Rd. #104, Alameda |
| 368 | 12/13/16 | Entirety | | NDRE-T-NDEX-000541 to -42 | Cover Letter and Check to Lender for 325 Kitty Hawk Rd. #104, Alameda |
| 369 | 12/13/16 | Entirety | | LPS-ANT-NDCAC-005460 to -61 | Bid Log for 2317 Cryer St., Hayward |
| 370 | 12/13/16 | Entirety | | NDRE-T-QLS-004849 | Receipt of Funds for 2317 Cryer St., Hayward |
| 371 | 12/13/16 | Entirety | | LPS-ANT-NDCAC-005462 to -65 | Cashier's Checks for 2317 Cryer St., Hayward |
| 372 | 12/13/16 | Entirety | | NDRE-T-QLS-004853 | Invoice for 2317 Cryer St., Hayward |
| 373 | 12/13/16 | 12/13/16 | | NDRE-PPP-13620 | Bid Log for 5830 E. 17th St., Oakland |
| 374 | 12/13/16 | Entirety | | NDRE-PPP-13617 | Receipt of Funds for 5830 E. 17th St., Oakland |
| 375 | | | | NDRE-PPP-13618 to -19 | Cashier's Check for 5830 E. 17th St., Oakland |
| 376 | | | | NDRE-T-FIDELITY-000528 | Certificate of Sale for 5830 E. 17th St., Oakland |
| 377 | 12/13/16 | Entirety | | NDRE-PPP-13614 to -15 | Accounting System Screenshot for 5830 E. 17th St., Oakland |
| 378 | 12/13/16 | Entirety | | LPS-ANT-NDCAC-004462 to -63 | Bid Log for 1660 142nd Ave., San Leandro |
| 379 | 12/7/16 | Entirety | | NDRE-T-QLS-004309 to -16 | Cashier's Checks for 1660 142nd Ave., San Leandro |
| 380 | 12/7/16 | Entirety | | NDRE-T-QLS-004317 | Receipt of Funds for 1660 142nd Ave., San Leandro |
| 381 | | | | NDRE-T-QLS-004319, -23 | Cover Letter and Proceeds Check for 1660 142nd Ave., San Leandro |
| 382 | 12/13/16 | Entirety | | LPS-ANT-NDCAC-007642 to -43 | Bid Log for 16258 San Remo Dr., San Leandro |
| 383 | 12/13/16 | Entirety | | LPS-ANT-NDCAC-007647 | Receipt of Funds for 16258 San Remo Dr., San Leandro |
| 384 | 12/13/16 | 12/13/16 | | LPS-ANT-NDCAC-007644 to -45 | Cashier's Check for 16258 San Remo Dr., San Leandro |
| 385 | | | | NDRE-PPP-11565 to -66 | Bid Log for 1438 5th St., Alameda |
| 386 | | Entirety | | NDRE-PPP-11564 | Receipt of Funds for 1438 5th St., Alameda |
| 387 | | Entirety | | NDRE-T-CRT-000191 | Production Cover Sheet for 1438 5th St., Alameda |

| Exhibit # | Marked | Admitted | Witness | Bates Range | Description |
|---|---|---|---|---|---|
| 388 | | | | NDRE-T-CRT-000192 | Disbursement Record for 1438 5th St., Alameda |
| 389 | | | | NDRE-PPP-11561 to -62 | Accounting System Screenshots for 1438 5th St., Alameda |
| 390 | | | | NDRE-PPP-11567 to -68 | Cashier's Checks for 1438 5th St., Alameda |
| 391 | | Entirety | | NDRE-T-NDEX-000423 | Receipt of Funds for 915 Willow St., Oakland |
| 392 | | Entirety | | NDRE-T-NDEX-000424 | Cashier's Checks for 915 Willow St., Oakland |
| 393 | | Entirety | | NDRE-T-NDEX-000429 | Cover Letter to Lender for 915 Willow St., Oakland |
| 394 | 12/13/16 | Entirety | | NDRE-PPP-11736 | Bid Log for 2615 Somerset Ave., Castro Valley |
| 395 | 12/7/16 | Entirety | | CRC023311 | Receipt of Funds for 2615 Somerset Ave., Castro Valley |
| 396 | 12/7/16 | Entirety | | NDRE-PPP-11737 to -38 | Cashier's Checks for 2615 Somerset Ave., Castro Valley |
| 397 | ~~12/7/16~~ 12/13/16 | | | CRC023302 to -03 | Cover Letter and Check to Lender for 2615 Somerset Ave., Castro Valley |
| 398 | 12/13/16 | Entirety | | CRC023304 to -07 | Cover Letter, Overage Check, and Trustee's Deed for 2615 Somerset Ave., Castro Valley |
| 399 | 12/6/16 | | | LPS-ANT-NDCAC-003388 to -89 | Bid Log for 1007 41st St. #331, Emeryville |
| 400 | 12/6/16 | Entirety | | NDRE-T-QLS-003808 | Receipt of Funds for 1007 41st St. #331, Emeryville |
| 401 | 12/6/16 | 12/6/16 | | LPS-ANT-NDCAC-003390 to -91 | Cashier's Check for 1007 41st St. #331, Emeryville |
| 402 | 12/6/16 | Entirety | | LPS-ANT-NDCAC-006189 | Bid Log for 3058 Berlin Way, Oakland |
| 403 | 12/13/16 | Entirety | | CRC009412 to -13 | Receipt of Funds for 3058 Berlin Way, Oakland |
| 404 | 12/13/16 | Entirety | | LPS-ANT-NDCAC-006190 to -192 | Cashier's Checks for 3058 Berlin Way, Oakland |
| 405 | 12/13/16 | 12/13/16 | | LPS-ANT-NDCAC-003946 | Bid Log for 1330 Gardner Blvd., San Leandro |
| 406 | 12/13/16 | Entirety | | NDRE-T-ETS-001621 | Receipt of Funds for 1330 Gardner Blvd., San Leandro |
| 407 | 12/13/16 | 12/13/16 | | LPS-ANT-NDCAC-003947 to -49 | Cashier's Check for 1330 Gardner Blvd., San Leandro |
| 408 | 12/13/16 | 12/13/16 | | LPS-ANT-NDCAC-007566 to -67 | Bid Log for 11830 Kilcullin Ct., Dublin |
| 409 | 12/13/16 | Entirety | | NDRE-T-QLS-006104 | Receipt of Funds for 11830 Kilcullin Ct., Dublin |
| 410 | | | | LPS-ANT-NDCAC-007568 to -69 | Cashier's Check for 11830 Kilcullin Ct., Dublin |
| 411 | 12/13/16 | | | LPS-ANT-NDCAC-003503 | Bid Log for 1062 Gilbert St., Hayward |

| Exhibit # | Marked | Admitted | Witness | Bates Range | Description |
|---|---|---|---|---|---|
| 412 | 12/13/16 | Entirety | | LPS-ANT-NDCAC-003504 to -05 | Cashier's Checks for 1062 Gilbert St., Hayward |
| 413 | 12/13/16 | Entirety | | LPS-ANT-NDCAC-003508 | Receipt of Funds for 1062 Gilbert St., Hayward |
| 414 | 12/13/16 | Entirety | | CRC009204 to -05 | Cover Letter and Check to Lender for 1062 Gilbert St., Hayward |
| 415 | 12/13/16 | Entirety | | CRC009206 to -08 | Cover Letter and Trustee's Deed for 1062 Gilbert St., Hayward |
| 416 | | | | NDRE-T-FCI-00213 | Bid Log for 864 Isabella St., Oakland |
| 417 | | Entirety | | NDRE-T-FCI-00210 | Receipt of Funds for 864 Isabella St., Oakland |
| 418 | | | | NDRE-T-FCI-00211 to -12 | Cashier's Check for 864 Isabella St., Oakland |
| 419 | | Entirety | | NDRE-T-FCI-00214 to -18 | Cover Letter, Trustee's Deed, and Overage Check for 864 Isabella St., Oakland |
| 420 | | | | NDRE-T-FCI-00220 to -21 | Cover Letter and Check to Lender for 864 Isabella St., Oakland |
| 421 | | | | NDRE-RPP-000595 | Bid Log for 2100 66th Ave., Oakland |
| 422 | | Entirety | | NDRE-RPP-000594 | Receipt of Funds for 2100 66th Ave., Oakland |
| 423 | | Entirety | | NDRE-T-CWR-004298 to -99 | Cashier's Check for 2100 66th Ave., Oakland |
| 424 | | Entirety | | NDRE-RPP-000599 | Sales Record for 2100 66th Ave., Oakland. |
| 425 | | Entirety | | NDRE-T-CWR-004307 | Trustee's Deed and Proceeds Cover Letter for 2100 66th Ave., Oakland. |
| 426 | 12/13/16 | Entirety | | CRC008299 | Receipt of Funds for 1154 1/2 Powell St., Oakland |
| 427 | 12/13/16 | Entirety | | CRC008302 | Cashier's Check for 1154 1/2 Powell St., Oakland |
| 428 | 12/13/16 | Entirety | | CRC008288 to -89 | Cover Letter and Check to Lender for 1154 1/2 Powell St., Oakland |
| 429 | 12/9/16 | 12/9/16 | | NDRE-PPP-14200 to -01 | Bid Log for 4001 Rhoda Ave., Oakland |
| 430 | | Entirety | | CRC026652 | Receipt of Funds for 4001 Rhoda Ave., Oakland |
| 431 | | Entirety | | CRC026655 to -56 | Cashier's Checks for 4001 Rhoda Ave., Oakland |
| 432 | | Entirety | | CRC026643 to -44 | Cover Letter and Check to Lender for 4001 Rhoda Ave., Oakland |
| 433 | | Entirety | | CRC026645 to -48 | Cover Letter, Overage Check, and Trustee's Deed for 4001 Rhoda Ave., Oakland |
| 434 | 12/13/16 | 12/13/16 | | LPS-ANT-NDCAC-005488 | Bid Log for 2326 Maywood Ave., Oakland |
| 435 | 12/13/16 | Entirety | | NDRE-T-CWR-004385 | Receipt of Funds for 2326 Maywood Ave., Oakland |
| 436 | | | | LPS-ANT-NDCAC-005489 to -90 | Cashier's Check for 2326 Maywood Ave., Oakland |

| Exhibit # | Marked | Admitted | Witness | Bates Range | Description |
|---|---|---|---|---|---|
| 437 | | | | CRC009797 to -98 | Cover Letter and Check to Lender for 3821 Opal St., Oakland |
| 438 | | Entirety | | CRC017625 to -26 | Cover Letter and Check to Lender for 2335 94th Ave., Oakland |
| 439 | 12/6/16 | Entirety | | CRC009403 to -04 | Cover Letter and Check to Lender for 3058 Berlin Way, Oakland |
| 440 | 12/6/16 | Entirety | | CRC027080 to -82 | File History for 3058 Berlin Way, Oakland |
| 441 | 12/6/16 | Entirety | | CRC009410 | Bidding Instructions for 3058 Berlin Way, Oakland |
| 442 | 12/6/16 | Entirety | | CRC015914 | Bidding Instructions for 1174 Silver Maple Ln., Hayward |
| 443 | 12/13/16 | 12/13/16 | | NDRE-T-ETS-001789 | FedEx Airbill for 2196 Harrington Ave., Oakland |
| 444 | 12/13/16 | 12/13/16 | | LPS-ANT-NDCAC-005284 to -85 | Cashier's Checks for 2196 Harrington Ave., Oakland |
| 445 | 12/13/16 | 12/13/16 | | LPS-ANT-NDCAC-005286 | FedEx Airbill for 2196 Harrington Ave., Oakland |
| 446 | 12/13/16 | 12/13/16 | | NDRE-FEDEX-000175 | FedEx Shipment Information Report for 2196 Harrington Ave., Oakland |
| 447 | 12/13/16 | 12/13/16 | | NDRE-FEDEX-000186 | FedEx AirBill for 2196 Harrington Ave., Oakland |
| 448 | 12/13/16 | 12/13/16 | | NDRE-T-ETS-001622 | Cashier's Checks for 1330 Gardner Blvd., San Leandro |
| 449 | 12/13/16 | 12/13/16 | | NDRE-T-ETS-001623 | FedEx Airbill for 1330 Gardner Blvd., San Leandro |
| 450 | 12/13/16 | 12/13/16 | | LPS-ANT-NDCAC-003950 | FedEx Airbill for 1330 Gardner Blvd., San Leandro |
| 451 | 12/13/16 | 12/13/16 | | NDRE-FEDEX-000275 | FedEx Shipment Information Report for 1330 Gardner Blvd., San Leandro |
| 452 | 12/13/16 | 12/13/16 | | NDRE-FEDEX-000294 | FedEx Airbill for 1330 Gardner Blvd., San Leandro |
| 453 | 12/13/16 | 12/13/16 | | NDRE-JPM-000001 | Lender Record for 16355 Helo Dr., San Leandro |
| 454 | 12/13/16 | 12/13/16 | | NDRE-JPM-000002 | Lender Record for 10214 Royal Ann St., Oakland |
| 455 | 12/13/16 | 12/13/16 | | NDRE-JPM-000003 | Lender Record for 1174 Silver Maple Ln., Hayward |
| 456 | 12/13/16 | 12/13/16 | | NDRE-JPM-000004 | Lender Record for 1007 41st St. #341, Emeryville |
| 457 | 12/13/16 | 12/13/16 | | NDRE-JPM-000005 | Lender Record for 1281 E 34th St., Oakland |
| 458 | 12/13/16 | 12/13/16 | | NDRE-JPM-000006 | Lender Record for 1618 6th St., Alameda |
| 459 | 12/13/16 | 12/13/16 | | NDRE-JPM-000007 | Lender Record for 2615 Somerset Ave., Castro Valley |
| 460 | 12/13/16 | 12/13/16 | | NDRE-JPM-000008 | Lender Record for 1062 Gilbert St., Hayward |
| 461 | 12/13/16 | 12/13/16 | | NDRE-JPM-000009 | Lender Record for 1154 ½ Powell St., Oakland |

| Exhibit # | Marked | Admitted | Witness | Bates Range | Description |
|---|---|---|---|---|---|
| 462 | | | | NDRE-JPM-000010 | Lender Record for 4001 Rhoda Ave., Oakland |
| 463 | 12/13/16 | 12/13/16 | | NDRE-T-ETS-003994 | System Screenshot for 1523 Carleton St., Berkeley |
| 464 | 12/13/16 | 12/13/16 | | NDRE-T-ETS-001349 to -50 | Wire Transfer Information for 1523 Carleton St., Berkeley |
| 465 | 12/13/16 | 12/13/16 | | LPS-ANT-NDCAC-007235 | FedEx Airbill from Posting to Trustee for 6211 Telegraph Ave. #35, Oakland |
| 466 | 12/13/16 | 12/13/16 | | NDRE-T-TDS-000221 | Cover Letter to Lender for 30919 Periwinkle Dr., Union City |
| 467 | 12/13/16 | 12/13/16 | | NDRE-T-AZTEC-000040 to -41 | Cover Letter and Refund Check to Bidder for 3469 Little Court, Fremont |
| 468 | 12/13/16 | 12/13/16 | | LPS-ANT-NDCAC-006555 to -57 | Bid Log for 3821 Opal St., Oakland |
| 469 | 12/13/16 | 12/13/16 | | LPS-ANT-NDCAC-006561 | Receipt of Funds for 3821 Opal St., Oakland |
| 470 | 12/6/16 | 12/6/16 | | LPS-ANT-NDCAC-007476 | Bid Log for 9408-9410 C St., Oakland |
| 471 | 12/13/16 | 12/13/16 | | LPS-ANT-NDCAC-007480 | Receipt of Funds for 9408-9410 C St., Oakland |
| 472 | 12/7/16 | 12/7/16 | | LPS-ANT-NDCAC-003115 to -16 | Bid Log for 875 Begier Ave., San Leandro |
| 473 | 12/13/16 | 12/13/16 | | LPS-ANT-NDCAC-003120 | Receipt of Funds for 875 Begier Ave., San Leandro |
| 474 | 12/13/16 | 12/13/16 | | LPS-ANT-NDCAC-007231 to -34 | Cashier's Check for 6211 Telegraph Ave. #35, Oakland |