UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE <u>JAMES DONATO</u>                    Case No. <u>14-cr-00582-JD-1</u>

CASE NAME: <u>USA v. Florida</u>

<u>NOTE FROM THE JURY</u>

Note No. ___1___

Date _12-15-2016_

Time _2:17 PM_


1.    The Jury has reached a unanimous verdict (✓)

      or

2.    The Jury has the following question:

_____

_____

_____


                         _Elizabeth Boyce_
                         Foreperson of the Jury